**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RYAN DILLON-CAPPS <br><br> *Plaintiff,* <br><br> vs. <br><br> OHANA GROWTH PARTNERS, LLC *et al* <br><br> *Defendants* | Civil Action No. _____ <br><br> Hon._____ |

## PREFATORY APPENDIX B: CAUSE OF ACTION TABLE

| | |
|---:|---|
| Federal Trade Commission Act (FTC Act) | 15 U.S.C. § 45 |
| Mail Fraud Statute | 18 U.S.C. § 1341 |
| Wire Fraud Statute | 18 U.S.C. § 1343 |
| Racketeer Influenced and Corrupt Organizations Act (RICO) | 18 U.S.C. §§ 1961–1968 |
| Code of Federal Regulations (FMLA Rules) | 29 C.F.R. Part 825 |
| Employee Retirement Income Security Act (ERISA) | 29 U.S.C. § 1001 et seq |
| Section 504 of the Rehabilitation Act | 29 U.S.C. § 794 |
| Norris-LaGuardia Act (NGA) | 29 U.S.C. §§ 101–115 |
| Consolidated Omnibus Budget Reconciliation Act (COBRA) | 29 U.S.C. §§ 1161–1169 |
| Fair Labor Standards Act (FLSA) | 29 U.S.C. §§ 201–219 |
| Family and Medical Leave Act (FMLA) | 29 U.S.C. §§ 2601–2654 |
| Federal False Claims Act (FCA) | 31 U.S.C. §§ 3729–3733 |
| Americans with Disabilities Act Title I | 42 U.S.C. § 12112 et seq |
| Health Insurance Portability and Accountability Act (HIPAA) | 42 U.S.C. § 1320d et seq |
| Civil Rights Act | 42 U.S.C. § 1983 |
| Conspiracy to Interfere with Civil Rights | 42 U.S.C. § 1985 |
| Failure to Prevent Conspiracy | 42 U.S.C. § 1986 |
| Americans with Disabilities Act Title II | 42 U.S.C. §§ 12131–12165 |
| California Unfair Competition Law (UCL) | Cal. Bus. & Prof. Code § 17200 |
| California Consumers Legal Remedies Act (CLRA) | Cal. Civ. Code §§ 1750–1784 |
| California False Claims Act | Cal. Gov. Code § 12650 et seq |
| California Whistleblower Protection Act | Cal. Lab. Code § 1102.5 |
| District of Columbia False Claims Act | D.C. Code § 2-223.02 |
| D.C. Consumer Protection Procedures Act (CPPA) | D.C. Code § 28-3901 et seq |
| Florida Whistleblower's Act | Fla. Stat. § 112.3187 |
| Florida Deceptive and Unfair Trade Practices Act (FDUTPA) | Fla. Stat. § 501.201 |
| Florida False Claims Act | Fla. Stat. § 68.081 |
| Maryland Health Insurance Continuation | Md. Code Ann., Ins. § 15-408 |
| Maryland Consumer Protection Act (MCPA) | Md. Code, Com. Law §§ 13-101–13-501 |
| Maryland Criminal Law | Md. Code, Crim. Law §§ 9-101, 8-606, 8-607, 3-502, 7-104 |
| Maryland Public Information Act (PIA) | Md. Code, Gen. Prov. §§ 4-101–4-601 |
| Maryland False Claims Act (MFCA) | Md. Code, Gen. Prov. §§ 8-101–8-113 |
| Maryland Flexible Leave Act (MFLA) | Md. Code, Lab. & Empl. § 3-802 |
| Maryland Wage Payment and Collection Law (MWPCL) | Md. Code, Lab. & Empl. §§ 3-501–3-509 |
| Maryland Tort Claims Act (MTCA) | Md. Code, State Gov't § 12-101 et seq. |
| Maryland Anti-Discrimination Law | Md. Code, State Gov't § 20-304 |
| Maryland Fair Employment Practices Act (MFEPA) | Md. Code, State Gov't § 20-606 |
| Maryland Declaration of Rights | Md. Const., Articles 19, 24, 46 |
| Maryland Code of Judicial Conduct | Md. Rule 18-101.1 et seq |

| | |
|---:|:---|
| Maryland Rules of Civil Procedure | Md. Rules 1-201, 1-322.1 |
| Tennessee Medicaid False Claims Act | Tenn. Code Ann. § 4-18-101 |
| Tennessee Consumer Protection Act (TCPA) | Tenn. Code Ann. § 47-18-101 |
| Tennessee Public Protection Act (Whistleblower Protection) | Tenn. Code Ann. § 50-1-304 |
| First Amendment | U.S. Const. amend. I |
| Ninth Amendment | U.S. Const. amend. IX |
| Fifth Amendment | U.S. Const. amend. V |
| Sixth Amendment | U.S. Const. amend. VI |
| Eighth Amendment | U.S. Const. amend. VIII |
| Thirteenth Amendment | U.S. Const. amend. XIII |
| Fourteenth Amendment | U.S. Const. amend. XIV |
| Washington Consumer Protection Act (CPA) | Wash. Rev. Code § 19.86.010 |
| Washington State Whistleblower Protection Act | Wash. Rev. Code § 42.41.040 |
| Washington State Medicaid False Claims Act | Wash. Rev. Code § 74.66.020 |

<u>RESPECTFULLY SUBMITTED</u>

**December 25, 2024**

<u>/**s**/ Ryan Dillon-Capps</u>
**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113