# Timothy A.

Former Senior Special Agent (Secret Service & DOJ-OIG) - Sr. Corporate Investigator & Cybersecurity Specialist
Dallas-Fort Worth Metroplex

## Contact

www.linkedin.com/in/timothy-a-031487199 (LinkedIn)

## Top Skills

Cybersecurity
Training
Microsoft Office

## Certifications

Seized Computer Evidence Recovery Specialist (SCERS)
Cyber Crime Investigator
Firearms Training [Instructor]

## Honors-Awards

U.S. Congress Subcommittee on Cybersecurity, Science, and Research and Development
Romanian Parliament: "Strengthening computer crime laws"

## Summary

Highly analytical, results-driven, and performance-focused professional, with extensive experience in counterintelligence; internal fraud, anti-corruption, compliance issues, administrative, and criminal investigations; computer forensics; and network intrusion prevention. Possesses advanced writing, strong interpersonal, and communication skills, which has aided in establishing and maintaining professional relationships with diverse individuals. Adept at providing effective computer forensics and electronic crimes training to U.S. federal, state, local, and international law enforcement staff. Proficient with Microsoft Office Suite, and Windows and macOS operating systems. Currently holds an active Top Secret clearance and Sensitive Compartmented Information (TS/SCI) clearance.

---

## Experience

**CorporateInvestigation.com**
Sr. Corporate Investigator
February 2021 - Present (3 years 11 months)
Dallas-Fort Worth Metroplex

* Digital Forensics (Internal Investigations, Compliance Management, Theft, E-Discovery)
* Internal Audits (Fraud Detection, Litigation Prevention, M&A)
* Statutory and Regulatory Compliance Consulting
* External Audit Defense (FDA, DEA, DOJ, HIPAA, DOD...etc)
* Cybersecurity Audits, Penetration Testing, Employee Training

**U.S. Department of Justice Office, Office of Inspector General (OIG)**
Senior Special Agent
March 2009 - May 2020 (11 years 3 months)
Dallas/Fort Worth Area

Timony E. Allen Resume

*Perform independent investigations, audits, inspections, and special reviews of the United States Department of Justice personnel and programs to identify and prevent waste, fraud, abuse, and misconduct
*Execute digital evidence investigations through overt/covert imaging and analysis
*Employ expertise in retrieving digital evidence and subsequent analysis of computers, mobile devices, and other electronic equipment
*Investigate network intrusions and breaches of computer systems throughout the Department of Justice, as well as criminal allegations and internal administrative allegations within the Department of Justice and its subcomponents (FBI/DEA/ATF/BOP/EOUSA), contractors, and recipients of grants
*Testify in criminal and administrative court hearings to serve as an expert witness in computer forensics
*Accountable for managing and overseeing personnel within the Cyber Investigations Office as the Acting Assistant Special Agent in Charge

## U.S. Secret Service
Special Agent
May 1998 - February 2009 (10 years 10 months)
Dallas/Fort Worth Area

*Carried out multiple investigations associated with counterfeit of U.S. and foreign obligations and securities, access device fraud, fictitious financial instruments, telecommunications fraud, false identification, and identity theft
*Thoroughly investigated crimes involving computers and other electronic media used as instrumentalities to commit offense, as well as crimes where evidence resided in computers and other electronic devices or digital media
*Provided physical protection to national leaders from the Clinton to the Obama administrations. Assigned as Shift Leader and Site Lead for visiting heads of state and national special security events
*Selected for the George W. Bush protective detail
*Acted as the program coordinator and lead instructor for the Preliminary and Basic Computer Evidence Recovery Training for U.S. Secret Service, Internal Revenue Service, and Department of Homeland Security Investigations (HSI) at the Federal Law Enforcement Training Center in Glynco, Georgia from 2005 to 2007.
*Specified and purchased equipment; drafted and presented lesson plans; and supervised students during their training for electronic crimes and digital forensics

*Facilitated computer forensics training for multiple foreign governments in Ecuador, Hungary, Nigeria, Romania, and South Africa, as well as regular in-service training classes regarding identity fraud, counterfeit, and electronic crimes for multiple police departments throughout the U.S.

*Represented U.S. law enforcement interests by performing extended foreign temporary duty assignments to the following: Scotland Yard, German Bundeskriminalamt, Romanian Interior Ministry, and INTERPOL National Central Bureau in Nigeria

### Dallas Police Department
Police Officer
August 1990 - April 1998 (7 years 9 months)
Dallas/Fort Worth Area

1990 to 1994 Assigned to Patrol

1994 to 1996 Assigned to Computer Crimes Unit

1996 to 1998 Assigned to Patrol

---

## Education

### Dallas Baptist University
Bachelor's degree, Criminal Justice · (1994 - 1996)

### Tarrant County College
Associate's Degree, Criminal Justice · (1988 - 1990)