In The United States District Court For The District Of Maryland
Ryan Dillon-Capps v Ohana Growth Partners, LLC et al

Table of Exhibits

| # | Description |
|---|---|
| 100 | **Intro-Summary** |
| 101 | **Court Record Summary**<br>++ 101B - Origional 401 Pages of Evidence on July 1, 2024 @ 838 AM. Trimmed - No Cases, Laws, Publications: 185 Pages |
| 102 | **FMLA & ADA Summary** |
| 102 | **Digital Zip:**<br>2024-01-08 PM507 FMLA<br>2024-01-30 PM859 FMLA<br>2024-02-08 PM148 FMLA<br>2024-02-17 PM1228 FMLA<br>2024-02-28 AM703 Memo Style<br>2024-02-28 RDC-TimeSheet-AsOfWeek19Feb2024<br>2024-03-01 AM 800 Re-FMLA<br>2024-03-08 PM 413 FMLA<br>2024-03-11 PM 441 FMLA<br>2024-03-12 PM 1227 FMLA<br>2024-03-14 PM 620 FMLA<br>2024-03-20 PM 739 FMLA<br>2024-03-20 PM 1200 Attachment1<br>2024-04-01 AM 630 Attachment3 |

In The United States District Court For The District Of Maryland
Ryan Dillon-Capps v Ohana Growth Partners, LLC et al

| # | Description |
|---|---|
| 102 | PF Handbook<br>Re_ Follow up on write up for insubordination VB-threat<br>2024-05-08 AM 901 FMLA<br>2024-05-10 AM 1030 FMLA<br>2024-05-21 PM 226 FMLA<br>2024-05-21 PM 506 FMLA<br>2024-05-21 PM 1208 FMLA<br>2024-05-21 PM1208 Attachment<br>2024-05-22 PM 211 Attachment5<br>2024-05-23 PM 455 FMLA<br>2024-05-30 PM 530 FMLA<br>2024-06-05 AM 1051 FMLA<br>2024-06-12 AM700 FMLA<br>2024-06-12 PM234 FMLA<br>2024-06-12 PM336 FMLA<br>2024-06-12 PM510 FMLA |
| 103 | Identity, Insurance, and Mail Fraud Summary |
| 104 | Judicial & Magisterial Summary |
| 105 | **State Summary**<br>**1-6** Office of Attorney General [See Zip for Emails w/Attachments]<br>**7-10** Office of Adminstrative Hearings [See Zip for Emails w/Attachments]<br>**11-23** Maryland Judiciary Information Systems [See Zip for Emails w/Attachments]<br>**24-26** MD Manual<br>**27** Judge Truffer Staff<br>**28-33** Director Bernstein [See Zip for Emails w/Attachments]<br>**34-42** Bar Counsel DeGonia [See Zip for Emails w/Attachments]<br>**43-81** Notice of Hypothesis of Crayons<br>**82-84** The Advocate In Counsel Article: Clerk Ensor |

Table of Exhibits

In The United States District Court For The District Of Maryland
Ryan Dillon-Capps v Ohana Growth Partners, LLC et al

| # | Description |
|---|---|
| 106 | **Harm Summary**<br>1-7 Affidavit of Harm<br>8-9 June 14-16 Hotel Receipts [Felt Unsafe]<br>10-16 Physical Harm Photos<br>17-51 Amended Motion for Mandatory Injunction to Restore Lost Pay Due to Financial Urgency<br>52-65 Motion to Allow Pro Se Representation of LLC<br>66-102 Identity Theft and roughly 9 other Felonies with Confession<br>103-114 More Fraud – Never Investigated by Miles & Stockbridge, P.C.<br>"115-131 Affidavit of Financial Urgency [Starts w/Pictures of Work Done by Subjects of pp66-114]<br>Those are not the exception – every club audited during initial assessments.<br>Those were randomly selected. Representing Reputational Harm Form Unlawful Use of ID. Continues into Financial Harm."<br>"132-198 Screenshots captured months into the lawsuit document the initial cries for help, followed by a complete default on all financial obligations.<br>The situation resulted in a credit score plummeting over 200 points, with further declines occurring rapidly each day." |
| 106 | **Digital Zip**<br>2017 - Volume 45 Number 2 -Pediatric PTSD Clinical, Forensic, and Diagnostic Understanding - Frank K Tedeschi MD and Stephen B BIllick MD<br>BCM Psychyatry 23 Article 258-Rapid Resolution of Catatonia Secondary to PTSDs12888-023-04769-x<br>Dissociation and Memory Fragmentation in Posttraumatic Stress Disorder An Evaluation of the Dissociative Encoding Hypothesis nihms-363781<br>nih-dissociative-skin-picking<br>Reexperiencing_Hyperaroused and Dissociative States in Posttraumatic Stress Disorder<br>Temporal-relations-between-sleep-problems-and-both-traumat_2010_Journal-of-A<br>1998 Vol 26 Number 2 - Quantifying Psychological Victimization Scientific Uncertainty Legal Necessity<br>1999 Volume 27 Number 2 - Posttraumatic Polarization in Psychiatry and Law<br>1999 Volume 27 Number 3 Memory as Power Who Is To Decide<br>"2013 Volume 15 number 10 AMA Journal of Ethics review of 2012 Volume 40 number 4<br>The Evolving Definition of Posttraumatic Stress Disorder Legal Ramifications" |
| 107 | **Zero Evidence Only Judicial Abuse**<br>1-36 Amended Affidavit of Plaintiff's Abusive Use of the Judicial System<br>37-48 Exhibit B: Summary of Comments for Plaintiff's Complaint<br>49-84 Affidavit of Unauthorized Contractual Modifications<br>85-145 Affidavit of Bad Faith<br>146-159 Amended Affidavit for Motion to Assert Rights and Request for Immediate Rulings<br>160-203 Motion to Assert Rights and Request for Immediate Rulings<br>204-214 Affidavit for Sanctions<br>215-231 Exhibit 1-5 Emails and Letter to Miles & Stockbridge, P.C.<br>232-268 Deposition Request for Agents of Ohana Growth Partners |

Table of Exhibits

In The United States District Court For The District Of Maryland
Ryan Dillon-Capps v Ohana Growth Partners, LLC et al

| # | Description |
|---|---|
| 108 | **Counts Sanctions and More**<br>[329 Pages] Memorandum of Law in Support of Mandatory Hearing of Adjudicated Facts<br>[82 Pages] Motion for Sanctions<br>[109 Pages] Reply to Opposition to Defendant's Motions for Expedited Discovery |
| 109 | Affidavit of Legal Obligations |
| 109 | **Digital Zip:**<br>707 Pages of Original Exhibits<br>PCI-MICROSOFT-2024-06-29 Best practices for Microsoft Entra roles - Microsoft Entra ID _ Microsoft Learn<br>PCI-OHANA-2022 July - 2024 May PCI Scan Summary<br>PCI-OHANA-2024-05-21 pci_dss_4_certificate<br>PCI-OHANA-How Standards Help You<br>PCI-OHANA-IT Terms of Use Policy v2<br>PCI-PFHQ-2024 Planet Fitness FDD (CLEAN)<br>PCI-PFHQ-Master Service Agreement (CLEAN)<br>PCI-PFHQ-PF Club IT and Network Requirements 4.2<br>PCI-REGULATION-cisp-what-to-do-if-compromised<br>PCI-REGULATION-DSS Compliance Who mandates it How does the Federal Trade Commission (FTC)<br>PCI-REGULATION-FTC Regster 16CFT Parts 436 and 437 Franchising Disclosure<br>PCI-REGULATION-PCI Fines and Penalties for Non-Compliance  RSI Security<br>PCI-STANDARD-DSSv4 - Payment Card Industry Data Security Standard<br>PCI-HISTORY-2009 - Efforts to establish federal standard -ntc_enhanced_security_plan_overview_-_final_12082017<br>PCI-HISTORY-2011 - Visa Global Security Declaration for PCI DSS 269252<br>PCI-HISTORY-2011 Mastercard PCI 269312<br>PCI-HISTORY-2019-payment-security-fullreport-bl<br>PCI-HISTORY-2022-payment-security-report<br>PCI-HISTORY-Analysis of Proposed Consent Order to Aid Public Comment File No 0523148<br>PCI-HISTORY-CardSystem Solutions Letter to Commenter Painter<br>PCI-HISTORY-Wyndham's settlement with the FTC What it means for businesses – and consumers<br>PCI-MAPPING-PCI-DSS-to-NIST-Framework |

Table of Exhibits

In The United States District Court For The District Of Maryland
Ryan Dillon-Capps v Ohana Growth Partners, LLC et al

| # | Description |
|---|---|
| 110 | **Ex Parte, Injunctive, Summary/Default Judgement Hearing** [with Digital Zip]<br>**1-7** Request for Prehearing Conference to Discuss Injunctive Relief<br>**8-15** Request for Mandatory Judicial Notice Hearing on Material Facts<br>**16-40** Motion for Directed Verdict<br>**41-49** Memorandum of Law in Support of Established Facts and Claims<br>**50-61** Affidavit of Factual Basis<br>**62-65** Motion to Preserve Court Records |
| 160 | Court Record Event Files |
| 161 | Court Record Doc Files |
| 162 | Manual Records Match Source |
| 163 | June 26th and 27th Transcript |
| 164 | M&S Email Export |
| 165 | M&S Attachments - All Filings Except June14 [Zip Contains All Attachments]<br>0618, 0620, 0624, 0625, 0626, 0627, 0703, 0717, 0820, 0909, 0923, 0926, 1011, 1015, 1018, 1024, 1025, 1031 |

Table of Exhibits