# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS *Plaintiff,* vs. OHANA GROWTH PARTNERS, LLC *et al* *Defendants* | Civil Action No. _____ Hon. _____ |

## ORDER GRANTING CONDITIONAL PERMISSIVE JOINDER

Upon consideration of the Plaintiff's Motion for Conditional Permissive Joinder, the Court hereby ORDERS:

1. The Motion is GRANTED. Jordan Chisholm, Darren Koritzka, and Caroline Dillon-Capps are conditionally joined as co-Plaintiffs in this matter, subject to their consent and approval by the Court.

2. Discovery efforts shall be consolidated to address overlapping evidence of systemic misconduct by Ohana Growth Partners, LLC, while preserving the procedural integrity of each co-Plaintiff's claims and defenses.

3. The facts and defenses for each co-Plaintiff shall remain separate to ensure fairness and equitable treatment of all claims.

4. The Plaintiffs are granted leave to amend their complaint as necessary to incorporate newly discovered evidence obtained through joint discovery efforts.

5. Such other and further relief is GRANTED as the Court deems just and proper.

**SO ORDERED** this ___ day of _____, 2024.

_____
**United States District Judge**

**United States District Court
District of Maryland**