HD

Rcv'd by: AN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| RYAN DILLON-CAPPS | Civil Action |
|---|---|
| Plaintiff, | No. BAH 24 CV 3744 |
| vs. | |
| OHANA GROWTH PARTNERS, LLC *et al* | Hon. _____ |
| *Defendants* | |

USDC- BALTIMORE
'24 DEC 27 PM 1:03

## COMPLAINT INTEGRATED APPENDIX: EMERGENCY EX PARTE HEARING

**Plaintiff incorporates all subsequent sections and attachments herein by reference as though fully stated in this main document.**

**TO THE HONORABLE COURT:**

1    Pursuant to Federal Rules of Civil Procedure 65(b), 26(c), and 6(c)(1)(C), Plaintiff Ryan Dillon-Capps respectfully requests an immediate emergency ex parte hearing for the purposes of:

   1.   Allowing testimony under seal to protect sensitive information and ensure the safety of all involved parties;

   2.   Ruling on the following pending motions and requests:

      2.1   In Forma Pauperis Relief with Limited Attorney Designation;

      2.2   State-Level Negotiations and Systemic Oversight Relief;

      2.3   Conditional Permissive Joinder;

      2.4   Interlocutory Partial Summary Judgment.

Grounds For Relief

### I. TESTIMONY UNDER SEAL

2   Plaintiff seeks an order to secure testimony and evidence under seal due to the sensitive nature of the information involved, including:

1. Explicit admissions by Defendants under oath demonstrating willful violations of federal laws;

2. Evidence revealing systemic judicial misconduct and corruption that, if disclosed publicly, could endanger the Plaintiff and hinder investigations;

3. Records indicating procedural violations and acts of obstruction by state and judicial officials.

### II. IMMEDIATE RULINGS ON PENDING REQUESTS

3   The Plaintiff asserts that the urgent nature of the ongoing harm and the systemic issues raised necessitate immediate judicial action on the following motions and requests:

1. **In Forma Pauperis Relief with Limited Attorney Designation**: To provide Plaintiff the ability to effectively present their case while safeguarding access to justice;

2. **State-Level Negotiations and Systemic Oversight Relief**: To address systemic issues involving judicial misconduct and ensure proper oversight;

3. **Conditional Permissive Joinder**: To include additional parties whose participation is necessary for a full resolution of the claims;

4. **Interlocutory Partial Summary Judgment**: To resolve key issues and claims that are fully supported by the evidence and require no further factual determination.

Legal Basis

4   **Rule 65(b):** Temporary restraining orders without notice are warranted when specific facts show that immediate and irreparable harm will result.

5       **Rule 26(c)**: Protective orders are appropriate to ensure confidentiality for testimony that risks exposing sensitive legal, financial, or personal matters.

6       **Rule 6(c)(1)(C)**: Expedited hearings are warranted in situations where delaying justice risks compounding harm or irreversibly prejudicing the moving party.

## Requested Relief

7       Plaintiff respectfully requests that this Court:

   1.   Schedule an immediate emergency ex parte hearing to consider this motion;

   2.   Allow testimony under seal to safeguard sensitive information;

   3.   Rule on the following motions and requests:

      3.1   In Forma Pauperis Relief with Limited Attorney Designation;

      3.2   State-Level Negotiations and Systemic Oversight Relief;

      3.3   Conditional Permissive Joinder;

      3.4   Interlocutory Partial Summary Judgment;

   4.   Provide any additional relief deemed just and proper in the circumstances.

## Prayer For Relief

8       For the reasons stated above, Plaintiff prays this Honorable Court will:

   1.   Grant this Motion for Emergency Ex Parte Hearing;

   2.   Issue immediate rulings on the specified motions and requests;

   3.   Provide any further relief this Court deems appropriate.

## RESPECTFULLY SUBMITTED

| December 25, 2024 | Ryan Dillon-Capps *Digitally signed by Ryan Dillon-Capps Date: 2024.12.25 13:55:57 -05'00'* | 1334 Maple Avenue Essex, Maryland 21221 ryan@mxt3.com 703-303-1113 |
|---|---|---|
| /s/ Ryan Dillon-Capps Ryan Dillon-Capps | | |