IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Ryan Dillon-Capps
**Plaintiff(s),**

v.

Ohana Growth Partners, LLC, et al
**Defendant(s).**

Rcv'd by: AN     HD

Civil Case No. 24CV-3744

USDC- BALTIMORE
'24 DEC 27 PM2:29

### CONSENT BY SELF-REPRESENTED LITIGANT TO RECEIVE NOTICES OF ELECTRONIC FILING

I Ryan Dillon-Capps hereby consent to receive notice and service of all items required to be served under Fed. R. Civ. P. 5(a) and 77(d) by email transmission. In doing so, I agree to waive my right to receive service by mail pursuant to Fed. R. Civ. P. 5(b). I further agree to promptly notify the Clerk if there is any change to my email address or mailing address pursuant to Local Rule 102.b. I understand that electing to receive notices of electronic filing does **not** grant me the ability to file or serve documents electronically.

Litigants who have consented to receive documents electronically will be sent a Notice of Electronic Filing via email. Upon receipt of the notice, they are permitted one "free look" at the document by clicking on the hyperlinked document number. Litigants are encouraged to print and/or save the document at that time for future reference. This "free look" will expire 15 days from the date the notice was sent. After this free view is used or expires, the filed document may only be accessed through Public Access to Court Electronic Records (PACER). Litigants may obtain a PACER account by registering online at http://www.pacer.gov.

Dec, 27, 2024
Date

RDC
Signature

Ryan Dillon-Capps
Printed Name

Ryan@mxt3.com
Email Address

1334 Maple Ave
Mailing Address

Essex MD 21221
City, State, Zip Code

703-303-1113
Telephone Number