# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk
David E. Ciambruschini, Chief Deputy

December 30, 2024

Ryan Dillon–Caps
1334 Maple Avenue
Essex, MD 21221

Dear Ryan Dillon–Caps:

The Clerk's Office has received your papers for filing. The assigned Case Number is:
1:24–cv–03744–BAH. The Judge assigned to the case is: Judge Brendan Abell Hurson.
Documents that you would like the Judge to consider must be sent to the Clerk's Office to
be entered on the court docket at this address:

> United States District Court
> District of Maryland
> Northern Division
> Clerk's Office
> 101 W. Lombard Street
> Baltimore, MD 21201

You are required to keep a current mailing address on file with the Clerk's Office. If your
address changes, you must provide the new address in writing to the Clerk's Office.

You are required to put the case title (Dillon–Caps v. Ohana Growth Partners, LLC et al)
and case number on all documents that you file with the Clerk's Office. This is noted in
Local Rule 102.2(a).

You should also be careful to protect your privacy in court filings. You should not include
personal identifying information on documents that you file with the Court, unless you
request the documents to be filed under seal. Your documents should NOT include any
more than the last four digits of your social security, financial or tax identification
numbers. Your documents should also not include birth dates other than the year of birth.
And you should not include the names of minor children, although you may include their
initials. This is noted in Federal Rule of Civil Procedure 5.2.

Documents must be typed if possible. If documents are handwritten, they must be clearly
legible. Also, you must sign all documents that you file with the Clerk's Office.

It is important that you follow the Local Rules and Federal Rules of Civil Procedure.
Otherwise, your documents may be returned to you or your case may be dismissed. The
Clerk's Office cannot provide legal advice. A copy of these rules and other resources for
self–represented individuals filing without attorneys are available here:

https://www.mdd.uscourts.gov/filing−without−attorney

Non−prisoner self−represented parties may use the Court's Electronic Document Submission System. This service is available only to non−prisoner self−represented parties who would like to submit documents electronically for filing in civil cases. Further information is located here:

https://www.mdd.uscourts.gov/content/electronic−document−submission−system−edss

In addition, non−prisoner self−represented parties may also request to receive electronic notification of case filings instead of receiving paper copies. Further information is located here:

https://www.mdd.uscourts.gov/consent−receive−notices−electronic−filing

Sincerely,

_____/s/_____
Catherine M. Stavlas, Clerk

By: Baylee Wilson, Deputy Clerk