# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS *Plaintiff,* vs. OHANA GROWTH PARTNERS, LLC *et al* *Defendants* | Civil Action No. **24-CV-3744** Hon. **Judge Hurson** |

## NOTICE OF URGENCY ORDER

1    Upon consideration of the Notice of Urgency filed by Ryan Dillon-Capps and for good cause shown, IT IS HEREBY ORDERED THAT:

2    An immediate ex parte hearing shall be scheduled to take the testimony of Ryan Dillon-Capps under seal.

3    The Court shall issue rulings on any items or motions presently ready for resolution, to the extent practicable, without delaying the scheduling of the testimony.

4    Ryan Dillon-Capps is permitted to notify a limited number of observers of the hearing's time, who may attend solely to ensure transparency. Such observers shall not participate in the proceedings.

5    The Court grants such other and further relief as it deems just and proper.

**SO ORDERED** this ___ day of _____, 2024.

**Honorable Judge Hurson**                    **United States District Court District of Maryland**