**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RYAN DILLON-CAPPS *Plaintiff,* vs. OHANA GROWTH PARTNERS, LLC *et al* *Defendants* | Civil Action No. **24-CV-3744** Hon. **Judge Hurson** |

## MOTION TO RECONSIDER PARTIAL DISMISSED CLAIMS ON 2025 JANUARY 8TH ORDER

1   Upon consideration of Plaintiff's Motion for Reconsideration IT IS HEREBY

ORDERED:

1. Plaintiff's Motion for Reconsideration is

   _____

   _____

   _____

2. Plaintiff is permitted to submit **ex parte testimony** on _____ at

   _____ to provide additional clarity and factual depth.

3. Plaintiff's request for court-provided legal counsel is GRANTED, and counsel will be

   appointed by _____.

4. Plaintiff's request to allow [1–4] observers to attend the proceedings as passive observers

   is GRANTED, with the following conditions:

   o   Observers shall not interfere with or participate in the proceedings.

   o   Observers must adhere to all court decorum and security protocols.

5. The following additional relief is granted

_____

_____

_____

_____

**SO ORDERED** this ___ day of _____, 2025.

**United States District Judge Hurson**          **United States District Court District of Maryland**