IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

ORDER FOR MOTION TO EXPEDITE RULING ON MOTION TO RECONSIDER PARTIAL DISMISSED CLAIMS ON 2025 JANUARY 8TH

1   Upon consideration of Plaintiff Ryan Dillon-Capps' Motion to Expedite Ruling on Motion to Reconsider Partial Dismissed Claims on 2025 January 8th, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Motion to Expedite Ruling is **GRANTED**.

2. The Court will issue a ruling on Plaintiff's Motion to Reconsider Partial Dismissed Claims on 2025 January 8th as soon as practicable, but no later than _____.

3. An ex parte hearing to receive highly sensitive information, evidence, and testimony under seal, if deemed necessary by the Court, shall be scheduled promptly.

4. The Clerk of Court is directed to provide notice of this Order to all parties of record.

**SO ORDERED** this \_\_\_ day of _____, 2025.

---

**United States District Judge**                                                           **United States District Court**
                                                                                                      **District of Maryland**