IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

## MOTION TO STRIKE DOCUMENT 4-3 FROM THE DOCKET

1   Plaintiff, Ryan Dillon-Capps respectfully moves this Court to strike Document 4-3 from the docket pursuant to Rule 12(f) of the Federal Rules of Civil Procedure and the Court's inherent authority to manage its docket. In support of this motion, Plaintiff states as follows:

### BACKGROUND

2   Document 4-3 was mistakenly included in the set of filings submitted on December 27, 2024. It is an outdated version of Document 4-2 and does not accurately represent the intended submission. Its inclusion was unintentional and occurred due to clerical error when we were making the initial filing in the clerks office and documents were being signed.

### LEGAL BASIS FOR RELIEF

3   Under Rule 12(f) of the Federal Rules of Civil Procedure, the Court may strike from a filing any material that is redundant, immaterial, impertinent, or otherwise inappropriate. Document 4-3 is redundant and immaterial because it is a prior version of Document 4-2 and serves no substantive purpose in this matter.

4      Further, courts, including the District of Maryland, have inherent authority to ensure the accuracy of their dockets and to prevent confusion in proceedings (*United States v. Moussaoui*, 483 F.3d 220, 236 [4th Cir. 2007]). Allowing Document 4-3 to remain on the docket risks unnecessary confusion or misrepresentation.

## GOOD CAUSE FOR REMOVAL

5      Plaintiff has made multiple efforts to address this issue informally, including leaving voice mail messages requesting the removal of Document 4-3. Despite these attempts, the document remains on the docket. Plaintiff has been informed that a formal motion is required to rectify this clerical error.

## REQUEST FOR RELIEF

6      For the reasons stated above, Plaintiff respectfully requests that this Court strike Document 4-3 from the docket. Doing so will ensure the integrity of the record and prevent any confusion arising from the document's continued presence.

## RESPECTFULLY SUBMITTED

At this stage of these proceedings, it is the good faith assumption of the Plaintiff that their IFP status, which includes personal service and copy services, and my use of the electronic filing system the District Court has provided is meeting all Personal and Certificate of Service requirements for all applicable Defendants.

| | | |
|---|---|---|
| **January 22, 2025** | | 1334 Maple Avenue |
| | | Essex, Maryland 21221 |
| | /s/ Ryan Dillon-Capps | ryan@mxt3.com |
| | **Ryan Dillon-Capps** | 703-303-1113 |