# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br><br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

### AFFIDAVIT OF RYAN DILLON-CAPPS FOR STATE COURT DOCUMENT FILES SUBMITTED TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND ON FEBRUARY 3, 2025

I, Ryan Dillon-Capps, being over the age of eighteen (18) and competent to testify, and having personal knowledge of the facts contained herein, state as follows:

1    I am electronically filing to the United States District Court for the District of Maryland on February 3, 2025, downloaded copies of the State Court Document Files # 1-9 out of 303 that were archive downloaded on December 3, 2024 from the Circuit Court for Baltimore County online records for case C-03-CV-24-002264.  These files are numbered as follows:

    1.    SCD-1 is the State Plaintiff Complaint from June 14, 2024. Envelope 16844353.

    2.    SCD-2 is the State Plaintiff Civil Sheet from June 14, 2024. Envelope 16844353.

    3.    SCD-3 is the State Plaintiff Motion for Temporary Restraining Order and Preliminary Injunction from June 14, 2024. Envelope 16844353.

    4.    SCD-4 is the State Plaintiff Memorandum in Support of Ohana Growth partners' Motion for Temporary Restraining order and Preliminary Injunction. Envelope 16844353.

    5.    SCD-5 is the Affidavit of Richard Hartman as Exhibit 1 with Exhibit 1A, 1B, and 1C from June 14, 2024. Envelope 16844353.

2025-02-03

Affidavit of Ryan Dillon-Capps for State Court Document Files Submitted to United States District Court for the District of Maryland on February 3, 2025
Page # 1 of 2

6. SCD-6 is the Affidavit of Justin Drummond as Exhibit 2 with Exhibit 2A from June 14, 2024. Envelope 16844353.

7. SCD-7 is the 1998 Legislative History of House Bill 0925 from June 14, 2024. Envelope 16844353.

8. SCD-8 is the signed Order by Judge DeSimone Jr. Granting the Temporary Restraining Order on June 17, 2024, at 10:50 AM.

9. SCD-9 is the Certificate of Notice Regarding Motion for Temporary Restraining Order from June 14, 2024. Envelope 16844353.

10. SCD-19 is the Affidavit from the Process Server who performed Personal Service to me on June 17, 2024, at 11:24 AM for the Civil Complaint. Filed on June 18, 2024 at 3:08 PM in Envelope 16887656.

2. I am also electronically filing electronically filing to the United States District Court for the District of Maryland on February 3, 2025, downloaded copies of the hearing transcripts that were emailed to ryan@mxt3.com by Miles & Stockbridge, P.C..

1. 163A is the Hearing Transcript from June 26th, 2024.

2. 163B is the Hearing Transcript from June 27th, 2024.

### DECLARATION OF AFFIRMATION

I solemnly declare and affirm under penalty of perjury, based on my personal knowledge, that the contents of the foregoing affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

February 3, 2025

/s/ Ryan Dillon-Capps
Ryan Dillon-Capps

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113

2025-02-03

Affidavit of Ryan Dillon-Capps for State Court Document Files Submitted to United States District Court for the District of Maryland on February 3, 2025
Page # 2 of 2