| | |
|---|---|
| **OHANA GROWTH PARTNERS, LLC** | **IN THE** |
| *Plaintiff,* | **CIRCUIT COURT** |
| vs. | **FOR** |
| **RYAN DILLON-CAPPS** | **BALTIMORE COUNTY** |
| *Defendant.* | **FILE NO.:** C-03-CV-24-002264 |

[Proposed]
**TEMPORARY RESTRAINING ORDER**

Upon consideration of the Motion for Temporary Restraining Order and Preliminary Injunction, as well as the Memorandum and the Affidavits in support thereof (collectively the "TRO Motion") filed by Plaintiff, Ohana Growth Partners, LLC. ("Plaintiff" or "Ohana"), any response thereto, and a hearing thereon, it is, on this 17th day of June, 2024, hereby,

**ORDERED**, that the TRO Motion be, and the same hereby is, **GRANTED** for the reasons set forth therein and based on the following findings:

- The requested TRO is necessary: (i) to prevent imminent and irreparable harm to Ohana, for which there are no adequate remedies at law and (ii) to maintain the *status quo* until a full adversarial hearing on Ohana's concurrent Motion for a Preliminary Injunction;

- Ohana is likely to succeed on the merits of its claims against Ryan Dillon-Capps ("Dillon-Capps");

- The irreparable harm that would befall Ohana absent the requested TRO would far outweigh any potential harm to the Defendant should the injunction be granted;

- Entry of this TRO serves the public interest in enforcing valid contracts.

**AND IT IS FURTHER ORDERED**, that;

1. Pursuant to Maryland Rules 15-502 and 15-504, Defendant Ryan Dillon-Capps is temporarily restrained and hereby **ORDERED** to:

    A.  Provide Global Administrative Rights for Ohana's Microsoft 365 Account to Phil Leadore of Hartman Executive Advisors and cease and desist the use of any of access to or use of Ohana's Microsoft 365 Account and related applications, including Ohana's email systems.

    B.  Provide Administrative Rights for Ohana's GoDaddy Account to Phil Leadore of Hartman Executive Advisors and cease and desist the use of any of access to or use of Ohana's GoDaddy Account and related Internet domain name registrations.

2. Pursuant to Maryland Rule 15-503, to secure the payment of any potential damages to Defendant as a result of this temporary restraining order ("TRO"), Plaintiff shall post a bond with this Court in the nominal amount of $ __$ 1.00 (one dollar)__. This TRO will not take effect until the bond is posted.

3. This TRO shall remain in effect for ten (10) days from the date hereof, unless extended for an additional period of no more than ten (10) days or such longer period should the Defendant consent thereto.

4. The Defendant or any other person affected by this TRO may move to dissolve or modify this TRO on two (2) days' notice to Plaintiff.

5. The Clerk of Court is instructed to promptly place a copy of this TRO on the Court's MDEC filing system so that all parties, by and through their respective counsel, receive notice of this TRO.

**IT IS SO ORDERED** this __17th__ day of June 2024 at __10:50__ a.m./p.m.

_____
Judge, Circuit Court for Baltimore County, Maryland

Entered: Clerk, Circuit Court for
Baltimore County, MD
June 17, 2024