| | |
|---|---|
| **OHANA GROWTH PARTNERS, LLC** | **IN THE** |
| *Plaintiff,* | **CIRCUIT COURT** |
| vs. | **FOR** |
| **RYAN DILLON-CAPPS** | **BALTIMORE COUNTY** |
| *Defendant.* | **FILE NO.:** C-03-CV-24-002264 |

# CERTIFICATE OF NOTICE REGARDING
# MOTION FOR TEMPORARY RESTRAINING ORDER

I, ROBERT S. BRENNEN, undersigned counsel to Plaintiff Ohana Growth Partners, LLC in connection with the above-captioned matter, hereby certify, in accordance with Maryland Rule 15-504(b), that on June 14, 2024 at 11:49 a.m. I transmitted an email to Defendant Ryan Dillon-Capps at ryan.dilloncapps@ohanagp.com to which I attached copies of the Plaintiff's Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Law in support of that motion and proposed Temporary Restraining Order, and in which I advised Defendant of Plaintiff's intention to seek immediate action from the Court on Plaintiff's Motion for a Temporary Restraining Order. I further advised Defendant that I would subsequently transmit the same documents to the Chambers of the Hon. Michael J. Finifter with a request for a hearing on the Motion.

June 14, 2024                                     Respectfully submitted,

                                                  */s/ Robert S. Brennen*
                                                  Robert S. Brennen (AIS # 8712010068)
                                                  e-mail: RBrennen@milestockbridge.com
                                                  Stephen D. Frenkil (AIS # 7712010110)
                                                  e-mail: SFrenkil@milesstockbridge.com
                                                  Victoria K. Hoffberger (AIS # 1912170195)
                                                  e-mail: VHoffberger@milesstockbridge.com
                                                  MILES & STOCKBRIDGE P.C.
                                                  100 Light Street
                                                  Baltimore, Maryland 21202

Telephone: (410) 727-6464
Facsimile: (410) 385-3700

*Counsel for Plaintiff Ohana Growth Partners, LLC*