# AFFIDAVIT OF PROCESS SERVER

## Circuit Court for Baltimore County, Maryland

**Ohana Growth Partners, LLC**

          Plaintiff(s),

VS.

**Ryan Dillon-Capps**

          Defendant(s).

Attorney: *******

Miles & Stockbridge P.C.
100 Light Street
Baltimore MD 21202

**\*318135\***

**Case Number: C-03-CV-24-002264**

Legal documents received by Same Day Process Service, Inc. on **06/14/2024** at **1:54 PM** to be served upon **Ryan Dillon-Capps at 1334 Maple Avenue, Essex, MD 21221**

I, **Rodney Getlan**, swear and affirm that on **June 17, 2024** at **11:24 AM**, I did the following:

**Personally** Served **Ryan Dillon-Capps** the person listed as the intended recipient of the legal document with this **Writ of Summons (issued on 06/14/2024); Civil - Non-Domestic Case Information Sheet; Complaint; Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction; Memorandum in Support of Ohana Growth Partners' Motion for Temporary Restraining Order and Preliminary Injunction; Exhibits; Temporary Restraining Order; Certificate of Notice Regarding Motion for Temporary Restraining Order at 1334 Maple Avenue, Essex, MD 21221.**

**Description of Person Accepting Service:**
Sex: Male Age: 43 Height: 5ft4in-5ft8in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rodney Getlan**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job
ID:318135

