### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS **Plaintiff,** vs. OHANA GROWTH PARTNERS, LLC *et al* **Defendants** | Civil Action No. **1:24-CV-3744** Hon. **Judge Hurson** |

## ORDER FOR PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**Upon consideration of** Plaintiff Ryan Dillon-Capps' **Emergency Motion for a Temporary Restraining Order and Preliminary Injunction**, and for good cause shown, the Court finds that:

1. Plaintiff has demonstrated a **likelihood of success on the merits** of his claims under the **Family and Medical Leave Act (FMLA), 29 U.S.C. § 2615,** the **Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.,** and the **Maryland Wage Payment and Collection Law (MWPCL), Md. Code, Lab. & Empl. § 3-507.2(b).**

2. Plaintiff has established that he will suffer **immediate and irreparable harm** absent temporary and preliminary injunctive relief, including **severe financial distress, loss of essential utilities, risk of foreclosure, and denial of medical care due to lack of insurance.**

3. The balance of hardships **overwhelmingly favors Plaintiff**, as Defendants will suffer little to no hardship from restoring wages and benefits that Plaintiff was already entitled to receive.

4. The **public interest** strongly favors granting injunctive relief to uphold **federal employment protections** and prevent **unlawful employer retaliation**.

Accordingly, it is this ___ day of February 2025, ORDERED that:

**I. TEMPORARY RESTRAINING ORDER**

Pending a ruling on Plaintiff's Motion for Preliminary Injunction, Defendants are **immediately ORDERED** to:

1. Reinstate Plaintiff to active payroll at the post-2024 salary level, including full salary payments from the date of this Order until further ruling by this Court. Defendants are further ORDERED to pay all unpaid wages, bonuses, and reimbursements owed to Plaintiff, covering the period from June 13, 2024, through the present, in full within **[3] business days** of this Order.

1. **Restore all of Plaintiff's insurance policies**, including **health, dental, vision, and life insurance**, with full coverage as previously provided.

2. **Cease all coercive legal and financial actions**, including **any interference with Plaintiff's wages, credit, or financial stability** during the pendency of this action.

3. **Preserve all relevant evidence**, including **emails, payroll records, personnel files, and internal communications**, related to Plaintiff's employment, termination, and wage disputes.

**II. PRELIMINARY INJUNCTION HEARING**

It is further **ORDERED** that:

1. A hearing on Plaintiff's Motion for Preliminary Injunction is set for _____ **2025,** at _____ before this Court.

2. Defendants shall file any opposition to Plaintiff's Motion no later than _____ **2025**.

### III. SERVICE OF THIS ORDER

The Clerk of Court is directed to forward a copy of this Order, along with Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, to the U.S. Marshals Service for immediate service upon Defendants at their last known business addresses. The U.S. Marshals shall promptly file proof of service with the Court.

**SO ORDERED** this \_\_\_ day of _____, 2025.

**Hon. Brendan A. Hurson**  
**United States District Judge**

**United States District Court**  
**District of Maryland**