Printed from MarketBeat.com

# 223,609 Shares in Planet Fitness, Inc. (NYSE:PLNT) Purchased by WCM Investment Management LLC

Written by MarketBeat
February 9, 2025

SHARE



WCM Investment Management LLC bought a new stake in Planet Fitness, Inc. (**NYSE:PLNT** - **Free Report**) in the 4th quarter, according to its most recent 13F filing with the SEC. The firm bought 223,609 shares of the company's stock, valued at approximately $22,289,000. WCM Investment Management LLC owned 0.26% of Planet Fitness at the end of the most recent reporting period.

Get **Planet Fitness** alerts:

Enter Your Email Address                                    SIGN UP

https://www.marketbeat.com/instant-alerts/wcm-investment-management-llc-invests-2229-million-in-planet-fitness-inc-nyseplnt-2025-02-09/    1/7

.    Market Beat PLNT Article Feb 9, 2025                                Page # 1 of 7                                    Exhibit PLNT-1    .

Other large investors also recently made changes to their positions in the company. Tidal Investments LLC boosted its position in shares of Planet Fitness by 132.5% in the third quarter. Tidal Investments LLC now owns 26,466 shares of the company's stock valued at $2,352,000 after acquiring an additional 16,503 shares during the period. State Street Corp lifted its holdings in shares of Planet Fitness by 1.5% in the 3rd quarter. State Street Corp now owns 2,524,764 shares of the company's stock worth $205,061,000 after acquiring an additional 37,236 shares during the last quarter. Y Intercept Hong Kong Ltd bought a new stake in shares of Planet Fitness in the 3rd quarter worth approximately $604,000. Artemis Investment Management LLP purchased a new position in shares of Planet Fitness in the fourth quarter worth $18,767,000. Finally, Quest Partners LLC increased its stake in shares of Planet Fitness by 126.0% in the third quarter. Quest Partners LLC now owns 9,504 shares of the company's stock worth $772,000 after buying an additional 5,298 shares during the period. 95.53% of the stock is currently owned by institutional investors and hedge funds.

## Planet Fitness Stock Performance

Shares of **NYSE:PLNT** traded down $0.69 during trading hours on Friday, reaching $107.85. The stock had a trading volume of 742,722 shares, compared to its average volume of 1,427,913. Planet Fitness, Inc. has a 1 year low of $54.35 and a 1 year high of $110.00. The firm's 50 day moving average is $102.52 and its 200-day moving average is $89.99. The stock has a market capitalization of $9.12 billion, a price-to-earnings ratio of 57.98, a P/E/G ratio of 2.68 and a beta of 1.53.

Planet Fitness (**NYSE:PLNT** - **Get Free Report**) last issued its quarterly earnings results on Thursday, November 7th. The company reported $0.64 earnings per share for the quarter, topping analysts' consensus estimates of $0.57 by $0.07. Planet Fitness had a net margin of 14.23% and a negative return on equity of 107.97%. The firm had revenue of $292.20 million during the quarter, compared to analysts' expectations of $283.79 million. During the same quarter in the prior year, the business earned $0.59 EPS. Planet Fitness's quarterly revenue was up 5.3% compared to the same quarter last year. Analysts forecast that Planet Fitness, Inc. will post 2.5 EPS for the current year.

## Insider Buying and Selling

In other news, insider **Jennifer Simmons** sold 11,453 shares of the company's stock in a transaction dated Thursday, November 14th. The shares were sold at an average price of $96.20, for a total transaction of $1,101,778.60. Following the completion of the transaction, the insider now owns 19,110 shares in the company, valued at approximately $1,838,382. This represents a 37.47 % decrease in their ownership of the stock. The transaction was disclosed in a legal filing with the Securities & Exchange Commission, which is accessible through **the SEC website**. Corporate insiders own 5.94% of the company's stock.

## Analysts Set New Price Targets



7%
space saved!

A number of research firms have recently weighed in on PLNT. Robert W. Baird upped their target price on shares of Planet Fitness from $92.00 to $110.00 and gave the stock an "outperform" rating in a research report on Friday, November 8th. Macquarie reiterated a "neutral" rating and issued a $99.00 price objective (up previously from $91.00) on shares of Planet Fitness in a research note on Friday, November 8th. DA Davidson reissued a "neutral" rating and issued a $87.00 target price on shares of Planet Fitness in a report on Tuesday, January 21st. Raymond James increased their target price on shares of Planet Fitness from $92.00 to $110.00 and gave the stock a "strong-buy" rating in a report on Friday, November 8th. Finally, Stifel Nicolaus increased their price objective on shares of Planet Fitness from $85.00 to $90.00 and gave the company a "hold" rating in a report on Friday, January 17th. Five investment analysts have rated the stock with a hold rating, eleven have issued a buy rating and one has assigned a strong buy rating to the company. According to MarketBeat.com, Planet Fitness currently has a consensus rating of "Moderate Buy" and a consensus price target of $97.69.

View Our Latest Analysis on PLNT

## Planet Fitness Company Profile (Free Report)

Planet Fitness, Inc, together with its subsidiaries, franchises and operates fitness centers under the Planet Fitness brand. The company operates through three segments: Franchise, Corporate-Owned Stores, and Equipment. The company is involved in franchising business in the United States, Puerto Rico, Canada, Panama, Mexico, and Australia.

## Recommended Stories

- Five stocks we like better than Planet Fitness
- Transportation Stocks Investing
- 3 Volatility ETFs to Help You Profit from Market Chaos
- Stock Splits, Do They Really Impact Investors?
- Lam Research: Is a NAND Upgrade Cycle the Next Growth Catalyst?
- High Flyers: 3 Natural Gas Stocks for March 2022
- Chipotle's Slip: A Short-Term Dip or Long-Term Opportunity?

# Should You Invest $1,000 in Planet Fitness Right Now?

Before you consider Planet Fitness, you'll want to hear this.

MarketBeat keeps track of Wall Street's top-rated and best performing research analysts and the stocks they recommend to their clients on a daily basis. MarketBeat has identified the **five stocks** that top analysts are quietly whispering to their clients to buy now before the broader market catches on... and Planet Fitness wasn't on the list.

While Planet Fitness currently has a "Moderate Buy" rating among analysts, top-rated analysts believe these five stocks are better buys.

VIEW THE FIVE STOCKS HERE ›



## 10 BEST STOCKS TO OWN IN 2025

Enter your email address and we'll send you MarketBeat's list of the 10 best stocks to own in 2025 and why they should be in your portfolio.

GET THIS FREE REPORT

### LIKE THIS ARTICLE? SHARE IT WITH A COLLEAGUE.

     

## News From Our Partners



**This is a Social Security promise Donald Trump will have to break**
RETIRE.LY



**Nearly 4 Million Kids Get Social Security Benefits — Here's How**
RETIRE.LY



**President Donald Trump Just Made Stock Market History — and It's an Ominous Warning for Investors**
FOOL.COM

**Prediction: Donald Trump's Presidency Will Fuel a Greater Than $4 Trillion Investment**
FOOL.COM



**Trump's Victory Could Double Social Security Benefits**
RETIRE.LY



**Bezos Says His Company "Will Go Bankrupt"...**
FOOL.COM

https://www.marketbeat.com/instant-alerts/wcm-investment-management-llc-invests-2229-million-in-planet-fitness-inc-nyseplnt-2025-02-09/   4/7

.    Market Beat PLNT Article Feb 9, 2025    Page # 4 of 7    Exhibit PLNT-1    .



**Musk Just Said Tesla Has a $10 Trillion Opportunity, and It Has Nothing to Do With the Car Business**
FOOL.COM



**F-35's Cooling Crisis: Design Flaws Fuel $2 Trillion Dilemma for Pentagon**
THEEPOCHTIMES.COM

7%
space saved!

# Get 30 Days of MarketBeat All Access for Free

Sign up for MarketBeat All Access to gain access to MarketBeat's full suite of research tools.

**START YOUR 30-DAY TRIAL**

https://www.marketbeat.com/instant-alerts/wcm-investment-management-llc-invests-2229-million-in-planet-fitness-inc-nyseplnt-2025-02-09/    5/7

.    Market Beat PLNT Article Feb 9, 2025    Page # 5 of 7    Exhibit PLNT-1    .



### Best-in-Class Portfolio Monitoring

- Get personalized stock ideas.
- Compare portfolio to indices.
- Check stock news, ratings, SEC filings, and more.



### Stock Ideas and Recommendations

- See daily stock ideas from top analysts.
- Receive short-term trading ideas from MarketBeat.
- Identify trending stocks on social media.



### Advanced Stock Screeners and Research Tools

- Use our seven stock screeners to find suitable stocks.
- Stay informed with MarketBeat's real-time news.
- Export data to Excel for personal analysis.

**FEATURED BY**




**Empowering Individual Investors**

345 N Reid Place, Suite 620, Sioux Falls, SD 57103
contact@marketbeat.com
(844) 978-6257

**ABOUT MARKETBEAT**
- About
- Editorial Guidelines
- Authors
- Press Room

**MARKETBEAT PRODUCTS**
- Compare Products
- MarketBeat All Access
- Customer Reviews
- MarketBeat Daily Ratings

**POPULAR TOOLS**
- Stock Lists
- Compare Stocks
- Dividend Calculator
- My MarketBeat



Careers
MarketBeat Daily Canada
Stock Screener
Contact
MarketBeat CryptoBeat
FAQ  |  Help
MarketBeat Mobile App

**FINANCIAL CALENDARS**

Analyst Ratings

Dividends

Earnings

Insider Trades

Stock Market Holidays

**TERMS & INFO**

Advertising

Accessibility Statement

Do Not Sell My Information

Privacy Policy

RSS Feeds

Terms of Service

Sitemap

© MarketBeat Media, LLC 2010-2025. All rights reserved.

© 2025  Fair market value prices are updated every minute and are provided by **Polygon.io**. Other market data provided is at least 10-minutes delayed and hosted by Barchart Solutions. Information is provided 'as-is' and solely for informational purposes, not for trading purposes or advice, and is delayed. To see all exchange delays and terms of use please see **Barchart's disclaimer**.