**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

OMB APPROVAL
OMB Number: 3235-0287
Estimated average burden hours per response: 0.5

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

☐ Check this box to indicate that a transaction was made pursuant to a contract, instruction or written plan for the purchase or sale of equity securities of the issuer that is intended to satisfy the affirmative defense conditions of Rule 10b5-1(c). See Instruction 10.

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Simmons Jennifer | Planet Fitness, Inc. [ PLNT ] | ☐ Director　☐ 10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)　☐ Other (specify below) |
| 4 LIBERTY LANE WEST | 3. Date of Earliest Transaction (Month/Day/Year) | Div President, Corp Stores |
| (Street) | 11/14/2024 | |
| HAMPTON NH 03842 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| (City) (State) (Zip) | | X Form filed by One Reporting Person<br>☐ Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A common stock | 11/14/2024 | | M | | 1,486 | A | $19.27 | 23,894 | D | |
| Class A common stock | 11/14/2024 | | S | | 1,486 | D | $96.2292(1) | 22,408 | D | |
| Class A common stock | 11/14/2024 | | M | | 811 | A | $36.42 | 23,219 | D | |
| Class A common stock | 11/14/2024 | | S | | 811 | D | $96.2292(1) | 22,408 | D | |
| Class A common stock | 11/14/2024 | | M | | 690 | A | $70.44 | 23,098 | D | |
| Class A common stock | 11/14/2024 | | S | | 690 | D | $96.2292(1) | 22,408 | D | |
| Class A common stock | 11/14/2024 | | M | | 1,868 | A | $64.35 | 24,276 | D | |
| Class A common stock | 11/14/2024 | | S | | 1,868 | D | $96.2292(1) | 22,408 | D | |
| Class A common stock | 11/14/2024 | | M | | 2,356 | A | $78.35 | 24,764 | D | |
| Class A common stock | 11/14/2024 | | S | | 2,356 | D | $96.2292(1) | 22,408 | D | |
| Class A common stock | 11/14/2024 | | M | | 944 | A | $83.04 | 23,352 | D | |
| Class A common stock | 11/14/2024 | | S | | 944 | D | $96.2292(1) | 22,408 | D | |
| Class A common stock | 11/14/2024 | | S | | 3,298 | D | $96.1405 | 19,110 | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Stock Options (Right to buy) | $19.27 | 11/14/2024 | | M | | | 1,486 | (2) | 03/31/2027 | Class A common stock | 1,486 | $0.00 | 0.00 | D | |
| Stock Options (Right to buy) | $36.42 | 11/14/2024 | | M | | | 811 | (3) | 04/02/2028 | Class A common stock | 811 | $0.00 | 0.00 | D | |
| Stock Options (Right to buy) | $70.44 | 11/14/2024 | | M | | | 690 | (4) | 04/09/2029 | Class A common stock | 690 | $0.00 | 0.00 | D | |
| Stock Options (Right to buy) | $64.35 | 11/14/2024 | | M | | | 1,868 | (5) | 03/06/2030 | Class A common stock | 1,868 | $0.00 | 0.00 | D | |
| Stock Options (Right to buy) | $78.35 | 11/14/2024 | | M | | | 2,356 | (6) | 03/19/2031 | Class A common stock | 2,356 | $0.00 | 786 | D | |
| Stock Options (Right to buy) | $83.04 | 11/14/2024 | | M | | | 944 | (7) | 03/15/2032 | Class A common stock | 944 | $0.00 | 945 | D | |

**Explanation of Responses:**

1. The price reported is a weighted average price. The shares were sold in multiple transactions at prices ranging from $96.14 to $96.27, inclusive. The Reporting Person undertakes to provide to the Issuer, any security holder of the Issuer, or the staff of the Securities and Exchange Commission, upon request, full information regarding the number of shares sold at each separate price within the ranges set forth herein.
2. The options vested in equal installments on each of March 31, 2018, 2019, 2020 and 2021
3. The options vested in equal installments on each of April 2, 2019, 2020, 2021 and 2022.
4. The options vested in equal installments on each of April 9, 2020, 2021, 2022 and 2023.
5. The options vested in equal installments on each of March 6, 2021, 2022, 2023 and 2024.
6. The options vest in equal installments on each of March 19, 2022, 2023, 2024 and 2025.
7. The options vest in equal installments on each of March 15, 2023, 2024, 2025 and 2026.

**Remarks:**

| /s/ Justin Vartanian, Attorney-in-Fact | 11/18/2024 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**