# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br><br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

## AFFIDAVIT OF RYAN DILLON-CAPPS – PLNT INSIDER TRADING

I, Ryan Dillon-Capps, being over the age of eighteen (18) and competent to testify, and having personal knowledge of the facts contained herein, state as follows:

1        Attached are two exhibits.  An article from Market Beat and a SEC legal filing, and unless someone beat me to the SEC report then I am responsible for the SEC investigation into NYSE:PLNT.

2        For the record, I contacted Planet Fitness multiple times and even requested to speak with their legal counsel to discuss stretching back before June 14, right after June 14, and then again throughout the state court trial.  Information provided to discuss included the consumer protection violations.

## DECLARATION OF AFFIRMATION

I solemnly declare and affirm under penalty of perjury, based on my personal knowledge, that the contents of the foregoing affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

| | | |
|---|---|---|
| **February 9, 2025** | | 1334 Maple Avenue<br>Essex, Maryland 21221<br>ryan@mxt3.com<br>703-303-1113 |
| /s/ Ryan Dillon-Capps<br>**Ryan Dillon-Capps** | | |