**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ryan Dillon-Capps | 1:24-CV-3744 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Ohana Growth Partners, LLC. et al | Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alaris Equity Partners USA Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
455 Capital Mall Complex, Suite 217, Sacramento Californoa 95814

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Ryan Dillon-Capps
1334 Maple Avenue
Essex Maryland 21221

| | |
|---|---|
| Number of process to be served with this Form 285 | 21 |
| Number of parties to be served in this case | 21 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Personal Service to registered agent: Capital Corporate Services Inc.

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 703-303-1113
DATE: 2/9/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Ryan Dillon-Capps | COURT CASE NUMBER<br>1:24-CV-3744 |
| DEFENDANT<br>Ohana Growth Partners, LLC. et al | TYPE OF PROCESS<br>Personal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Brick Bodies Services, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
212 West padonia Road Timonium Maryland 21093

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Ryan Dillon-Capps
1334 Maple Avenue
Essex Maryland 21221

| | |
|---|---|
| Number of process to be served with this Form 285 | 21 |
| Number of parties to be served in this case | 21 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:
Office Hours - Service to Company

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 703-303-1113

DATE: 2/9/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

| | Date | Time | [ ] am [ ] pm |
|---|---|---|---|

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>Ryan Dillon-Capps | COURT CASE NUMBER<br>1:24-CV-3744 |
| DEFENDANT<br>Ohana Growth Partners, LLC. et al | TYPE OF PROCESS<br>Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Down Under Growth Partners, LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
212 West padonia Road Timonium Maryland 21093

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Ryan Dillon-Capps<br>1334 Maple Avenue<br>Essex Maryland 21221 | Number of process to be served with this Form 285: 21 |
| | Number of parties to be served in this case: 21 |
| | Check for service on U.S.A.: X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Office Hours - Service to Company

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT

TELEPHONE NUMBER: 703-303-1113
DATE: 2/9/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>Ryan Dillon-Capps | COURT CASE NUMBER<br>1:24-CV-3744 |
| DEFENDANT<br>Ohana Growth Partners, LLC. et al | TYPE OF PROCESS<br>Personal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pla-Fit Franchise, LLC

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4 Liberty Lane West Hampton New Hampshire 03842

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Ryan Dillon-Capps
1334 Maple Avenue
Essex Maryland 21221

| | |
|---|---|
| Number of process to be served with this Form 285 | 21 |
| Number of parties to be served in this case | 21 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Office Hours - Service to Company

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 703-303-1113
DATE: 2/9/2025

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date   Time   [ ] am  [ ] pm
Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Form USM-285
Rev. 03/21