**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

### ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION OF DENIAL OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiff Ryan Dillon-Capps' Emergency Motion for Reconsideration of Denial of Temporary Restraining Order and Preliminary Injunction and Request for Expedited Review, and the record before this Court, the Court finds that:

1	Likelihood of Success on the Merits – Plaintiff has demonstrated a substantial likelihood of success on their claims under the Family and Medical Leave Act (FMLA), Americans with Disabilities Act (ADA), and 42 U.S.C. § 1983.

2	Irreparable Harm – Plaintiff has provided compelling evidence that the denial of immediate relief will result in severe and irreparable harm, including:

   1.	The worsening of a life-threatening medical condition, supported by medical expert testimony;

   2.	Significant financial injury resulting in loss of housing, creditworthiness, and basic necessities; and

   3.	Chilling effects of employer retaliation, which could deter other employees from exercising protected rights.

2025-02-13

Order Granting Plaintiff's Emergency Motion for Reconsideration of Denial of Temporary Restraining Order and Preliminary Injunction
Page # 1 of 2

3  Balance of Equities – The harm to Plaintiff in the absence of injunctive relief outweighs any potential harm to Defendants.

4  Public Interest – The enforcement of federal anti-retaliation laws and protection of employees' rights under FMLA and ADA serve the public interest.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's Emergency Motion for Reconsideration is GRANTED.

2.  Defendants shall immediately reinstate Plaintiff to their prior employment position with full pay and benefits, pending resolution of this litigation.

3.  Defendants are enjoined from engaging in any retaliatory action against Plaintiff.

4.  This Order shall remain in effect until further order of this Court.

5.  A hearing on Plaintiff's request for a preliminary injunction is scheduled for _____.

**SO ORDERED** this \_\_\_ day of _____, 2025.

**United States District Judge**  
**Honorable Judge Hurson**

**United States District Court**  
**District of Maryland**