# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS *Plaintiff,* ) vs. ) OHANA GROWTH PARTNERS, LLC *et al* *Defendants* | ) ) Civil Action ) ) No. **1:24-CV-3744** ) ) ) Hon. **Judge Hurson** )) |

## AFFIDAVIT OF RYAN DILLON-CAPPS MALIGNANT CATATONIA EXHIBIT SUBMISSION ON FEB 13, 2025.

1   I, Ryan Dillon-Capps, being over the age of eighteen (18) and competent to testify, and having personal knowledge of the facts contained herein, state as follows:

2   Attached is Exhibit HARM-MC-1: Park, J., Tan, J., Krzeminski, S., Hazeghazam, M., Bandlamuri, M., & Carlson, R. W., *Case Report: Malignant Catatonia Warrants Early Psychiatric-Critical Care Collaborative Management: Two Cases and Literature Review*, Case Reports in Critical Care, vol. 2017, Article ID 1951965, 4 pages (2017), available at http://dx.doi.org/10.1155/2017/1951965.

### DECLARATION OF AFFIRMATION

I solemnly declare and affirm under penalty of perjury, based on my personal knowledge, that the contents of the foregoing affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

| | | |
|---|---|---|
| **February 13, 2025** | /s/ Ryan Dillon-Capps **Ryan Dillon-Capps** | 1334 Maple Avenue Essex, Maryland 21221 ryan@mxt3.com 703-303-1113 |