## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS *Plaintiff,* vs. OHANA GROWTH PARTNERS, LLC *et al* *Defendants* | ) ) Civil Action ) ) No. **1:24-CV-3744** ) ) ) Hon. **Judge Hurson** ) ) |

### ORDER FOR REQUEST FOR ISSUANCE OF SUMMONS AND SERVICE

1   Upon consideration of Plaintiff's Request for Issuance of Summons and Service, and in accordance with Federal Rule of Civil Procedure 4(c)(3) and 28 U.S.C. § 1915(d), the Court finds that Plaintiff, proceeding in forma pauperis (IFP), is entitled to service by the U.S. Marshals Service.

2   Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall immediately issue the summons for the Defendant(s) named in this action.
2. Pursuant to FRCP 4(c)(3), the Clerk of Court shall promptly transmit the issued summons, along with copies of the Amended Complaint and all necessary documents, to the U.S. Marshals Service for proper service upon the Defendant(s).
3. The U.S. Marshals Service shall effectuate service without undue delay in accordance with 28 U.S.C. § 1915(d).
4. The Court grants such additional relief as it deems just and proper.

**SO ORDERED** this ___ day of _____, 2025.

**Honorable Judge Hurson**                                    **United States District Court**
                                                              **District of Maryland**