**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

### ORDER FOR NOTICE OF FILING ERROR AND REQUEST FOR CORRECTION OF ECF16-12

1  Upon consideration of Plaintiff's Notice of Filing Error and Request for Correction of ECF 16-12, and for good cause shown, the Court finds that:

   1. Plaintiff originally filed Exhibit 109 in paper format on December 27, 2024, containing 120 pages.

   2. When the Clerk of Court docketed Exhibit 109 as ECF 16-12 on January 3, 2025, pages 116, 117, 118, and 119 were inadvertently omitted.

   3. Under Federal Rule of Civil Procedure 60(a), the Court may correct clerical mistakes in the record at any time.

   4. Pursuant to FRCP 5(d)(4), 28 U.S.C. § 1651 (All Writs Act), and Local Rules 102.2(d) and 105.1, the Clerk of Court has the authority and duty to maintain an accurate and complete record.

2  IT IS HEREBY ORDERED THAT:

   1. The Clerk of Court shall correct the docket by uploading the missing pages (116, 117, 118, and 119) to Exhibit 109 (ECF 16-12).

2. The Clerk shall complete this correction without undue delay to ensure the accuracy of the record.

3. The Court grants such further relief as it deems just and proper.

**SO ORDERED** this ___ day of _____, 2025.

**Honorable Judge Hurson**

**United States District Court**
**District of Maryland**