## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS | Civil Action |
| *Plaintiff,* | No. **1:24-CV-3744** |
| vs. | |
| OHANA GROWTH PARTNERS, LLC *et al* | Hon. **Judge Hurson** |
| *Defendants* | |

### NOTICE OF FILING OF RELATED DOCUMENTS

1       Plaintiff, Ryan Dillon-Capps, hereby submits this Notice of Filing of Related Documents

and respectfully notifies the Court that the following Filings are interrelated and should be

reviewed together in consideration of the pending motion for reconsideration before the Court:

2       **Pending Motion [ECF 28-0]** Plaintiff's Emergency Motion for Reconsideration of

Denial of Temporary Restraining Order and Preliminary Injunction and Request for Expedited

Review.

**3**       Lead supporting document breaking down the facts bit by bit and citing evidence. **Please**

**read this first.**

     1.       **Filed February 17, 2024 [Pending]** Affidavit of Ryan Dillon-Capps in Support

     of Plaintiff's Emergency Motion for Reconsideration of Denial of Temporary Restraining

     Order and Preliminary Injunction and Request for Expedited Review

4       It is better and cites evidence, but it not as comprehensive as the affidavit on facts.  It

does, however, contain legal basis which the affidavit does not.

     1.       **Filed February 14, 2024 [ECF 33-0]** Amended Emergency Motion for

     Temporary Restraining Order and Preliminary Injunction

.    2025-02-17

5      This was filed with the original motion, and it is the Plaintiff's fault for neglecting to file a line to notify the Court.  It is broader in scope and less detailed to the specific issues which directly speak to the TRO and PI.

     1.     **February 6, 2024 [ECF 24-0]** Filed Affidavit of Ryan Dillon-Capps Amended Complaint Statement of Facts

6      These filings contain overlapping factual and legal arguments that are integral to the Court's determination of the issues presented. In the interest of Judicial efficiency and to ensure a comprehensive review, Plaintiff respectfully requests that the Court consider these filings in conjunction with one another.

7      Plaintiff has also filed a Notice to Appeal, but informally requests that if the Court in these filings and the amended complaint finds sufficient merit to allow the Plaintiff to remedy any deficiencies it found in the procedural fact to evidence statements of the first Complaint with the dismissed Defendants then it would be most appreciated.

8      If the issue is one of legal question or fact, the Plaintiff stands ready to provide the court with whatever is required to correct for any misunderstandings of fact or application of law as it was intended to be applied by the Plaintiff.  The dismissed Defendants were not exclusively being included for the labor dispute, and there are several other misunderstandings that the Plaintiff is eager to provide a clearer understanding.

9      Plaintiff thanks this Honorable Court for it's consideration and time, and humbly requests for the Court to not make final such an adverse determination without an evidentiary hearing in a case with such a large amount of evidence.

RESPECTFULLY SUBMITTED

February 17, 2025

/s/ Ryan Dillon-Capps
**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113