# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br><br>Hon. **Judge Hurson** |

## NOTICE OF APPEAL

1      PLEASE TAKE NOTICE that Pro Se Plaintiff, Ryan Dillon-Capps, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Order entered on January 29, 2025, denying Plaintiff's Motion for Reconsideration under Federal Rule of Civil Procedure 59(e) and dismissing Defendants from the case.

2      This appeal is taken pursuant to the collateral order doctrine, as the District Court's order conclusively determines the rights of the Plaintiff, resolves an important legal issue separate form the merits of the case, and is effectively unreviewable on final judgement.  Specifically, the dismissal and denial of reconsideration have a significant impact on the Plaintiff's rights and cannot be adequately addressed on appeal after final judgement.

3      Additionally, the appeal is taken pursuant to 28 U.S.C § 1292, as the District Court's order denied injunctive relief against those same Defendants, and the denial comes with irreparable consequences.

4      There is no expressed statement designed to limit the scope of the notice of appeal. Every effort has been made in good faith to give notice as timely as possible.

<u>RESPECTFULLY SUBMITTED</u>

**February 14, 2025**

    <u>/s/ Ryan Dillon-Capps</u>
    **Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113

2025-02-14