# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS *Plaintiff,* vs. OHANA GROWTH PARTNERS, LLC *et al* *Defendants* | Civil Action No. **1:24-CV-3744** Hon. **Judge Hurson** |

## NOTICE OF FILING OF RELATED DOCUMENTS – FEBRUARY 19, 2025

1   Plaintiff, Ryan Dillon-Capps, hereby submits this Notice of Filing of Related Documents and respectfully notifies the Court that the following Filings are interrelated and should be reviewed together in consideration of the pending motion for reconsideration before the Court:

2   **Pending Motion [ECF 28-0]** Plaintiff's Emergency Motion for Reconsideration of Denial of Temporary Restraining Order and Preliminary Injunction and Request for Expedited Review.

3   Supporting the plausibility standard:

   1.   **Filed February 19, 2025 [Pending]** Affidavit of Ryan Dillon-Capps in Support of Protection Violations & Deceptive and Unfair Trade Practices.

RESPECTFULLY SUBMITTED

| | | |
|---|---|---|
| **February 19, 2025** | /s/ Ryan Dillon-Capps **Ryan Dillon-Capps** | 1334 Maple Avenue Essex, Maryland 21221 ryan@mxt3.com 703-303-1113 |