# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS<br><br>*Plaintiff,*<br>vs.<br><br>OHANA GROWTH PARTNERS, LLC *et al*<br><br>*Defendants* | Civil Action<br><br>No. **1:24-CV-3744**<br><br>Hon. **Judge Hurson** |

## MOTION TO SEAL ATTORNEY GRIEVANCE COMMISSION OF MARYLAND LETTER DATED FEBRUARY 20, 2025

1      Plaintiff, Ryan Dillon-Capps, moves this Honorable Court to permit the filing under seal of Maryland Attorney Grievance Commission Deferment Letter pursuant to Local Rule 105.11 and applicable federal law.  In support of this Motion, Ryan Dillon-Capps states as follows:

### LEGAL BASIS

2      The attached is a letter from the Attorney Grievance Commission of Maryland Letter dated February 20, 2025.  It is labeled Private and Confidential by the Attorney Grievance Commission of Maryland Office of Bar Counsel.

3      The letter itself is one page and it's only value is to the Court, and there is no other reasonable alternative , like redacting, because the letter itself is defined as not suitable for public interest.

### COMPLIANCE WITH LOCAL RULE 105.11

4      Pursuant to Local Rule 105.11, this Motion is being filed concurrently with the Attorney Grievance Commission of Maryland Letter dated February 20, 2025, and a proposed order has been attached for the Court's consideration. The filing party acknowledges that if this Motion is

denied, it should be automatically withdrawn from the Court record.  A proposed order is filed with this motion.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court enter an order permitting Attorney Grievance Commission of Maryland Letter dated February 20, 2025, to be filed under seal.

<u>RESPECTFULLY SUBMITTED</u>

**February 20, 2025**

/s/ Ryan Dillon-Capps
**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113