IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RYAN DILLON-CAPPS <br><br> *Plaintiff,* <br> vs. <br><br> OHANA GROWTH PARTNERS, LLC *et al* <br><br> *Defendants* | Civil Action <br><br> No. **1:24-CV-3744** <br><br> Hon. **Judge Hurson** |

### ORDER FOR MOTION TO SEAL ATTORNEY GRIEVANCE COMMISSION OF MARYLAND LETTER DATED FEBRUARY 20, 2025

1   Upon consideration of **Plaintiff's** Motion to Seal Attorney Grievance Commission of Maryland Dated February 20, 2025, and for good cause shown, it is hereby:

2   **ORDERED** that the Motion is **GRANTED**, and the Attorney Grievance Commission of Maryland Dated February 20, 2025, shall be filed under seal until further order of this Court.

**SO ORDERED** this ___ day of _____, 2025.

**United States District Judge Hu** <br> **Honorable Brendan A. Hurson**                                    **United States District Court** <br> **District of Maryland**