FILED: March 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1162
(1:24-cv-03744-BAH)

RYAN DILLON-CAPPS,

        Plaintiff - Appellant,

    v.

OHANA GROWTH PARTNERS, LLC; VICTOR C. BRICK, CEO/Co-Majority Owner; GLENN NORRIS, CFO/Equity Owner; EARL IHLE, Equity Owner; TERRY WOODS, Equity Owner; STACEY R. WITTELSBERGER, Co-Founder/Special Advisor; Director, Bengur Bryan; Partner, Patriot Capital; CHARLES A. BRYAN, Co-Founder/Managing Director; Partners & Special Advisor, Patriot Capital; Co-Founder/Special Advisor, Exeter Street Capital Partners; RICHARD HARTMAN, VP of People and Culture; JUSTIN DRUMMOND, President; HOLLY D. BUTLER, Principal; STEPHEN D. FRENKIL, Principal; ROBERT S. BRENNEN, Principal; RANDALL ROMES, Principal, Clifton Larson Allen LLC; DANIEL J. LEVETT, Senior Director; JUDGE DESIMONE, JR.; JUDGE TRUFFER; JUDGE BARRANCO; JUDGE ALEXANDER; JUDGE BATTISTA; JUDGE MAYER; JUDGE STRINGER; JUDGE ROBINSON, JR.; CLERK ENSOR; VICTORIA K. HOFFBERGER, Associate; JESSICA L. DUVALL, Associate; STATE OF MARYLAND; ALARIS EQUITY PARTNERS USA INC.; BRICK BODIES SERVICES, INC.; DOWN UNDER GROWTH PARTNERS, LLC; MILES & STOCKBRIDGE P.C.; PLA-FIT FRANCHISE, LLC,

        Defendants - Appellees.

O R D E R

Ryan Dillon-Capps filed this appeal seeking our review of the district court's order denying Dillon-Capps' motion for reconsideration of the district court's prior order dismissing multiple defendants from Dillon-Capps' civil action against several defendants. Days after filing the appeal, Dillon-Capps filed an "Emergency Motion . . . for Injunction Pending Appeal" and an "Emergency Motion for Review by a Single Judge." After due consideration, we deny both motions. *See United States v. Texas*, __ U.S. __, __, 144 S. Ct. 797, 798 (2024) ("Deciding whether to grant a stay pending appeal requires consideration of . . . four . . . factors, which include an assessment of the applicant's likelihood of success on the merits."); 4th Cir. R. 27(e) ("Application to a single judge should be made only in exceptional circumstances where action by a panel would be impractical due to the requirements of time.").

For the Court

/s/ Nwamaka Anowi, Clerk