No. 1:24-CV-3744

═══════════════════════════════════

IN THE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

_____

Ryan Dillon-Capps

*Plaintiff-Appellant,*

v.

Ohana Growth Partners, LLC et al.,

*Defendants-Appellees.*

_____

Currently on Appeal in

Circuit Court of Appeals

Fourth Circuit

No. 25-1162

_____

[Exhibit 401] Affidavit on the Accessibility of Court Records

─────────────────────────

Ryan Dillon-Capps
1334 Maple Avenue
Essex Maryland 21221
ryan@mxt3.com
703-303-1113

═══════════════════════════════════

[Exhibit 401] Affidavit on the Accessibility of Court Records   v.3

## Table of Contents

Introduction .......................................................................................... 1

I Exhibit 401-A: Restricted Fourth Circuit Court Record (June 10, 2025) ...... 1

  A CIRCUIT ECF 34 TO 36 [JUNE 2, 2025] ......................................... 1

  B CIRCUIT ECF 37 [JUNE 7, 2025] ................................................. 2

  C CIRCUIT ECF 38 TO 39 [JUNE 9, 2025] ........................................ 3

  D CIRCUIT ECF 39 [JUNE 10, 2025] ............................................... 3

  E PHONE CALLS: 4TH CIRCUIT COURT CLERK'S OFFICE [JUNE 10, 2025] ......... 4

  F EXHIBIT 401-A: SUMMARY TABLE ............................................... 5

II Exhibit 401-B: PACER Account Disabled [June 10, 2025] ........................... 5

  A EXHIBIT 401-B: SUMMARY TABLE ............................................... 6

III Exhibit 401-C: Other Fourth Circuit Court Case Records [June 10, 2025] 6

  A EXHIBIT 401-C: SUMMARY TABLE ............................................... 8

IV Exhibit 401-D: Restricted Fourth Circuit Court Record 2 (June 12, 2025). 8

  A CIRCUIT ECF 34 TO 41 [JUNE 12, 2025] ...................................... 8

  B PHONE CALLS 4TH CIRCUIT COURT CLERK'S OFFICE [JUNE 11, 2025] ......... 9

  C EXHIBIT 401-D: SUMMARY TABLE ............................................ 11

V Exhibit 401-E: Accessibility of Court Records ...................................... 12

  A GOOGLE WEB SEARCH RESULTS ............................................... 12

  B PACER V. COURTLISTENER (RECAP) ......................................... 12

  C GOOGLE INDEX ................................................................ 13

  D PACER ACCOUNT DISABLED: UNPAID BALANCE .............................. 15

  A IN FORMA PAUPERIS CONTINUES ON APPEAL [FEBRUARY 19, 2025] .......... 16

  B 4TH CIRCUIT GRANTED WAIVER OF PACER FEES [FEBRUARY 23, 2025] .. 16

  C EMERGENCY UNOPPOSED MOTION TO REMOVE RESTRICTIONS ON COURT RECORDS, RETROACTIVE PACER EXEMPTIONS, & COURT APPOINTED COUNSEL [JUNE 16, 2025] ........................................................ 17

  D 4TH CIRCUIT NOTICE: DOCUMENTS ARE NOT RESTRICTED [JUNE 16, 2025] ...................................................................................... 18

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

E 4ᴛʜ Cɪʀᴄᴜɪᴛ DENYING ʀᴇᴛʀᴏᴀᴄᴛɪᴠᴇ ᴡᴀɪᴠᴇʀ ᴏꜰ PACER ꜰᴇᴇs [Jᴜɴᴇ 16, 2025] ....................................................................................... 19

VI Exhibit 401-E: Summary Table ................................................. 19

VII Summary ............................................................................. 20

Declaration of Affirmation ......................................................... 22

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

ii

## Introduction

I, Ryan Dillon-Capps (née Wagner), the Plaintiff-Appellant-Petitioner, being over the age of eighteen (18), competent to testify, and having personal knowledge of the facts contained herein, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

## I  Exhibit 401-A: Restricted Fourth Circuit Court Record (June 10, 2025)

### A  Circuit ECF 34 to 36 [June 2, 2025]

1— On Monday, June 2, 2025, my *Affidavit of Judicial Complaint and Chief Judge Diaz's May 27, 2025, Order Confirming Docketing Directives and Incomplete Court Record* was docketed with the Fourth Circuit Court as Circuit ECF 34-1.

2— On Monday, June 2, 2025, Exhibit 205-A, a copy of Fourth Circuit Chief Judge Diaz's May 27, 2025, memorandum and order responding to my judicial complaint against District of Maryland District Judge Brendan A. Hurson, was docketed with the affidavit as Circuit ECF 34-2.

3— On Monday, June 2, 2025, Exhibit 205-B, a copy of the email I sent to the Fourth Circuit on April 30, 2025, containing the judicial complaint against District of Maryland District Judge Brendan A. Hurson, was docketed with the affidavit as Circuit ECF 34-3.

4— On Monday, June 2, 2025, my Motion to Disqualify Chief Judge Diaz was docketed with the Fourth Circuit Court as Circuit ECF 35.

5— On Monday, June 2, 2025, my Motion to Correct Court Record, requesting that the Fourth Circuit direct the District of Maryland to produce a complete original court record, was docketed as Circuit ECF 36.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

1

2025-06-20.......dcmd_1:24cv3744-00000004-exhibit-401.

6— As shown in **Exhibit 401-A**, at 1, the screenshot taken on Friday, June 6, 2025, at 2:19 a.m. shows what I discovered upon logging into PACER for the Fourth Circuit Court of Appeals and viewing Court of Appeals Case No. 25-1162. The following filings were missing hyperlinks to their corresponding docket entries:

a— Circuit ECF 34-1: Affidavit of Judicial Complaint and Chief Judge Diaz's May 27, 2025, Order Confirming Docketing Directives and Incomplete Court Record;

b— Circuit ECF 34-2: Exhibit 205-A—Judicial Complaint: May 27, 2025, Memorandum and Order from the Fourth Circuit Court of Appeals' Chief Judge;

c— Circuit ECF 34-3: Exhibit 205-B—Judicial Complaint: April 30, 2025, Submission Email;

d— Circuit ECF 35: Motion to disqualify Chief Judge Diaz on the basis that he is a material witness who will be deposed and likely called to testify;

e— Circuit ECF 36: Motion requesting that the Fourth Circuit Court direct the District Court to correct the court record.

### B   Circuit ECF 37 [June 7, 2025]

7— On Saturday, June 7, 2025, my *Motion for Ruling to Disqualify and Reassign*—a follow-up to my pending April 29, 2025, *Motion to Disqualify the Honorable Brendan Abel Hurson with Vacatur and Reassignment* (Circuit ECF 24-1)—was docketed with the Fourth Circuit Court as Circuit ECF 37.

8— As shown in **Exhibit 401-A**, at 2, the screenshot taken on Saturday, June 7, 2025, at 1:59 a.m. shows the PACER record for the Fourth Circuit Court of Appeals in Case No. 25-1162, after I filed my motion seeking a ruling to disqualify District Court Judge Brendan A. Hurson and reassign the case

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

2

2025-06-20.......dcmd_1:24cv3744-00000005-exhibit-401.......................................................................

outside the Fourth Circuit at 1:54 a.m. that same day. The motion was docketed as Circuit ECF 37, and the hyperlink was active and functional.

9— As shown in **Exhibit 401-A**, at 3, the screenshot taken on Monday, June 9, 2025, at 11:44 a.m. shows what I discovered upon logging into PACER for the Fourth Circuit Court of Appeals and viewing Case No. 25-1162. The hyperlink for Circuit ECF 37 was missing.

### C   Circuit ECF 38 to 39 [June 9, 2025]

10— On Friday, June 9, 2025, my *Motion for Ruling to Vacate*—a follow-up to my pending April 29, 2025, *Motion to Disqualify the Honorable Brendan Abel Hurson with Vacatur and Reassignment* (Circuit ECF 24-1)—was docketed with the Fourth Circuit Court as Circuit ECF 38.

11— As shown in **Exhibit 401-A**, at 4, the screenshot taken on Monday, June 9, 2025, at 5:47 p.m. shows the PACER record for the Fourth Circuit Court of Appeals in Case No. 25-1162, after I filed my motion seeking to vacate under FRCP 60(b)(4) at 5:45 p.m. that same day. The motion was docketed as Circuit ECF 38, and the hyperlink was active and functional.

12— As shown in **Exhibit 401-A**, at 6, the screenshot taken on Tuesday, June 10, 2025, at 2:11 p.m. shows what I discovered upon logging into PACER for the Fourth Circuit Court of Appeals and viewing Case No. 25-1162. The hyperlink for Circuit ECF 38 was missing, but the hyperlink for Circuit ECF 39 was active and functional.

### D   Circuit ECF 39 [June 10, 2025]

13— On Saturday, June 10, 2025, my Formal Notice of Historical Valuation-Based Settlement Offers, Reciprocal Relief, Consecutive-Compounding Multipliers, Continuing Violation Multiplier, and Opportunity to Negotiate—a collection of notices directed to the entities and individuals associated with Ohana Growth Partners, LLC; Miles & Stockbridge P.C.; the State of Maryland; and

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

3

2025-06-20.......dcmd_1:24cv3744-00000006-exhibit-401.

the U.S. Government—was docketed with the Fourth Circuit Court as Circuit ECF 39.

14— As shown in **Exhibit 401-A**, at 5, the screenshot taken on Tuesday, June 10, 2025, at 3:50 a.m. shows the PACER record for the Fourth Circuit Court of Appeals in Case No. 25-1162, after I filed my formal notice to Ohana Growth Partners, LLC; Miles & Stockbridge P.C.; the State of Maryland; and the U.S. Government at 3:49 a.m. that same day. The notice was docketed as Circuit ECF 39, and the hyperlink was active and functional.

### E  Phone Calls: 4th Circuit Court Clerk's Office [June 10, 2025]

15— As shown in **Exhibit 401-A**, at 7, the screenshot taken on Tuesday, June 10, 2025, at 10:35 p.m. shows the call log for Tuesday June 10, 2025, to (804) 916-2704—the Clerk's Office for the Fourth Circuit Court of Appeals.

a— During my first call at 2:11 p.m., lasting 31 seconds, I asked for Karen Stump, my case manager, and was transferred to her voicemail, which stated that she would be out of the office until Wednesday, June 11, 2025.

b— During my second call at 2:12 p.m., lasting 9 minutes and 23 seconds, I spoke with "Kierstan," and during this call she stated, "they are not deleted." Kierstan confirmed that no order was docketed and that the public record also did not have something to click. She suggested that I speak with her supervisor, but after a brief hold, she said she was going to instead transfer me to the Help Desk to see if they could fix the permissions issue. I left a voicemail with the Help Desk and have not received a call or email from them.

c— During my third call at 2:21 p.m., lasting 5 minutes and 26 seconds, I spoke with "Ameisha," and during this call she stated, "they are restricted." When I inquired about the absence of a court order, she said that sometimes court records are restricted for other reasons.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

4

Ameisha stated that I would need to wait to speak with my case manager, Karen Stump, when she returned tomorrow. She added that the Help Desk would likely tell me there is nothing they can do. I asked to speak with her supervisor, and Ameisha transferred me to the voicemail of what I believe was identified as belonging to the Section 2 supervisor. I left a voicemail and have not received a call or email from them.

## F   Exhibit 401-A: Summary Table

> **Exhibit 401-A**—Restricted Fourth Circuit Court Record (June 10, 2025):
> **pp. 1–6:** Screenshots of restricted docket entries in Court of Appeals Case No. 25-1162:
>> • Circuit ECF 34-1 (Affidavit of Judicial Complaint and Chief Judge Diez May 27, 2025, Order Confirming Docketing Directives and Incomplete Court Record);
>
> • Circuit ECF 34-2 (Exhibit 205A—May 27, 2025, Memorandum and Order);
> • Circuit ECF 34-3 (Exhibit 205B—April 30, 2025, Judicial Complaint Email);
> • Circuit ECF 35 (Motion to Disqualify Chief Judge Diaz—Material Witness);
> • Circuit ECF 36 (Motion to Correct Court Record);
> • Circuit ECF 37 (Motion to Disqualify Judge Hurson and Reassign);
> • Circuit ECF 38 (Motion to Vacate).
> **p. 7:** Call log dated June 10, 2025, documenting communications with the Clerk's Office for the Fourth Circuit Court of Appeals.

## II   Exhibit 401-B: PACER Account Disabled [June 10, 2025]

16— As shown in **Exhibit 401-B**, at 1, the screenshot taken on Tuesday, June 10, 2025, at 10:47 a.m. shows what I discovered when I logged into my PACER account through the Fourth Circuit Court of Appeals website. The pop-up stated that my PACER account had been disabled due to non-payment. After providing the PACER Service Center phone number—(800) 676-6856—along with the Service Center's hours and email address, it stated: "You may continue to log in and perform other activities (e.g., e-file, request filing privileges), but you will not have PACER search privileges." However, this was untrue. Upon successful login, I was immediately returned to the login screen. I was unable to bypass the loop to access filing capabilities.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

5

2025-06-20.......dcmd_1:24cv3744-00000008-exhibit-401........

17— As shown in **Exhibit 401-B**, at 2, the screenshot taken on Tuesday, June 10, 2025, at 11:07 p.m. shows the call log to (800) 676-6856—the PACER Service Center. During the call on Tuesday, June 10, 2025, at 10:54 a.m., lasting 32 minutes and 20 seconds, I informed the PACER Service Center that I was a litigant granted an exemption by the Fourth Circuit Court, and that I was unable to e-file or access my account. I was informed that there was nothing they could do about the access issue and that the exemption would not prevent my account from being disabled for non-payment. The PACER Service Center provided me with a six-day extension, and on Monday, June 16, 2025, my ability to litigate in any federal court through PACER will be blocked when my account is disabled again due to non-payment.

A   Exhibit 401-B: Summary Table

**Exhibit 401-B**—PACER account disabled
**p.1** PACER account disabled for non-payment pop-up;
**p.2** Call log dated June 10, 2025, documenting communications with the PACER Service Center.

III   Exhibit 401-C: Other Fourth Circuit Court Case Records [June 10, 2025]

As shown in **Exhibit 401-C**, at 1, the screenshot taken on Saturday, June 7, 2025, at 2:26 a.m. depicts the PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1614. Entry No. 4 is labeled "(ENTRY RESTRICTED)" and has a lock icon next to it. Entry No. 5 states: "Docket correction requested from Kenneth F. Klein… Access to brief has been restricted to case participants." All entries include hyperlinks to the corresponding documents.

19— As shown in **Exhibit 401-C**, at 2, the screenshot taken on Saturday, June 7, 2025, at 2:28 a.m. depicts the PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1616. The case originates from IRS-1. Entry No. 2 states: "IFP-APPLICATION… (court access only) by Leroy Commander, Sr."

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

6

and does not include a hyperlink. Entry No. 6 states: "US TAX COURT RECORD" and includes both a hyperlink and a lock icon.

20— As shown in **Exhibit 401-C**, at 3, the screenshot taken on Saturday, June 7, 2025, at 2:33 a.m. depicts the PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1632. The case originates from the Board of Immigration Appeals. The first docket entry has no hyperlink but does display a lock icon and states: "Immigration petition for review case docketed." Entries Nos. 1–3 and 6–7 include hyperlinks and lock icons. The remaining entries are court orders.

21— As shown in **Exhibit 401-C**, at 4, the screenshot taken on Saturday, June 7, 2025, at 2:35 a.m. depicts the PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1635. The case also originates from the Board of Immigration Appeals. The first docket entry has no hyperlink but displays a lock icon and states: "Immigration petition for review case docketed." Entries Nos. 1–2 and 7–8 include hyperlinks and lock icons. Entry No. 3 states: "IFP-Application" and does not include a hyperlink. The remaining entries are court orders.

22— As shown in **Exhibit 401-C**, at 5, the screenshot taken on Saturday, June 7, 2025, at 2:36 a.m. depicts the PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1638. Entry No. 5 states: "IFP-Application" and does not include a hyperlink. All other entries include hyperlinks.

23— As shown in **Exhibit 401-C**, at 6, the screenshot taken on Saturday, June 7, 2025, at 2:37 a.m. depicts the PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1642. The case originates from the Board of Immigration Appeals. The second docket entry has no hyperlink but displays a lock icon and states: "Immigration petition for review case docketed." Entries Nos. 1 and 3–5 include hyperlinks and lock icons. Entry No. 2 states: "Electronic filing fee paid."

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

7

2025-06-20.......dcmd_1:24cv3744-00000010-exhibit-401........................................

A  Exhibit 401-C: Summary Table

> **Exhibit 401-C**—Other Fourth Circuit Court Case Records
> **p.1:** Case No. 25-1614: Entry No. 4 labeled "(ENTRY RESTRICTED)" with lock icon; Entry No. 5 reflects restricted access to brief per Kenneth F. Klein.
> **p.2:** Case No. 25-1616: Entry No. 2 ("IFP-APPLICATION… (court access only)") lacks hyperlink; Entry No. 6 labeled "US TAX COURT RECORD" includes lock icon and hyperlink.
> **p.3:** Case No. 25-1632: Second docket entry ("Immigration petition for review case docketed") lacks hyperlink, includes lock icon; Entries Nos. 1–3, 6–7 display hyperlinks and locks.
> **p.4:** Case No. 25-1635: First docket entry ("Immigration petition for review case docketed") lacks hyperlink and includes lock icon; Entries Nos. 1–2, 7–8 display hyperlinks and locks; Entry No. 3 ("IFP-Application") has no hyperlink.
> **p.5:** Case No. 25-1638: Entry No. 5 ("IFP-Application") has no hyperlink; all other entries are accessible.
> **p.6:** Case No. 25-1642: Second docket entry ("Immigration petition for review case docketed") lacks hyperlink and includes lock icon; Entry No. 2 ("Electronic filing fee paid") included; Entries Nos. 1, 3–5 include hyperlinks and lock icons.

IV  Exhibit 401-D: Restricted Fourth Circuit Court Record 2 (June 12, 2025)

A  Circuit ECF 34 to 41 [June 12, 2025]

24—    As shown in **Exhibit 401-D**, at 1, the screenshot taken on Tuesday, June 12, 2025, at 6:28 p.m. shows the CM/ECF portal for the Fourth Circuit Court of Appeals, Case No. 25-1162, after selecting the option to amend a pleading or motion. A lock icon, indicating restriction, appeared next to the following entries:

a—    First: Circuit ECF 41-1 [June 11]—Affidavit: Fourth Circuit court record (original);

b—    Fourth: Circuit ECF 38 [June 9]—Motion to vacate under FRCP 60(b)(4);

c—    Fifth: Circuit ECF 37 [June 7]—Motion for ruling on motion to disqualify Hurson with reassignment outside the Fourth Circuit;

d—    Sixth: Circuit ECF 36 [June 2]—Motion to correct the court record under FRAP 10(e);

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

8

2025-06-20.......dcmd_1:24cv3744-00000011-exhibit-401

e— Seventh: Circuit ECF 35 [June 2]—Motion to disqualify Chief Judge Diaz;

f— Eighth: Circuit ECF 34-1 [June 2]—Affidavit concerning Chief Judge Diaz's May 27, 2025, Memorandum and Order.

25— As shown in **Exhibit 401-D**, at 5, the screenshot taken on Tuesday, June 12, 2025, at 6:41 p.m. shows the expanded PACER docket for the Fourth Circuit Court of Appeals in Case No. 25-1638.

a— Circuit ECF 41 indicates 13 pages totaling 2.13 MB, with a document breakdown listing two files:

i— Exhibit 401-A (Circuit ECF 41-2), 7 pages, Document 1, 1.2 MB;

ii— Exhibit 401-C (Circuit ECF 41-3), 6 pages, Document 2, 950.03 KB;

b— Circuit ECF 41-1 is not listed.

c— Entries for Circuit ECF 34, 35, 36, 37, and 38 all reflect zero pages and file size.

B  Phone Calls 4th Circuit Court Clerk's Office [June 11, 2025]

26— As shown in **Exhibit 401-D**, at 3–4, the screenshots taken on Tuesday, June 12, 2025, at 6:32 p.m. and 6:33 p.m. show the call log for Wednesday, June 11, 2025, to (804) 916-2704—the Clerk's Office for the Fourth Circuit Court of Appeals.

a— During my first call at 2:29 p.m., lasting 8 seconds, no one answered.

b— During my second call at 2:31 p.m., which lasted 10 minutes and 59 seconds, I used *67 to block caller ID and asked to speak with Karen Stump. After being transferred, Mrs. Stump began the conversation by stating that she had been informed of my inquiry from the previous day and had no new information to provide—the court record had been restricted. When I asked who had made the decision to restrict the

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

9

2025-06-20.......dcmd_1:24cv3744-00000012-exhibit-401.

record, she evaded the question, stating only that it might be unrestricted in the future but was restricted at present. When I followed up by asking whether she could not tell me or did not know, she again gave a noncommittal response.

27— In a legal context, the doctrines of adverse inference from silence or evasion and the principle of exclusive knowledge and control apply directly. These principles are further supported by established psychological constructs, including Grice's Maxims—particularly the Maxims of Quantity and Relation—which presuppose cooperative communication. My questions were structured to offer the lowest-conflict truthful response, which was not provided. Instead, her persistent use of strategic ambiguity indicates an effort to avoid the potential consequences of affirmatively revealing the existence of a nondisclosure directive.

28— During the same call, Mrs. Stump sought to direct me to leave a voicemail with the Court's Access Coordinator, Mark O'Brien, Chief Deputy Clerk. Rather than asking whether I wished to speak with Mr. O'Brien directly—as would be typical—she specifically asked if I wanted to leave him a voicemail. When I expressed concern about not being able to speak with the Deputy Clerk in person, she offered an unusual and extended explanation disclaiming any control over whether Mr. O'Brien was at his desk or would answer the call.

29— This combination—the urgency with which she attempted to transfer me, the atypical framing of her question, and the verbose distancing language— occurred in the context of a call that began with her stating she had been informed about my previous day's inquiries and that I had been directed to her. Taken together, these facts support the reasonable inference that Mrs. Stump had been instructed to transfer me to Mr. O'Brien's voicemail rather than facilitate a live conversation. Mr. O'Brien has not called or emailed me in response to the voicemail I left.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

10

2025-06-20.......dcmd_1:24cv3744-00000013-exhibit-401.................................................

30— Before transferring me to Mr. O'Brien's voicemail, I asked if there was a number I could use to contact him directly. Without it being prompted as a possible answer, Mrs. Stump stated that she was unable to provide that information to me. This demonstrates that, absent an affirmative prohibition, people will typically opt for a low-conflict answer—even when not explicitly offered as an option.

31— Mr. O'Brien's number is publicly listed on the Fourth Circuit's website as (804) 916-2760. Mrs. Stump's unwillingness to disclose this publicly available information is not a neutral act. The easier and less confrontational response would have been to provide the number, especially given its public availability. Her refusal instead provides additional support for the existence of an affirmative directive not to give me any information. Without certainty that the directive excluded the Deputy's contact information, the easier answer became denial.

## C  Exhibit 401-D: Summary Table

> **Exhibit 401D** – Restricted Fourth Circuit Court Record 2 (June 12, 2025):
> **pp.1–2:** Case No. 25-1614:
> • [June 11, 2025] Docket No.1001785386 (Circuit ECF 41): affidavit on fourth circuit court record (this affidavit's original) is restricted (lock icon);
> • [June 9, 2025] Docket No. 1001784392 (Circuit ECF 38): Motion to vacate under FRCP 60(b)(4) is restricted (lock icon);
> • [June 7, 2025] Docket No. 1001783345 (Circuit ECF 37): motion for ruling on motion to disqualify Hurson with reassignment out of the 4th Circuit is restricted (lock icon);
> • [June 2, 2025] Docket No. 1001780608 (Circuit ECF 36): motion to correct the court record FRAP 10e is restricted (lock icon);
> • [June 2, 2025] Docket No. 1001779673 (Circuit ECF 35): motion to disqualify Chief Judge Diaz is restricted (lock icon);
> • [June 2, 2025] Docket No. 10017799869 (Circuit ECF 34): affidavit on Chief Judge Diaz May 27, 2025, Memo/Order is restricted (lock icon).
> **pp.3–4:** Call log dated June 12, 2025, documenting communications with the Clerk's Office for the Fourth Circuit Court of Appeals.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

**p.5:** Case No. 25-1614: Circuit ECF 41-1 (Affidavit for Fourth Circuit Court Record is missing from the list—restricted).

## V   Exhibit 401-E: Accessibility of Court Records

### A   Google Web Search Results

32—   Midday on Monday, June 9, 2025, I noticed that Google search results for Fourth Circuit Case No. 25-1162 were changing, with fewer results appearing. Search results continued to decline throughout the rest of the week.

33—   Similarly, beginning on Monday, June 9, 2025, internal search results from CourtListener, PacerMonitor, vLex, Justia, Casemine, Leagle, and other websites that provide information on court cases also began returning fewer results.

34—   After discovering that court records were missing hyperlinks on June 6, 2025, I increased monitoring of web searches and internal searches on websites containing court records. These changes to the public record prompted me to initiate an investigation and follow up with the Fourth Circuit Court clerks on June 10 and June 11, 2025.

### B   PACER v. CourtListener (RECAP)

35—   As shown in **Exhibit 401-E**, at 1, the screenshot taken on Friday, June 13, 2025, at 7:00 a.m. shows my PACER view of Fourth Circuit Case No. 25-1614.

a—   Circuit ECF 36, 37, and 38 have no hyperlinks.

b—   Circuit ECF 39 has a hyperlink and a PACER RECAP icon. It is docketed as a Notice and is the only document.

c—   Circuit ECF 40 has a hyperlink and a PACER RECAP icon. It is docketed as an Affidavit. Two documents are listed: (1) Affidavit; (2) *Exhibit 401-B.*

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

d—    Circuit ECF 41 has a hyperlink and a PACER RECAP icon. It is
docketed as an Affidavit. Two documents are listed: (1) *Exhibit 401-A*;
(2) *Exhibit 401-C*.

e—    Circuit ECF 42 has a hyperlink and a PACER RECAP icon. It is
docketed as an Amended Petition/Motion. Two documents are listed:
(1) Amended Affidavit on Fourth Circuit Court Record; (2) *Exhibit 401-
D* – Fourth Circuit Court Record 2.

f—    Circuit ECF 43 has a hyperlink and a PACER RECAP icon. It is
docketed as a Motion—to amend/correct Circuit ECF 4-1: Affidavit of
Fourth Circuit Court Record. It is the only document.

36—    As shown in **Exhibit 401-E**, at 2, the screenshot taken on Thursday, June
12, 2025, at 6:51 p.m. shows the CourtListener record for Fourth Circuit Case
No. 25-1614. Circuit ECF 41 shows three files; the additional file missing
from the PACER view is the Affidavit.

## C   Google Index

37—    As shown in **Exhibit 401-E**, at 10, the screenshot taken on Wednesday, June
18, 2025, at 7:23 p.m. shows a Google index check for District Court of
Maryland Case No. 24-CV-3744 and Fourth Circuit Court Case No. 25-1162.
Both are listed as "Outdated content not in index," and the pop-up states:
"The outdated content is already gone from our index and results." This
message demonstrates that Google has already removed the webpage from its
search index.

38—    As shown in **Exhibit 401-E**, at 11, the screenshot taken on Thursday, June
19, 2025, at 2:23 p.m. shows a CourtListener search for "Ryan Dillon-Capps
v. Ohana Growth Partners, LLC." The only results found are the February
12, 2025, and January 8, 2025, orders from the District Court for the District
of Maryland in Case No. 24-CV-3744.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

13

39— As shown in **Exhibit 401-E**, at 12, the screenshot taken on Thursday, June 19, 2025, at 2:32 p.m. shows a CourtListener webpage that was removed from Google and a CourtListener search for Fourth Circuit Court Case No. 25-1162. The page is accessible directly but is no longer searchable.

40— As shown in **Exhibit 401-E**, at 13, the screenshot taken on Thursday, June 19, 2025, at 2:34 p.m. shows a CourtListener webpage that was removed from Google and a CourtListener search for District Court of Maryland Case No. 24-CV-3744. The page is accessible directly but is no longer searchable.

41— The investigation is still ongoing, and information has been withheld. However, the investigation has thus far produced the following information that can be shared:

a— I have confirmed that Google's search result changes are not a direct result of the Fourth Circuit Court's restrictions on the court record or the files themselves.

b— CourtListener's internal search result changes are also not a direct result of the Fourth Circuit Court's restrictions on the court record or files.

c— The changes in Google's web search results are the direct result of a removal request.

d— The removal request is not being reported publicly by Google.

e— Google's transparency policies state that all removal requests are reported immediately, but public disclosure of removal requests from government sources—including court orders—may be delayed by up to six months.

f— The aggregation of facts reasonably supports the determination that the removal request was initiated by the U.S. government.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

2025-06-20.......dcmd_1:24cv3744-00000017-exhibit-401............................................................

D   PACER Account Disabled: Unpaid Balance

42— As shown in **Exhibit 401-E**, at 3, the screenshot taken on Thursday, June 19, 2025, at 3:04 p.m. shows that my PACER account is disabled "due to non-payment."

43— As shown in **Exhibit 401-E**, at 4, the screenshot taken on Thursday, June 19, 2025, at 3:57 p.m. shows the PACER website FAQ section. In response to the question "What is PACER," the website states: "The Public Access to Court Electronic Records (PACER) service provides electronic public access to federal court records. PACER provides the public with instantaneous access to more than 1 billion documents filed at all federal courts."

44— As shown in **Exhibit 401-E**, at 5, the screenshot taken on Thursday, June 19, 2025, at 3:59 p.m. shows the first paragraph under the heading "Options to Access Records if You Cannot Afford PACER Fees" (https://pacer.uscourts.gov/my-account-billing/billing/options-access-records-if-you-cannot-afford-pacer-fees).

> "A **court determines** on a case-by-case basis whether certain unrepresented (pro se) litigants, indigent persons … **may be exempt** from PACER fees. A court **will grant an exemption upon finding** that the requesting party has **demonstrated** that an **exemption is necessary to avoid unreasonable burdens and to promote public access to information**."

45— As shown in **Exhibit 401-E**, at 6–7, the screenshots taken on Thursday, June 19, 2025, at 4:02–4:03 p.m. show the PACER website's Policy and Procedures page (https://pacer.uscourts.gov/policy-procedures).

a— Under "Acknowledgement of Policies and Procedures," the final bullet point states: "PACER bills that are not paid on time are subject to federal debt collection measures. These measures include… referral… for collection. Accounts that are referred to a private collection agency will be assessed substantial collection fees."

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

15

2025-06-20.......dcmd_1:24cv3744-00000018-exhibit-401

b— Further down, the page states that PACER and the U.S. federal courts reserve the right to "suspend service to any account in which the amount due is not paid by the due date."

46— As shown in **Exhibit 401-E**, at 8, the PACER billing report for the unpaid balance of the Fourth Circuit Court from January 1, 2025, to March 31, 2025, shows an unpaid balance of $62.30.

47— As shown in **Exhibit 401-E**, at 9, the PACER billing report for the unpaid balance of the District Court for the District of Maryland from January 1, 2025, to March 31, 2025, shows an unpaid balance of $189.90.

A   In Forma Pauperis Continues on Appeal [February 19, 2025]

48— As shown in Exhibit 401-E, at 15, the District Court of Maryland Appeal Transmittal Sheet that was docketed on February 19, 2025, as District ECF 37. Stating the District Court "granted & did not revoke IFP status (continues on appeal)".

B   4th Circuit GRANTED waiver of PACER fees [February 23, 2025]

49— As shown in **Exhibit 401-E**, at 16, the Fourth Circuit Court ORDER GRANTING my previous motion seeking waiver of PACER fees was docketed on February 23, 2025, as Circuit ECF 23, stating:

> "Upon consideration of appellant's motion for a waiver of PACER fees for electronic access to the docket, the **court finds** that an **exemption is appropriate to avoid unreasonable burdens and promote public access to information.**
>
> Accordingly, the **court grants appellant an exemption from PACER** fees for such electronic access to this court's docket and filings in case No. 25-1162, Ryan Dillon-Capps v. Ohana Growth Partners, LLC, through October 20, 2025.
>
> This exemption applies only to this court's electronic docket and is not a waiver of PACER fees for electronic access to the dockets of other federal courts."

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

2025-06-20.......dcmd_1:24cv3744-00000019-exhibit-401.

C   Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER exemptions, & Court Appointed Counsel [June 16, 2025]

50— On June 16, 2025, my Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemptions, and Court-Appointed Counsel was docketed as Circuit ECF 44-1 with the Fourth Circuit at approximately 1:55 a.m.

a— Motion states it is seeking "Retroactive PACER exemption" and referenced the original motion for PACER exemption (Circuit ECF 22-1).

51— As shown in **Exhibit 401-E**, at 14, the screenshot taken on Thursday, June 19, 2025, at 1:03 p.m. shows:

a— Circuit ECF 44-1: Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, and Court-Appointed Counsel;

b— Circuit ECF 44-2: Motion for Leave to File a Motion That Exceeds Length Limits (relating to Circuit ECF 44-1);

c— Circuit ECF 45-1: Fourth Circuit Court notice: "re: Motion to remove restrictions deemed moot";

d— Circuit ECF 46-1: Fourth Circuit Court order: "denying motion to waive PACER fees."

52— As Shown in **Exhibit 401-E**, at 19–22,

a— I incorporated the prior motion seeking waiver of PACER fees (Circuit ECF 22-1);

i— Quoted my original request to "waive all PACER related fees incurred in any federal court", "resulted in the accrual of PACER-related fees, which are expected to continue", and added the emphasis to the quoted prayer for relief "fees incurred"

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

17

2025-06-20.......dcmd_1:24cv3744-00000020-exhibit-401.............

b— I cited and quoted the District Court's appeal transmit sheet "court granted & did not revoke IFP status".

c— "The Fourth Circuit Court GRANTED relief in the alternative on April 23, 2025" limiting the relief to the Fourth Circuit Court and "made no mention of retroactive relief to address the accured fees—the fees now past-due."

d— I incorporated my previous affidavit concerning the disabling of my PACER account (Circuit 40-1), as shown below with emphasis added:

> "On June 10, 2025, my PACER account was disabled due to non-payment, and the **exemption previously granted by the Fourth Circuit Court** on April 23, 2025, did not include language sufficient to protect my continued access to the courts. *See* Circuit ECF 23 (Apr. 23—order granting PACER exemption).
>
> After speaking with PACER, I was granted an extension until the morning of June 16, 2025. PACER **representatives informed me that the court's order did not fully address my request,** as it did not apply to the District of Maryland's PACER system **and <u>failed to relieve the "fees incurred</u>,"** which are now outstanding. I was advised that a court order specifically addressing **<u>both</u> deficiencies** is necessary to ensure that I retain meaningful access to the courts. *See* Circuit ECF 40-1 (June 11—affidavit re PACER account disabled due to non-payment).
>
> Access to the courts and access to PACER are one in the same. The Fourth Circuit Court has already granted me exemption—**ensuring the order satisfies the intended purpose is a procedural remedy** to ensure my constitutionally protected rights are not impaired because my PACER account is disabled again on June 16, 2025."

D   4th Circuit NOTICE: Documents Are NOT Restricted [June 16, 2025]

53— As shown in **Exhibit 401-E**, at 17, the Fourth Circuit Court notice regarding court record restrictions was docketed on June 16, 2025, as Circuit ECF 45, stating:

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

> "The parties are advised that the motion to remove restrictions on documents in this case is **considered moot** and that the court does not intend to take action on the motion as the **documents are not restricted**."

E   4th Circuit DENYING retroactive waiver of PACER fees [June 16, 2025]

54—   As shown in **Exhibit 401-E,** at 18, the Fourth Circuit Court order denying my motion to retroactively waive PACER fees was docketed on June 16, 2025, as Circuit ECF 46, stating:

> "Upon consideration of appellant's motion to waive PACER fees related to documents filed in the District of Maryland, the **motion is denied.** Appellant should direct any request for a waiver of PACER fees to the court whose docket appellant seeks to access."

## VI   Exhibit 401-E: Summary Table

**Exhibit 401-E:** Accessibility of Court Records
**p.1–2:** Screenshots comparing PACER record versus CourtListener.
**p.3:** Screenshot of PACER Account Disabled for non-payment.
**p.4–5:** Screenshot of PACER FAQ—What is PACER and Options for Indigent Access.
**p.6–7:** Screenshots of PACER Policies.
**pp.8–9:** Screenshots of PACER unpaid balance for Jan. 1 to Mar. 31, 2025:
• Fourth Circuit Overdue Balance: $62.30
• District Court Overdue Balance: $189.90
**p.10:** Screenshots of Google Index checking CourtListener direct URL—Google has removed them both from web searchable indexing.
**pp.11–14:** Screenshots from CourtListener:
• Search Results only return 2 opinions from District Court Case.
• District Court and Circuit Court Cases are accessible via direct URL.
**p.15:** District ECF 37 (February 18, 2025: District Court Appeal Transmit Sheet—"court granted & did not revoke IFP status (continues on appeal)").
**p.16:** Circuit ECF 23 (April 23, 2025: Fourth Circuit ORDER to GRANT waiver of PACER fees—without a statement of retroactive relief).
**p.17:** Circuit ECF 45 (June 16, 2025: Fourth Circuit NOTICE stating the motion to remove restrictions is moot).
**p.18:** Circuit ECF 46 (June 16, 2025: Fourth Circuit ORDER to DENY retroactive waiver of PACER fees).
**pp.19–22:** Circuit ECF 44-1 (June 16, 2025: Emergency Uncontested Motion, pp. 61–64, Retroactive PACER Exemption).

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

## VII  Summary

55—  In the months following the Fourth Circuit *order granting* the waiver of
PACER fees on February 23, 2025:

a—  April 21: I raised formal allegations against Brendan A. Hurson and
declared that he would be added as a defendant in the informal brief
(Circuit ECF 20-1).

b—  April 30: I emailed my judicial complaint against Brendan A. Hurson
to the Fourth Circuit Court (Circuit ECF 34-3).

c—  May 27: Chief Judge Diaz issued the memorandum and order which
judicially established that Brendan A. Hurson had directed Baylee
Wilson to stop following standard procedures, and that he then
instructed her on how he wanted my December 27, 2025, pleading to
be handled differently (Circuit ECF 34-2).

d—  June 2: I filed the memorandum and order with the Fourth Circuit,
along with other filings quoting the Chief Judge. Those filings and
related documents were temporarily restricted without any docketed
order:

i—  June 2: Circuit ECF 34-1;

ii—  June 2: Circuit ECF 35;

iii—  June 2: Circuit ECF 36;

iv—  June 7: Circuit ECF 37;

v—  June 9: Circuit ECF 38;

vi—  June 11: Circuit ECF 41-1;

vii—  June 13: Circuit ECF 42-1;

viii—  June 16: Circuit ECF 43.

e—  June 16: After Google deindexed my appeal—Fourth Circuit Case No.
25-1162—the restrictions were removed, and the request was ruled
moot.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

56— After making formal allegations, having the underlying events adjudicated in my favor, and docketing that outcome in the Fourth Circuit court record, the exact same exemption request has now been denied—instead of correcting the procedural issue regarding the missing retroactive portion.

57— The direct restriction targeted the *Memorandum and Order* issued by Chief Judge Diaz on May 27, 2025. Subsequent restrictions were applied to filings referencing that *Memorandum and Order*. Filings that did not directly cite or refer to the restricted order were not restricted. The aggregation of facts reasonably supports the conclusion that the restriction specifically targeted the *Memorandum and Order*.

58— The aggregation of facts has established that the *Memorandum and Order* was the object of the restriction, and that the intended effect of the restriction was to suppress public awareness of the contents of Chief Judge Diaz's May 27, 2025, *Memorandum and Order*.

59— The Fourth Circuit Court's notice that the documents are "not restricted" is misleading and misrepresents the accessibility of the Fourth Circuit Court's records. The Court did not assert that the records are "not redacted" or "not under seal"—only that they are "not restricted."

60— The Fourth Circuit Court's ruling that the motion is "moot" is misleading and misrepresents the Court's demonstrable inclination to restrict access to court records without a docketed court order.

61— The Fourth Circuit made no mention of the request for court appointed counsel.

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

2025-06-20.......dcmd_1:24cv3744-00000024-exhibit-401.

## Declaration of Affirmation

I solemnly declare and affirm under penalty of perjury, based on my
personal knowledge, that the contents of the foregoing affidavit and all
accompanying exhibits are true and correct to the best of my knowledge.

| June 20, 2025 | /s/ Ryan Dillon-Capps | 1334 Maple Avenue |
| | | Essex, Maryland |
| | | 21221 |
| | **Ryan Dillon-Capps** | ryan@mxt3.com |
| | | 703-303-1113 |

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

22

Ryan Dillon-Capps v OhanaGrowth Partners, LLC et al

| Summary Details |
|---|
| Exhibit 401: Affidavit on the Accessibility of Court Records |
| → Exhibit 401-A: Restricted Fourth Circuit Court Record (June 10, 2025) |
| → Exhibit 401-B: PACER account disabled |
| → Exhibit 401-C: Other Fourth Circuit Court Case Records |
| → Exhibit 401-D: Restricted Fourth Circuit Court Record 2 (June 12, 2025) |
| → Exhibit 401-E: Accessibility of Court Records |

**Exhibit 401-A: Restricted Fourth Circuit Court Record (June 10, 2025)**
pp. 1–6: Screenshots of restricted docket entries in Court of Appeals Docket No. 25-1162:
Circuit ECF 34-1 (Affidavit);
Circuit ECF 34-2 (Exhibit 205A – May 27, 2025, Memorandum and Order);
Circuit ECF 34-3 (Exhibit 205B – April 30, 2025, Judicial Complaint Email);
Circuit ECF 35 (Motion to Disqualify Chief Judge Diaz – Material Witness);
Circuit ECF 36 (Motion to Correct Court Record);
Circuit ECF 37 (Motion to Disqualify Judge Hurson and Reassign);
Circuit ECF 38 (Motion to Vacate).
p. 7: Call log dated June 10, 2025, documenting communications with the Clerk's Office for the Fourth Circuit Court of Appeals.

**Exhibit 401-B: PACER account disabled**
p.1 PACER account disabled for non-payment pop-up;
p.2 Call log dated June 10, 2025, documenting communications with the PACER Service Center.

**Exhibit 401-C: Other Fourth Circuit Court Case Records**
p.1: Docket No. 25-1614: Entry No. 4 labeled "ENTRY RESTRICTED)" with lock icon; Entry No. 5 reflects restricted access to brief per Kenneth F. Klein.
p.2: Docket No. 25-1616: Entry No. 2 ("IFP-APPLICATION... (court access only)") lacks hyperlink; Entry No. 6 labeled "US TAX COURT RE'ORD" includes lock icon and hyperlink.
p.3: Docket No. 25-1632: Second docket entry ("Immigration petition for review case docketed") lacks hyperlink, includes lock icon; Entries Nos. 1–3, 6–7 display hyperlinks and locks.
p.4: Docket No. 25-1635: First docket entry ("Immigration petition for review case docketed") lacks hyperlink and includes lock icon; Entries Nos. 1–2, 7–8 display hyperlinks and locks; Entry No. 3 ("IFP-Application") has no hyperlink.
p.5: Docket No. 25-1638: Entry No. 5 ("IFP-Application") has no hyperlink, all other entries are accessible.
p.6: Docket No. 25-1642: Second docket entry ("Immigration petition for review case docketed") lacks hyperlink and includes lock icon; Entry No. 2 ("Electronic filing fee paid") included; Entries Nos. 1, 3–5 include hyperlinks and lock icons.

**Exhibit 401-D: Restricted Fourth Circuit Court Record 2 (June 12, 2025)**
pp.1–2: Case No. 25-1614:
• June 11, 2025—Docket No.1001785386 (Circuit ECF 41): affidavit on fourth circuit court record (this affidavit's original) is restricted (lock icon);
• June 9, 2025—Docket No. 1001784392 (Circuit ECF 38): Motion to vacate under FRCP 60(b)(4) is restricted (lock icon);
• June 7, 2025—Docket No. 1001783345 (Circuit ECF 37): motion for ruling on motion to disqualify Hurson with reassignment out of the 4th Circuit is restricted (lock icon);
• June 2, 2025—Docket No. 1001780608 (Circuit ECF 36): motion to correct the court record FRAP 10e is restricted (lock icon);
• June 2, 2025—Docket No. 1001779673 (Circuit ECF 35): motion to disqualify Chief Judge Diaz is restricted (lock icon);
• June 2, 2025—Docket No. 10017799869 (Circuit ECF 34): affidavit on Chief Judge Diaz May 27, 2025, Memo/Order is restricted (lock icon)
pp.3–4: Call log dated June 12, 2025, documenting communications with the Clerk's Office for the Fourth Circuit Court of Appeals.
p.5: Case No. 25-1614: Circuit ECF 41-1 (Affidavit for Fourth Circuit Court Record is missing from the list—restricted.

**Exhibit 401-E: Accessibility of Court Records**
p.1–2: Screenshots comparing PACER record versus CourtListener.
p.3: Screenshot of PACER Account Disabled for non-payment
p.4–5: Screenshot of PACER FAQ—What is PACER and Options for Indigent Access.
p.6–7: Screenshots of PACER Policies.
pp.8–9: Screenshots of PACER unpaid balance for Jan. 1 to Mar. 31, 2025:
• Fourth Circuit Overdue Balance: $62.30
• District Court Overdue Balance: $189.90
p.10: Screenshots of Google Index checking CourtListener direct URL—Google has removed them both from web searchable indexing.
pp.11–14: Screenshots from CourtListener:
• Search Results only return 2 opinions from District Court Case.
• District Court and Circuit Cases are accessible via direct URL.
p.15: Circuit ECF 37 (February 18, 2025: District Court Appeal Transmit Sheet—"court granted & did not revoke IFP status (continues on appeal)".
p.16: Circuit ECF 23 (April 23, 2025: Fourth Circuit ORDER to GRANT waiver of PACER fees—without a statement of retroactive relief).
p.17: Circuit ECF 45 (June 16, 2025: Fourth Circuit NOTICE stating the motion to remove restrictions is moot).
p.18: Circuit ECF 46 (June 16, 2025: Fourth Circuit ORDER to DENY retroactive waiver of PACER fees).
pp.19–22: Circuit ECF 44-1 (June 16, 2025): Emergency Uncontested Motion, pp. 61–64, Retroactive PACER Exemption).

# EXHIBIT

# 401-A

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3
EXHIBITS



| | | |
|---|---|---|
| **Court of Appeals Docket #:** 25-1162 | | **Docketed:** 02/20/2025 |
| **Nature of Suit:** 3751 Labor-Family & Med Leave Act | | |
| Ryan Dillon-Capps v. Ohana Growth Partners, LLC | | |
| **Appeal From:** United States District Court for the District of Maryland at Baltimore | | |
| **Fee Status:** in forma pauperis | | |

**Case Type Information:**
1) Civil Private
2) private
3) null

**Originating Court Information:**
**District:** 0416-1 : 1:24-cv-03744-BAH
**Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
**Date Filed:** 12/27/2024

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

---

| Date | # | | Description |
|---|---|---|---|
| 04/29/2025 | 27 | | Exhibit(s) [24 ] Motion to disqualify/recuse judge, [24 ] Motion to vacate, [24 ] Motion transfer case by Ryan Dillon-Capps.. [1001761830] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 12:50 PM] |
| 04/29/2025 | 28 | | Exhibit(s) [24 ] Motion, [24 ] Motion, [24 ] Motion by Ryan Dillon-Capps.. [1001761850] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:11 PM] |
| 04/29/2025 | 29 | | SUPPLEMENT to [24 ] Motion to disqualify/recuse judge, [24 ] Motion to vacate, [24 ] Motion transfer case by Ryan Dillon-Capps. [1001761864] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:20 PM] |
| 04/29/2025 | 30 | | SUPPLEMENT to [24 ] Motion to disqualify/recuse judge, [24 ] Motion to vacate, [24 ] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | | Amended petition/motion by Ryan Dillon-Capps amending [24 ] Motion to disqualify/recuse judge, [24 ] Motion to vacate, [24 ] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |

Screenshot Taken on June 7, 2025, at 1:59 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1162 | **Docketed:** 02/20/2025 |
| **Nature of Suit:** 3751 Labor-Family & Med Leave Act | |
| Ryan Dillon-Capps v. Ohana Growth Partners, LLC | |
| **Appeal From:** United States District Court for the District of Maryland at Baltimore | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
  1) Civil Private
  2) private
  3) null

**Originating Court Information:**
  **District:** 0416-1 : 1:24-cv-03744-BAH
  **Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
  **Date Filed:** 12/27/2024

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| | | |
|---|---|---|
| 04/29/2025 | 28 | Exhibit(s) [24] Motion, [24] Motion, [24] Motion by Ryan Dillon-Capps.. [1001761850] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:11 PM] |
| 04/29/2025 | 29 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001761864] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:20 PM] |
| 04/29/2025 | 30 | SUPPLEMENT to [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 | Amended petition/motion by Ryan Dillon-Capps amending [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |



. Restricted Fourth Circuit Court Record (June 10, 2025)         Exhibit Page # 3 of 7                    EXHIBIT 401-A

2025-06-20.......dcmd_1:24cv3744-00000030-exhibit-401................................................................................

Screenshot Taken on June 9, 2025, at 5:47 PM



| RECAP Actions ▾ | |

| **Court of Appeals Docket #:** 25-1162 | **Docketed:** 02/20/2025 |
| **Nature of Suit:** 3751 Labor-Family & Med Leave Act | |
| Ryan Dillon-Capps v. Ohana Growth Partners, LLC | |
| **Appeal From:** United States District Court for the District of Maryland at Baltimore | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
 1) Civil Private
 2) private
 3) null

**Originating Court Information:**
 **District:** 0416-1 : 1:24-cv-03744-BAH
 **Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
 **Date Filed:** 12/27/2024

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| 04/29/2025 | 29 🔼 | SUPPLEMENT to [24 🔼] Motion to disqualify/recuse judge, [24 🔼] Motion to vacate, [24 🔼] Motion transfer case by Ryan Dillon-Capps. [1001761864] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 01:20 PM] |
| 04/29/2025 | 30 🔼 | SUPPLEMENT to [24 🔼] Motion to disqualify/recuse judge, [24 🔼] Motion to vacate, [24 🔼] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 🔼 | Amended petition/motion by Ryan Dillon-Capps amending [24 🔼] Motion to disqualify/recuse judge, [24 🔼] Motion to vacate, [24 🔼] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 🔼 | MOTION by Ryan Dillon-Capps to amend affidavit by Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 🔼 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | 38 🔼 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/09/2025 17:46:47 | | |
| **PACER Login:** | ryanmxt3com | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 25-1162 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt Flag:** | Exempt | **Exempt Reason:** | Exempt Court Order |

United States Court of Appeals for the Fourth Circuit

**RECAP Actions ▾**

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1162 | **Docketed:** 02/20/2025 |
| **Nature of Suit:** 3751 Labor-Family & Med Leave Act | |
| Ryan Dillon-Capps v. Ohana Growth Partners, LLC | |
| **Appeal From:** United States District Court for the District of Maryland at Baltimore | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
  1) Civil Private
  2) private
  3) null

**Originating Court Information:**
  **District:** 0416-1 : 1:24-cv-03744-BAH
  **Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge
  **Date Filed:** 12/27/2024

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| | | |
|---|---|---|
| 04/29/2025 | 30 🔼 | SUPPLEMENT to [24 🔼] Motion to disqualify/recuse judge, [24 🔼] Motion to vacate, [24 🔼] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 🔼 | Amended petition/motion by Ryan Dillon-Capps amending [24 🔼] Motion to disqualify/recuse judge, [24 🔼] Motion to vacate, [24 🔼] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 🔼 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 🔼 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | 38 🔼 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | 39 🔼 | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/10/2025 03:50:01 | | |
| **PACER Login:** | ryanmxt3com | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 25-1162 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt Flag:** | Exempt | **Exempt Reason:** | Exempt Court Order |

Screenshot Taken on June 10, 2025, at 2:11 PM

[RECAP Actions ▾]

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1162 | **Docketed:** 02/20/2025 |
| **Nature of Suit:** 3751 Labor-Family & Med Leave Act | |
| Ryan Dillon-Capps v. Ohana Growth Partners, LLC | |
| **Appeal From:** United States District Court for the District of Maryland at Baltimore | |
| **Fee Status:** in forma pauperis | |

| |
|---|
| **Case Type Information:** |
|   1) Civil Private |
|   2) private |
|   3) null |

| | | | |
|---|---|---|---|
| **Originating Court Information:** | | | |
|   **District:** 0416-1 : <u>1:24-cv-03744-BAH</u> | | | |
|   **Presiding Judge:** Brendan A. Hurson, U. S. District Court Judge | | | |
|   **Date Filed:** 12/27/2024 | | | |
|   **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|   01/29/2025 | 01/30/2025 | 02/18/2025 | 02/18/2025 |

| | | |
|---|---|---|
| 04/29/2025 | 30 🔼 🔼 | SUPPLEMENT to [24 🔼 🔼 ] Motion to disqualify/recuse judge, [24 🔼 🔼 ] Motion to vacate, [24 🔼 🔼 ] Motion transfer case by Ryan Dillon-Capps. [1001762051] [25-1162] Ryan Dillon-Capps [Entered: 04/29/2025 03:26 PM] |
| 04/30/2025 | 31 🔼 🔼 | Amended petition/motion by Ryan Dillon-Capps amending [24 🔼 🔼 ] Motion to disqualify/recuse judge, [24 🔼 🔼 ] Motion to vacate, [24 🔼 🔼 ] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] |
| 04/30/2025 | 32 🔼 🔼 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] |
| 05/08/2025 | 33 🔼 🔼 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |
| 06/02/2025 | 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | 39 🔼 🔼 | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |

| | | | |
|---|---|---|---|
| **PACER Service Center** | | | |
| **Transaction Receipt** | | | |
| 06/10/2025 14:10:12 | | | |
| **PACER Login:** | ryanmxt3com | **Client Code:** | |
| **Description:** | Case Summary | **Search Criteria:** | 25-1162 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |
| **Exempt Flag:** | Exempt | **Exempt Reason:** | Exempt Court Order |

.  Restricted Fourth Circuit Court Record (June 10, 2025)          Exhibit Page # 6 of 7                    EXHIBIT 401-A

.    2025-06-20.......dcmd_1:24cv3744-00000033-exhibit-401.............................................................................

Screenshot Taken on June 10, 2025, at 10:35 PM

**2:21 PM**                                          5m 26s
2 Outgoing · (804) 916-2704

**2:12 PM**                                          9m 23s
2 Outgoing · (804) 916-2704

**2:11 PM**                                          31s
2 Outgoing · (804) 916-2704

.  Restricted Fourth Circuit Court Record (June 10, 2025)        Exhibit Page # 7 of 7                                    EXHIBIT 401-A            .

.  2025-06-20.......dcmd_1:24cv3744-00000034-exhibit-401.................................................................................

# EXHIBIT

# 401-B

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

EXHIBITS

Screenshot Taken on June 10, 2025, at 10:47 AM

## PACER Account Disabled

Although you have a PACER account, your current account has been disabled due to non-payment.

If you have any questions or for further details on how to activate your search privileges contact the PACER Service Center at (800) 676-6856 between the hours of 7 AM and 6 PM CT Monday through Friday or by email at pacer@psc.uscourts.gov.

You may continue to log in and perform other activities (e.g., e-file, request filing privileges), but you will not have PACER search privileges.

[Continue]    [Cancel]

.  PACER account disabled                    Exhibit Page # 1 of 2                    EXHIBIT 401-B      .

.   2025-06-20.......dcmd_1:24cv3744-00000036-exhibit-401.............................................................

Screenshot Taken on June 10, 2025, at 11:07 PM



# EXHIBIT

# 401-C

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

EXHIBITS

Screenshot Taken on June 7, 2025, at 2:26 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1614 | **Docketed:** 06/02/2025 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| Kenneth Klein, III v. Kenneth Chitty | |
| **Appeal From:** United States District Court for the Eastern District of Virginia at Richmond | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
　1) Civil Private
　2) private
　3) null

**Originating Court Information:**
　**District:** 0422-3 : 3:24-cv-00861-DJN
　**Presiding Judge:** David J. Novak, U. S. District Court Judge
　**Date Filed:** 12/02/2024

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/15/2025 | 05/15/2025 | 05/27/2025 | 05/29/2025 |

| | | |
|---|---|---|
| 06/02/2025 | 1 | Case docketed. Originating case number: 3:24-cv-00861-DJN. Case manager: KHancock. [1001780237] [25-1614] KH [Entered: 06/02/2025 01:00 PM] |
| 06/02/2025 | 2 | RECORD requested from Clerk of Court [1001780240]. Due: 06/16/2025. [25-1614] KH [Entered: 06/02/2025 01:02 PM] |
| 06/02/2025 | 3 | INFORMAL BRIEFING ORDER filed. Mailed to: Rachel Willer Adams. [1001780244] Informal Opening Brief due 06/26/2025. Informal response brief, if any: 14 days after informal opening brief served. [25-1614] KH [Entered: 06/02/2025 01:03 PM] |
| 06/03/2025 | 4 🔒 | (ENTRY RESTRICTED) BRIEF by Kenneth F. Klein, III. Type of Brief: OPENING.. Do any cases pending in this court or the Supreme Court of the United States raise similar issues? NO.. [1001781459] [25-1614]--[Edited 06/06/2025 by DL See Informal Opening Brief @ ECF 6] Kenneth Klein [Entered: 06/03/2025 09:24 PM] |
| 06/05/2025 | 5 | Docket correction requested from Kenneth F. Klein, III. Re: [4] brief. Access to brief has been restricted to case participants. Mailed to: Rachel Willer Adams. [1001782674] [25-1614] KH [Entered: 06/05/2025 03:43 PM] |
| 06/05/2025 | 6 | INFORMAL OPENING BRIEF by Kenneth F. Klein, III. [1001782782] [25-1614] Kenneth Klein [Entered: 06/05/2025 07:57 PM] |

Screenshot Taken on June 7, 2025, at 2:28 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1616 | **Docketed:** 06/02/2025 |
| Leroy Commander, Sr. v. Commissioner of Internal Revenue | |
| **Appeal From:** Tax Court, Internal Revenue Service | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
   **1)** U.S. Tax Court
   **2)** Petition for Review
   **3)** null

**Originating Court Information:**
   **District:** IRS-1 : 15150-24
   **Date Decided:**                  **Date Rec'd COA:**
   03/28/2025                       05/29/2025

| | | |
|---|---|---|
| 05/29/2025 | 2 | IFP-APPLICATION to proceed in forma pauperis (FRAP 24)(court access only) by Leroy Commander, Sr.. [1001780248] [25-1616] JSN [Entered: 06/02/2025 01:10 PM] |
| 06/02/2025 | 1 | Case docketed. Originating case number: 15150-24. Case manager: JeffNeal. [1001780242] [25-1616] JSN [Entered: 06/02/2025 01:02 PM] |
| 06/02/2025 | 3 | INFORMAL BRIEFING ORDER filed. [1001780250] Informal Opening Brief due 06/26/2025. Informal response brief, if any: 14 days after informal opening brief served. Mailed to: Leroy Commander, Marjorie Rollinson. [25-1616] JSN [Entered: 06/02/2025 01:11 PM] |
| 06/02/2025 | 4 | RECORD requested from Clerk [1001780252]. Due: 06/16/2025. [25-1616] JSN [Entered: 06/02/2025 01:12 PM] |
| 06/02/2025 | 5 | ORDER filed granting Motion to proceed in forma pauperis [2]. Copies to all parties. Mailed to: Leroy Commander, Marjorie Rollinson. [1001780254] [25-1616] JSN [Entered: 06/02/2025 01:14 PM] |
| 06/04/2025 | 6 | US TAX COURT RECORD in electronic format filed by US Tax Court. Method of service: ECF service on counsel. [1001781726] [25-1616] Tax Court [Entered: 06/04/2025 11:01 AM] |

Screenshot Taken on June 7, 2025, at 2:33 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #: 25-1632**<br>Mauris Campos Ramos v. Pamela Bondi<br>**Appeal From:** Board of Immigration Appeals<br>**Fee Status:** fee due | **Docketed:** 06/03/2025 |

**Case Type Information:**
  **1)** Agency Review Immigration
  **2)** Petition for Review
  **3)** null

**Originating Court Information:**
  **District:** BIA-1 : A240-066-334
  **Date Decided:**                    **Date Rec'd COA:**
  05/27/2025                           06/03/2025

| | | |
|---|---|---|
| 06/03/2025 | | Immigration Petition for Review case docketed. Originating case number: A240-066-334. Case manager: EBorneisen. [1001781299] [25-1632] EB [Entered: 06/03/2025 04:00 PM] |
| 06/03/2025 | 1 | Petition for review of agency order filed by Mauris Alberto Campos Ramos .[1001781311] [25-1632] EB [Entered: 06/03/2025 04:02 PM] |
| 06/03/2025 | 2 | MOTION by Mauris Alberto Campos Ramos for stay pending appeal. Date of action to be stayed, if applicable:06/04/2025. [1001781314] [25-1632] EB [Entered: 06/03/2025 04:03 PM] |
| 06/03/2025 | 3 | FEE NOTICE issued to Mauris Alberto Campos Ramos - initial notice. Fee or application to proceed as indigent due 06/18/2025. Originating case number: A240-066-334. Mailed to: Mauris Alberto Campos Ramos. [1001781319] [25-1632] EB [Entered: 06/03/2025 04:04 PM] |
| 06/03/2025 | 4 | INFORMAL BRIEFING ORDER filed. Mailed to: Mauris Alberto Campos Ramos. [1001781323] Informal Opening Brief due 06/27/2025. Administrative Record due 07/14/2025 Informal response brief, if any: 14 days after informal opening brief served. [25-1632] EB [Entered: 06/03/2025 04:06 PM] |
| 06/03/2025 | 5 | ORDER filed for temporary administrative stay and requiring response. Response due: 06/09/2025 by 3:00 p.m. Copies to all parties. Mailed to: Mauris Alberto Campos Ramos. [1001781365] [25-1632] EB [Entered: 06/03/2025 04:31 PM] |
| 06/03/2025 | 6 | APPEARANCE OF COUNSEL by Nicole Thomas-Dorris for Pamela Jo Bondi. [1001781379] [25-1632] Nicole Thomas-Dorris [Entered: 06/03/2025 04:39 PM] |
| 06/06/2025 | 7 | RESPONSE/ANSWER by Pamela Jo Bondi to Motion [2] . Nature of response: in opposition. [1001782844] [25-1632] Nicole Thomas-Dorris [Entered: 06/06/2025 09:03 AM] |

Screenshot Taken on June 7, 2025, at 2:35 AM

RECAP Actions ▾

| Court of Appeals Docket #: 25-1635 | Docketed: 06/03/2025 |
|---|---|
| Moises Mejia Amaya v. Pamela Bondi | |
| **Appeal From:** Board of Immigration Appeals | |
| **Fee Status:** in forma pauperis | |

**Case Type Information:**
   1) Agency Review Immigration
   2) Petition for Review
   3) null

**Originating Court Information:**
   **District:** BIA-1 : A240-399-348
   **Date Decided:**                             **Date Rec'd COA:**
   05/28/2025                                   06/03/2025

| 06/03/2025 | 🔒 | Immigration Petition for Review case docketed. Originating case number: A240-399-348. Case manager: CHalupa. [1001781429] [25-1635] CH [Entered: 06/03/2025 05:15 PM] |
|---|---|---|
| 06/03/2025 | 1 🔒 | Petition for review of agency order filed by Moises Mejia Amaya.[1001781433] [25-1635] CH [Entered: 06/03/2025 05:22 PM] |
| 06/03/2025 | 2 🔒 | MOTION by Moises Mejia Amaya for stay pending appeal. Date and method of service: 06/03/2025 ecf. [1001781439] [25-1635] CH [Entered: 06/03/2025 05:34 PM] |
| 06/03/2025 | 3 | IFP-APPLICATION to proceed in forma pauperis (FRAP 24)(court access only) by Moises Mejia Amaya. [1001781442] [25-1635] CH [Entered: 06/03/2025 05:40 PM] |
| 06/03/2025 | 4 | ORDER filed for temporary administrative stay. Date of action to be stayed, if applicable:06/17/2025. Response due 06/09/2025 by 3:00 p.m. Copies to all parties. Mailed to: Moises Mejia Amaya. [1001781443] [25-1635] CH [Entered: 06/03/2025 05:44 PM] |
| 06/03/2025 | 5 | INFORMAL BRIEFING ORDER filed. Mailed to: Moises Mejia Amaya. [1001781444] Informal Opening Brief due 06/27/2025. Administrative Record due 07/14/2025. Informal response brief, if any: 14 days after informal opening brief served. [25-1635] CH [Entered: 06/03/2025 05:58 PM] |
| 06/03/2025 | 6 | ORDER filed granting Motion to proceed in forma pauperis [3]. Copies to all parties. Mailed to: Moises Mejia Amaya. [1001781445] [25-1635] CH [Entered: 06/03/2025 06:02 PM] |
| 06/04/2025 | 7 🔒 | APPEARANCE OF COUNSEL by Aric A. Anderson for Pamela Jo Bondi. [1001781580] [25-1635] Aric Anderson [Entered: 06/04/2025 09:40 AM] |
| 06/06/2025 | 8 🔒 | RESPONSE/ANSWER by Pamela Jo Bondi to Motion for stay pending appeal [2]. Nature of response: in opposition. [1001782976] [25-1635] Aric Anderson [Entered: 06/06/2025 10:30 AM] |

Screenshot Taken on June 7, 2025, at 2:36 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1638 | **Docketed:** 06/04/2025 |
| **Nature of Suit:** 3440 Other Civil Rights | |
| Kazim Ali v. Commonwealth of Virginia | |
| **Appeal From:** United States District Court for the Eastern District of Virginia at Alexandria | |
| **Fee Status:** ifp pending 4cca | |

**Case Type Information:**
   **1)** Civil Private
   **2)** private
   **3)** null

**Originating Court Information:**
   **District:** 0422-1 : 1:25-cv-00859-LMB-WBP
   **Presiding Judge:** Leonie M. Brinkema, U. S. District Court Judge
   **Ordering Judge:** William B. Porter, U. S. Magistrate Judge
   **Date Filed:** 05/16/2025

| Date Order/Judgment: | Date Order/Judgment EOD: | Date NOA Filed: | Date Rec'd COA: |
|---|---|---|---|
| 05/27/2025 | 05/27/2025 | 06/03/2025 | 06/03/2025 |
| | | 05/30/2025 | 06/03/2025 |

| | | |
|---|---|---|
| 06/04/2025 | 1 | Case docketed. Originating case number: 1:25-cv-00859-LMB-WBP. Case manager: EBorneisen. [1001781832] [25-1638] EB [Entered: 06/04/2025 11:58 AM] |
| 06/04/2025 | 2 | FEE NOTICE issued to Kazim Ali - initial notice. Fee or application to proceed as indigent due 07/07/2025. Originating case number: 1:25-cv-00859-LMB-WBP. Mailed to: Kazim Ali. [1001781842] [25-1638] EB [Entered: 06/04/2025 12:01 PM] |
| 06/04/2025 | 3 | INFORMAL BRIEFING ORDER filed. Mailed to: Kazim Ali. [1001781847] Informal Opening Brief due 06/30/2025. Informal response brief, if any: 14 days after informal opening brief served. [25-1638] EB [Entered: 06/04/2025 12:03 PM] |
| 06/04/2025 | 4 | RECORD requested from Clerk of Court [1001781852]. Due: 06/18/2025. [25-1638] EB [Entered: 06/04/2025 12:08 PM] |
| 06/04/2025 | 5 | IFP APPLICATION transferred from district court (court access only). [1001781927] [25-1638] EB [Entered: 06/04/2025 01:02 PM] |

.    Other Fourth Circuit Court Case Records                Exhibit Page # 5 of 6                EXHIBIT 401-C          .

2025-06-20.......dcmd_1:24cv3744-00000043-exhibit-401.........................................................

Screenshot Taken on June 7, 2025, at 2:37 AM

RECAP Actions ▾

| | |
|---|---|
| **Court of Appeals Docket #:** 25-1642 | **Docketed:** 06/06/2025 |
| Marlon Castillo-Arevalo v. Pamela Bondi | |
| **Appeal From:** Board of Immigration Appeals | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Agency Review Immigration
  **2)** Petition for Review
  **3)** null

**Originating Court Information:**
  **District:** BIA-1 : A206-808-274
  **Date Decided:**                         **Date Rec'd COA:**
  05/07/2025                              06/05/2025

| | | |
|---|---|---|
| 06/05/2025 | 1 📄 | Petition for review of agency order filed by Marlon Alexander Castillo-Arevalo .[1001782887] [25-1642] RHS [Entered: 06/06/2025 09:33 AM] |
| 06/06/2025 | 📄 | Immigration Petition for Review case docketed. Originating case number: A206-808-274. Case manager: RSewell. [1001782871] [25-1642] RHS [Entered: 06/06/2025 09:19 AM] |
| 06/06/2025 | 2 | Electronic filing fee paid. Filing Fee: $600.00. Receipt Number: A04-77223-267. [1001782889] [25-1642] RHS [Entered: 06/06/2025 09:34 AM] |
| 06/06/2025 | 3 📄 | DOCKETING NOTICE issued Re: [1] petition for review Originating case number: A206-808-274.. [1001782891] [25-1642] RHS [Entered: 06/06/2025 09:35 AM] |
| 06/06/2025 | 4 📄 | NOTICE ISSUED serving respondent and requesting record. Date petition for review or application filed: June 5, 2025. [1] petition for review. [1001782896] Administrative Record due 07/16/2025 [25-1642] RHS [Entered: 06/06/2025 09:38 AM] |
| 06/06/2025 | 5 📄 | APPEARANCE OF COUNSEL by Christina R. Zeidan for Pamela Jo Bondi. [1001782954] [25-1642] Christina Zeidan [Entered: 06/06/2025 10:17 AM] |

# EXHIBIT

# 401-D

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

EXHIBITS

Screenshot Taken on June 12, 2025, at 6:28 p.m.

| Doc | Filed ⇕ | Entry |
|---|---|---|
| 🔒 | 06/11/2025 | ▾ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785386] [25-1162] |
| 🗎 | 06/11/2025 | ▾ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785384] [25-1162] |
| 🗎 | 06/10/2025 | ▸ | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryla... |
| 🔒 | 06/09/2025 | ▸ | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and meth... |
| 🔒 | 06/07/2025 | ▸ | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Na... |
| 🔒 | 06/02/2025 | ▸ | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and metho... |
| 🔒 | 06/02/2025 | ▸ | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be d... |

Screenshot Taken on June 12, 2025, at 6:28 p.m.

| Doc | Filed ⇕ | Entry | |
|---|---|---|---|
| 🔒 | 06/02/2025 | ▸ | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP 10e.. Date and metho... |
| 🔒 | 06/02/2025 | ▸ | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be d... |
| 🔒 | 06/02/2025 | ▸ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal ... |
| 📄 | 05/08/2025 | ▸ | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affida... |
| 📄 | 04/30/2025 | ▸ | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support o... |
| 📄 | 04/30/2025 | ▸ | Amended petition/motion by Ryan Dillon-Capps amending [1001761785-2] Motion to d... |
| 📄 | 04/29/2025 | ▸ | SUPPLEMENT<br>to [1001761785-2] Motion to disqualify/recuse judge, [1001761785-3]... |

Screenshot Taken on June 12, 2025, at 6:33 p.m.



Screenshot Taken on June 12, 2025, at 6:32 p.m.

## Yesterday · 2:31 PM                    10m 59s
2️⃣ Outgoing · *678049162704

Screenshot Taken on June 12, 2025, at 6:41 p.m.

| 05/08/2025 | ☐ 33 📄 213 pg, 44.17 MB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Not Yet Filed --- Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] |

| Document | | Description | Pages | Size |
|---|---|---|---|---|
| ☐ 1 | 📄📄 | affidavit-hope-goodwill-notice | 38 | 1.31 MB |
| ☐ 2 | 📄📄 | 206-additional-notices-waivers-service | 56 | 8.31 MB |
| ☐ 3 | 📄📄 | affidavit-fmla-ada-rehab | 81 | 1.8 MB |
| ☐ 4 | 📄📄 | 209-eeoc-right-to-sue | 5 | 3.88 MB |
| ☐ 5 | 📄📄 | 208-mxt3 | 5 | 3.97 MB |
| ☐ 6 | 📄📄 | 207-performance-promotion-bonus | 20 | 23 MB |
| ☐ 7 | 📄📄 | 102A-digital-fmla-a | 8 | 1.88 MB |

| 06/02/2025 | ☐ 34 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779669] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] |
| 06/02/2025 | ☐ 35 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz., Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | ☐ 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | ☐ 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson. , to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | ☐ 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | ☐ 39 📄 5 pg, 107.59 KB | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |
| 06/11/2025 | ☐ 40 📄 6 pg, 900.81 KB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785384] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:26 AM] |

| Document | | Description | Pages | Size |
|---|---|---|---|---|
| ☐ 1 | 📄📄 | Affidavit | 4 | 125.51 KB |
| ☐ 2 | 📄📄 | Exhibit 401B | 2 | 775.3 KB |

| 06/11/2025 | ☐ 41 📄 13 pg, 2.13 MB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785386] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:33 AM] |

| Document | | Description | Pages | Size |
|---|---|---|---|---|
| ☐ 1 | 📄📄 | Exhibit 401A | 7 | 1.2 MB |
| ☐ 2 | 📄📄 | Exhibit 401C | 6 | 950.03 KB |

# EXHIBIT

# 401-E

[Exhibit 401] Affidavit on the Accessibility of Court Records v.3

EXHIBITS

Screenshot Taken on June 13, 2025, at 7:00 a.m.
(information queried 00:24:48)

| | | |
|---|---|---|
| | | Capps [Entered: 06/02/2025 07:21 AM] |
| 06/02/2025 | ☐ 36 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] |
| 06/07/2025 | ☐ 37 | MOTION by Ryan Dillon-Capps to expedite decision , to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson.. to transfer case.. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] |
| 06/09/2025 | ☐ 38 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] |
| 06/10/2025 | ☐ 39 ⬇ 5 pg. 107.59 KB | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] |
| 06/11/2025 | ☐ 40 ⬇ 6 pg. 900.81 KB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785384] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:26 AM] |

| | Document | Description | Pages | Size |
|---|---|---|---|---|
| ☐ | 1 | Affidavit | 4 | 125.51 KB |
| ☐ | 2 | Exhibit 401B | 2 | 775.3 KB |

| | | |
|---|---|---|
| 06/11/2025 | ☐ 41 ⬇ 13 pg. 2.13 MB | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785386] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:33 AM] |

| | Document | Description | Pages | Size |
|---|---|---|---|---|
| ☐ | 1 | Exhibit 401A | 7 | 1.2 MB |
| ☐ | 2 | Exhibit 401C | 6 | 950.03 KB |

| | | |
|---|---|---|
| 06/13/2025 | ☐ 42 ⬇ 18 pg. 1.98 MB | Amended petition/motion by Ryan Dillon-Capps amending [41 ⬇ ] affidavit. Document: affidavit-fourth-circuit-court-record-v6.pdf; 401D-restricted-circuit-court-record-2.pdf. [1001787367] [25-1162] Ryan Dillon-Capps [Entered: 06/13/2025 12:16 AM] |

| | Document | Description | Pages | Size |
|---|---|---|---|---|
| ☐ | 1 | Amended Affidavit on Fourth Circuit Court Record | 13 | 971.28 KB |
| ☐ | 2 | Exhibit 401D - Fourth Circuit Court Record 2 | 5 | 1.03 MB |

| | | |
|---|---|---|
| 06/13/2025 | ☐ 43 ⬇ 3 pg. 117.18 KB | MOTION by Ryan Dillon-Capps to amend/correct Circuit ECF 41-1: Affidavit of Fourth Circuit Court Record. Date and method of service: 06/13/2025 ecf. [1001787368] [25-1162] Ryan Dillon-Capps [Entered: 06/13/2025 12:24 AM] |

[Select All] [Clear All]

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

Selected Pages: [0]    Selected Size: [0 KB]    (Max: 250 MB)

[View Selected]

| PACER Service Center | | | |
|---|---|---|---|
| | Transaction Receipt | | |
| | 06/13/2025 00:24:48 | | |
| PACER Login: | ryanmxt3com | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 25-1162 |
| Billable Pages: | 4 | Cost: | 0.40 |
| Exempt Flag: | Exempt | Exempt Reason: | Exempt Court Order |

| 31 | Apr 30, 2025 | Amended petition/motion by Ryan Dillon-Capps amending [24] Motion to disqualify/recuse judge, [24] Motion to vacate, [24] Motion transfer case. Document: affidavit-rdc-court-record-tampering-obstruction-v5.pdf; motion-amend-affidavit2.pdf. [1001762164] [25-1162] Ryan Dillon-Capps [Entered: 04/30/2025 06:52 AM] | |
| | | Attachment 1 — Amended Affidavit | Download PDF ▾ |
| | | Attachment 2 — motion amend affidavit 2 | Download PDF ▾ |
| 32 | Apr 30, 2025 | MOTION by Ryan Dillon-Capps to amend affidavit of Ryan Dillon-Capps in support of court record tampering and obstruction. Date and method of service: 04/30/2025 ecf. [1001762312] [25-1162] KS [Entered: 04/30/2025 09:45 AM] | |
| | | Main Document — MOTION Amend/Correct | Download PDF ▾ |
| 33 | May 8, 2025 | AFFIDAVIT by Ryan Dillon-Capps re: Not Yet Filed — Pre-Filing Affidavits for Citation Use. [1001767190] [25-1162] Ryan Dillon-Capps [Entered: 05/08/2025 02:18 PM] | |
| | | Attachment 1 — affidavit-hope-goodwill-notice | Download PDF ▾ |
| | | Attachment 2 — 206-additional-notices-waivers-service | Download PDF ▾ |
| | | Attachment 3 — affidavit-fmla-ada-rehab | Download PDF ▾ |
| | | Attachment 4 — 209-eeoc-right-to-sue | Download PDF ▾ |
| | | Attachment 5 — 208-mxt3 | Download PDF ▾ |
| | | Attachment 6 — 207-performance-promotion-bonus | Download PDF ▾ |
| | | Attachment 7 — 102A-digital-fmla-a | Download PDF ▾ |
| 34 | Jun 2, 2025 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Circuit ECF 20-1 (Amended Informal Brief); Circuit ECF 24-1 (motion to disqualify). [1001779659] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 12:46 AM] | |
| | | Main Document — Affidavit | Download PDF ▾ |
| | | Attachment 2 | Download PDF ▾ |
| | | Attachment 3 | Download PDF ▾ |
| 35 | Jun 2, 2025 | MOTION by Ryan Dillon-Capps to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Chief Judge Diaz.. Date and method of service: 06/02/2025 ecf. [1001779673] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 07:21 AM] | |
| | | Main Document — MOTION Disqualify/recuse judge | Download PDF ▾ |
| 36 | Jun 2, 2025 | MOTION by Ryan Dillon-Capps to Motion to Correct Record FRAP10e.. Date and method of service: 06/02/2025 ecf. [1001780608] [25-1162] Ryan Dillon-Capps [Entered: 06/02/2025 10:13 PM] | |
| | | Main Document — MOTION to Correct Record | Download PDF ▾ |
| 37 | Jun 7, 2025 | MOTION by Ryan Dillon-Capps to expedite decision, to disqualify/recuse judge Names of Judge(s) to be disqualified/recused: Brendan A. Hurson., to transfer case. Date and method of service: 06/07/2025 ecf. [1001783345] [25-1162] Ryan Dillon-Capps [Entered: 06/07/2025 01:54 AM] | |
| | | Main Document — MOTION Expedite decision | Download PDF ▾ |
| 38 | Jun 9, 2025 | MOTION by Ryan Dillon-Capps to vacate Brendal A. Hurson's Rulings. Date and method of service: 06/09/2025 ecf. [1001784392] [25-1162] Ryan Dillon-Capps [Entered: 06/09/2025 05:45 PM] | |
| | | Main Document — MOTION Vacate | Download PDF ▾ |
| 39 | Jun 10, 2025 | NOTICE re: Ohana Growth Partners, LLC, Miles & Stockbridge P.C., State of Maryland, and U.S. Government by Ryan Dillon-Capps. [1001784437] [25-1162] Ryan Dillon-Capps [Entered: 06/10/2025 03:49 AM] | |
| | | Main Document — Notice: Historical Valuation-Based Settlement Offers, Reciprocal Relief, Consecu | Download PDF ▾ |
| 40 | Jun 11, 2025 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785384] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:26 AM] | |
| | | Attachment 1 — Affidavit | Download PDF ▾ |
| | | Attachment 2 — Exhibit 401B | Download PDF ▾ |
| 41 | Jun 11, 2025 | AFFIDAVIT by Appellant Ryan Dillon-Capps re: Pending Filings. [1001785385] [25-1162] Ryan Dillon-Capps [Entered: 06/11/2025 07:33 AM] | |
| | | Main Document — Affidavit | Download PDF ▾ |
| | | Attachment 1 — Exhibit 401A | Download PDF ▾ |
| | | Attachment 2 — Exhibit 401C | Download PDF ▾ |

Screenshot Taken on June 19, 2025, at 3:04 p.m.

## PACER Account Disabled

Although you have a PACER account, your current account has been disabled due to non-payment.

If you have any questions or for further details on how to activate your search privileges contact the PACER Service Center at (800) 676-6856 between the hours of 7 AM and 6 PM CT Monday through Friday or by email at pacer@psc.uscourts.gov.

You may continue to log in and perform other activities (e.g., e-file, request filing privileges), but you will not have PACER search privileges.

**Continue**    **Cancel**

.    Accessibility of Court Records                    Exhibit Page # 3 of 22                                EXHIBIT 401-E

.    2025-06-20.......dcmd_1:24cv3744-00000054-exhibit-401.....................................................................

Screenshot Taken on June 19, 2025, at 3:57 p.m.

 **Frequently Asked Questions**

| What is PACER? | — |
|---|---|

The Public Access to Court Electronic Records (PACER) service provides electronic public access to federal court records. PACER provides the public with instantaneous access to more than 1 billion documents filed at all federal courts.

Registered users can:

- Search for a case in the federal court where the case was filed, or
- Search a nationwide index of federal court cases.

The PACER Service Center can assist you at (800) 676-6856 between the hours of 7 a.m. and 6 p.m. CT Monday through Friday or by email at pacer@psc.uscourts.gov.

Screenshot Taken on June 19, 2025, at 3:59 pm.

# Options to Access Records if you Cannot Afford PACER Fees

Indigent individuals, litigants and other people who cannot afford to pay PACER fees can request PACER fee exemptions from individual courts, upon a showing of cause.

A court determines on a case-by-case basis whether certain unrepresented (pro se) litigants, indigent persons, or groups of people like CJA panel attorneys or bankruptcy trustees, may be exempt from PACER fees. A court will grant an exemption upon finding that the requesting party has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information.

Unrepresented (Pro Se) litigants and individuals who cannot afford to pay (Indigent) should directly contact each court from which you are requesting the exemption. Exemption request procedures may vary from court to court.

.   Accessibility of Court Records                    Exhibit Page # 5 of 22                         EXHIBIT 401-E

.   2025-06-20.......dcmd_1:24cv3744-00000056-exhibit-401..................................................................

Screenshot Taken on June 19, 2025, at 4:02 p.m.

PACER bills that are not paid on time are subject to federal debt collection measures. These measures include, but are not limited to, referral to a private collection agency or the U.S. Department of Treasury for collection. Accounts that are referred to a private collection agency will be assessed substantial collection fees in addition to the outstanding debt owed to the PACER Service Center.

.  Accessibility of Court Records                    Exhibit Page # 6 of 22                    EXHIBIT 401-E

.  2025-06-20.......dcmd_1:24cv3744-00000057-exhibit-401...........................................................................................

Screenshot Taken on June 19, 2025, at 4:03 p.m.

The PACER Service Center and/or a U.S. federal court reserve(s) the right to:

- Suspend service to any account in which the amount due is not paid by the due date.
- Demand immediate payment, outside of the regularly scheduled billing cycles, of an account at any time that the PACER Service Center determines the action is necessary.
- Notify and seek payment from the firm listed on my account registration if my account balance is not paid by the due date.
- Reject an account registration request that the PACER Service Center determines to be related to an existing PACER account with a past-due balance.
- Suspend service to an account if any part of the information provided to the PACER Service Center as part of this account registration process is fraudulent. Information about the account and any accounts determined to be related to it may be turned over to law enforcement authorities.
- Deny accounts to requesters who have delinquent debts to any federal government agency, in accordance with 31 U.S.C. § 3720B(a).
- Suspend or reduce service to, or otherwise restrict access to PACER by, any account that causes an unacceptable level of congestion or a disruption to the operations of the PACER Service Center, a U.S. federal court, or another PACER user.
- Suspend service to an account at any time that the PACER Service Center or a U.S. federal court determines the action is necessary to prevent fraud or to maintain the security of its computer systems and networks.
- Require prepayment as a condition to resume service for any account that has:
  - Had service suspended or restricted for any reason.
  - Had multiple instances of late payments.
  - Been requested to make immediate payment of fees incurred.

Public Access to Court Electronic Records is supported by user fees. Any attempt to collect data from PACER in a manner that avoids billing is strictly prohibited and may result in criminal prosecution or civil action. PACER privileges will be terminated if, in the judgment of judiciary personnel, they are being misused. Misuse includes, but is not limited to, using an automated process to repeatedly access those portions of the PACER application that do not assess a fee (i.e., calendar events report or case header information) for purposes of collecting case information.

An account determined by the PACER Service Center to be related to an account that has been subject to an action outlined above may also be subject to the same action.

Accounts may be determined to be related based on information obtained by the PACER Service Center during registration or other contact with CM/ECF, PACER, or the PACER Service Center.

.   Accessibility of Court Records                    Exhibit Page # 7 of 22                          EXHIBIT 401-E

.    2025-06-20.......dcmd_1:24cv3744-00000058-exhibit-401........................................................................

PACER Billing Report for Unpaid Balance of 4th Circuit Court

## Billing History

 pacer.login.uscourts.gov/csobill-hist/billingmenu.jsf

Detailed Transaction Report by Court/Date
U.S. Court of Appeals, Fourth Circuit
from 01/01/2025 to 03/31/2025

04CA

| Group Total for 04CA | 623 | pages | $62.30 |
|---|---|---|---|
| | 0 | audio files ($2.40 each) | $0.00 |
| | | | $62.30 |

PACER Billing Report for Unpaid Balance of the District Court of Maryland

## BILLING HISTORY

**Detailed Transaction Report by Court/Date**
**Maryland District Court**
**from 01/01/2025 to 03/31/2025**

| Group total for MDDC | 1899 | pages | $189.90 |
|---|---|---|---|
| | 0 | audio files ($2.40 ea) | $0.00 |

$189.90

Screenshot Taken on June 18, 2025, at 7:23 p.m.



Screenshot Taken on June 19, 2025, at 2:23 p.m.



Screenshot Taken on June 19, 2025, at 2:32 p.m.



## Ryan Dillon-Capps *v.* Ohana Growth Partners, LLC (25-1162)

### Court of Appeals for the Fourth Circuit



**Last Updated:** June 16, 2025, 1:13 p.m.
**Citation:** Ryan Dillon-Capps v. Ohana Growth Partners, LLC, 25-1162, (4th Cir.)
**Date Filed:** Feb. 20, 2025
**Date of Last Known Filing:** June 16, 2025
**Nature of Suit:** 3751 Labor-Family & Med Leave Act
**Fee Status:** in forma pauperis
**Case Type Information:** Civil Private, private

## Originating Court Information

**Appealed From:** D. Maryland (1:24-cv-03744)
**Date Filed:** Dec. 27, 2024
**Date Order/Judgment:** Jan. 29, 2025
**Date Order/Judgment EOD:** Jan. 30, 2025
**Date NOA Filed:** Feb. 18, 2025
**Date Rec'd COA:** Feb. 18, 2025

Screenshot Taken on June 19, 2025, at 2:34 p.m.



## Dillon-Capps *v.* Ohana Growth Partners, LLC (1:24-cv-03744)

### District Court, D. Maryland



**Last Updated:** June 9, 2025, 6:03 p.m.
**Assigned To:** Brendan Abell Hurson
**Citation:** Dillon-Capps v. Ohana Growth Partners, LLC, 1:24-cv-03744, (D. Maryland)
**Date Filed:** Dec. 27, 2024
**Date of Last Known Filing:** May 8, 2025
**Cause:** 28:1331fm Fed. Question: Family and Medical Leave Act
**Nature of Suit:** 751 Labor: Family and Medical Leave Act
**Jury Demand:** Plaintiff
**Jurisdiction Type:** Federal Question

Screenshot Taken on June 19, 2025, at 1:03 p.m.

| 42 | Jun 13, 2025 | Amended petition/motion by Ryan Dillon-Capps amending [41] affidavit. Document: affidavit-fourth-circuit-court-record-v6.pdf; 401D-restricted-circuit-court-record-2.pdf. [1001787367] [25-1162] Ryan Dillon-Capps [Entered: 06/13/2025 12:16 AM] | |
| | | Attachment 1       Amended Affidavit on Fourth Circuit Court Record | Download PDF ▾ |
| | | Attachment 2       Exhibit 401D - Fourth Circuit Court Record 2 | Download PDF ▾ |
| 43 | Jun 13, 2025 | MOTION by Ryan Dillon-Capps to amend/correct Circuit ECF 41-1: Affidavit of Fourth Circuit Court Record. Date and method of service: 06/13/2025 ecf. [1001787368] [25-1162] Ryan Dillon-Capps [Entered: 06/13/2025 12:24 AM] | |
| | | Main Document       MOTION to amend affidavit on Fourth Circuit Court Record Circuit ECF 41-1 | Download PDF ▾ |
| 44 | Jun 16, 2025 | Emergency MOTION by Ryan Dillon-Capps to Remove Restrictions on Court Records, Retroactive PACER exemption, Court Appointed Counsel. , to exceed length limitations for motion. Date and method of service: 06/16/2025 ecf. [1001788297] [25-1162] Ryan Dillon-Capps | |
| | | Attachment 1       Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive | Download PDF ▾ |
| | | Attachment 2       MOTION Leave | Download PDF ▾ |
| 45 | Jun 16, 2025 | Notice issued re: Motion to remove restrictions deemed moot. [1001788697] [25-1162] KS | |
| | | Main Document       Notice issued re: document deemed moot | Download PDF ▾ |
| 46 | Jun 16, 2025 | ORDER filed denying Motion to waive PACER fees [44]. Copies to all parties. [1001788762] [25-1162] KS | |
| | | Main Document       Order filed | Download PDF ▾ |

**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| Transmittal to 4CCA of appeal filed: _02/14/25_ | District: Maryland | District Case No.: 1:24-cv-03744-BAH |
|---|---|---|
| ✓ First NOA in Case | Division: Northern | 4CCA No(s). for any prior NOA: |
| ___ Subsequent NOA-same party | | |
| ___ Subsequent NOA-new party | Caption: | 4CCA Case Manager: |
| ___ Subsequent NOA-cross appeal | Ryan Dillon-Capps | |
| ___ Paper ROA   ___ Paper Supp. | v. | |
| Vols: _____ | Ohana Growth Partners, LLC, et al. | |
| Other: | | |

| Exceptional Circumstances: ___ Bail  ✓ Interlocutory  ___ Recalcitrant Witness  ___ Other _____ |
|---|

| Confinement-Criminal Case: | Fee Status: |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✓ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address-Criminal Case:** | **Civil, Habeas & 2255 Cases:** |
| | ✓ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** | **PLRA Cases** |
| Judge Brendan Abell Hurson | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply): |
| | ✓ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator:** | ___ Docket under seal |

| Record Status for Pro Se Appeals (check any applicable): | Record Status for Counseled Appeals (check any applicable): |
|---|---|
| ✓ Assembled electronic record available upon request | ___ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ✓ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: _Stephanie Savoy_   Phone: _410-962-3928_   Date: _02/18/25_

10/2022

---

# O R D E R

---

Upon consideration of appellant's motion for a waiver of PACER fees for electronic access to the docket, the court finds that an exemption is appropriate to avoid unreasonable burdens and promote public access to information.

Accordingly, the court grants appellant an exemption from PACER fees for such electronic access to this court's docket and filings in case No. 25-1162, *Ryan Dillon-Capps v. Ohana Growth Partners, LLC*, through October 20, 2025. This exemption applies only to this court's electronic docket and is not a waiver of PACER fees for electronic access to the dockets of other federal courts.

For the Court--By Direction

<u>/s/ Nwamaka Anowi, Clerk</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 16, 2025

_____

N O T I C E

_____

No.    25-1162,    <u>Ryan Dillon-Capps v. Ohana Growth Partners, LLC</u>
                   1:24-cv-03744-BAH

TO: Counsel and Parties

The parties are advised that the motion to remove restrictions on documents in this
case is considered moot and that the court does not intend to take action on the
motion as the documents are not restricted.

Karen Stump, Deputy Clerk
804-916-2704

---

O R D E R

---

Upon consideration of appellant's motion to waive PACER fees related to

documents filed in the District of Maryland, the motion is denied. Appellant should

direct any request for a waiver of PACER fees to the court whose docket appellant

seeks to access.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk

3— **Consumers in CA, WA, TN, FL, MD, and D. Md. v. Ohana Growth Partners, LLC & Planet Fitness**: Asserting intentional consumer protection violations and unfair or deceptive business practices occurring in 2024.

4— **Data Breach Victims v. Kelly Benefits and Unknown Entities:** Arising from a December 2024 data breach discovered in connection with this litigation, with potentially undisclosed responsible parties.

## Retroactive PACER exemption

### I  Statement of Facts

My original motion for PACER exemption was docketed with the Fourth Circuit Court on April 22, 2025, as Circuit ECF 22-1 and is incorporated by reference into this motion.

I was granted to proceed in forma pauperis by the District Court under 28 U.S.C. § 1915(d), and it remains active on appeal. See District ECF 37 (appeal transmit sheet—"court granted & did not revoke IFP status").

My motion satisfied the requirements for PACER exemption. See Circuit ECF 22-1, at 1–8.

I requested that the Fourth Circuit Court "waive all PACER-related fees incurred in any federal court". See Circuit ECF 22-1, at 1; See also Circuit ECF 22-1, at 8.

In the motion, I explain that my efforts to defend my rights have "resulted in the accrual of PACER-related fees, which are expected to continue". See Circuit ECF 22-1, at 5.

Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

61

.    Accessibility of Court Records             Exhibit Page # 19 of 22                    EXHIBIT 401-E
2025-06-20.......dcmd_1:24cv3744-00000070-exhibit-401.........................

As shown in Circuit ECF 22-1, at 8, my first motion seeking exemption stated:

> **WHEREFORE**, Mr. Dillon-Capps respectfully requests that this Court indefinitely waive all PACER-related **fees incurred** in any federal court, including the United States district courts, courts of appeals, and the Supreme Court of the United States.
>
> **Alternatively**, Mr. Dillon-Capps requests that the United States Court of Appeals for the Fourth Circuit grant such relief to the fullest extent within its discretion, in order to alleviate the financial burden associated with necessary legal research and access to court records. (emphasis in original and added)

The Fourth Circuit Court granted in the alternative:

> Upon consideration of appellant's motion for a waiver of PACER fees for electronic access to the docket, the court finds that an exemption is appropriate to avoid unreasonable burdens and promote public access to information.
>
> Accordingly, the court grants appellant an exemption from PACER fees for such electronic access to this court's docket and filings in case No. 25-1162,
>
> *Ryan Dillon-Capps v. Ohana Growth Partners, LLC*, through October 20, 2025. This exemption applies only to this court's electronic docket and is not a waiver of PACER fees for electronic access to the dockets of other federal courts.

The Fourth Circuit Court GRANTED relief in the alternative on April 23, 2025, stating that "the court finds that an exemption is appropriate to avoid unreasonable burdens and promote public access to information" and GRANTED "exemption from PACER fees for such electronic access to this court's docket and filings in case No. 25-1162, *Ryan Dillon-Capps v. Ohana Growth Partners, LLC*, through October 20, 2025.  However, the Fourth Circuit limited the exemption to "only to this court's electronic docket and is

Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

62

Accessibility of Court Records          Exhibit Page # 20 of 22          EXHIBIT 401-E
2025-06-20.......dcmd_1:24cv3744-00000071-exhibit-401.......

not a waiver of PACER fees for electronic access to the dockets of other federal courts", and made no mention of retroactive relief to address the accrued fees—the fees now past-due and presenting an emergency situation to ensure my constitutional access to the court is not arbitrarily or capriciously impaired or restricted. See Circuit ECF 23-0 (April 23, 2025— order GRANTING exemption from PACER fees).

My affidavit concerning the disabling of my PACER account was docketed with the Fourth Circuit Court on June 11, 2025, as Circuit ECF 40-1, and is incorporated by reference into this motion.

On June 10, 2025, my PACER account was disabled due to non-payment, and the exemption previously granted by the Fourth Circuit Court on April 23, 2025, did not include language sufficient to protect my continued access to the courts. *See* Circuit ECF 23 (Apr. 23—order granting PACER exemption).

After speaking with PACER, I was granted an extension until the morning of June 16, 2025. PACER representatives informed me that the court's order did not fully address my request, as it did not apply to the District of Maryland's PACER system and failed to relieve the "fees incurred," which are now outstanding. I was advised that a court order specifically addressing both deficiencies is necessary to ensure that I retain

Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

63

.   Accessibility of Court Records          Exhibit Page # 21 of 22          EXHIBIT 401-E
  2025-06-20.......dcmd_1:24cv3744-00000072-exhibit-401.........

meaningful access to the courts. *See* Circuit ECF 40-1 (June 11—affidavit re PACER account disabled due to non-payment).

Access to the courts and access to PACER are one in the same. The Fourth Circuit Court has already granted me exemption—ensuring the order satisfies the intended purpose is a procedural remedy to ensure my constitutionally protected rights are not impaired because my PACER account is disabled again on June 16, 2025.

## Court Appointed Counsel

### I  Statement of Facts

My motion for court-appointed representation was docketed with the Fourth Circuit Court as Circuit ECF 7-1 on March 13, 2025, and is incorporated by reference into this motion.

I was granted to proceed in forma pauperis by the District Court under 28 U.S.C. § 1915(d), and it remains active on appeal. See District ECF 37 (appeal transmit sheet—"court granted & did not revoke IFP status").

District Court and Fourth Circuit Court have failed to specify reasons why they are refusing to appoint me counsel under 28 U.S.C. § 1915(e)(1). See District ECF 18-0, at 2 (Jan. 18—denied without reason); Circuit ECF 9 (Mar. 14—deferred pending merits).

My motion with the Fourth Circuit applied the Whisenant test, argued that I no declarations have been to suggest my claims are frivolous, applied

Emergency Unopposed Motion to Remove Restrictions on Court Records, Retroactive PACER Exemption, & Court Appointed Counsel

64

Accessibility of Court Records          Exhibit Page # 22 of 22          EXHIBIT 401-E
2025-06-20.......dcmd_1:24cv3744-00000073-exhibit-401.................................