No. C-03-CV-25-002976

# Circuit Court for Baltimore County

Andrew J. Brenner, et. al.

*Plaintiffs,*

v.

Ryan Dillon-Capps (nee Wagner)

*Defendant*

## 701 Affidavit for Notice to Remove

| | |
|---|---|
| *Pro Se*<br>Ryan Dillon-Capps<br>1334 Maple Avenue<br>Essex Maryland 21221<br>ryan@mxt3.com<br>703-303-1113 | Truist Bank & Federal National Mortgage Association<br>Substitute Trustees/Plaintiffs:<br>    Andrew J. Brenner,<br>    Carrie M. Ward,<br>    Howard N. Bierman,<br>    Jacob Geesing,<br>    Richard R. Goldsmith, Jr.,<br>    Elizabeth C. Jones,<br>    Nicholas Derdock (Lead),<br>    Philip Shriver,<br>    Eric VandeLinde,<br>    Daniel Dreiguss;<br>c/o BWW Law Group, LLC<br>6003 Executive Blvd.<br>Suite 101<br>Rockville, MD, 20852<br>GeneralUpdates@bww-law.com<br>P:301-961-6555 |

701 Affidavit for Notice to Remove   v.1

Exhibit 701 | 701-C03CV25002976-affidavit-notice-remove | 1 of 3

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

# I  Introduction

I, Ryan Dillon-Capps (née Wagner), the Defendant being over the age of eighteen (18), competent to testify, and having personal knowledge of the facts contained herein, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. No communication was sent to BWW Law Group, LLC prior to the filing of the 702 Notice of Removal on 8/25/2025 to the Circuit Court for Baltimore County.

2. This 701 Affidavit for Notice to Remove will be emailed to GeneralUpdates@bww-law.com together with the 703 Request for Mediation and 704 Waiver of Mediation Fees after they are filed with the Circuit Court for Baltimore County.

3. I have not received personal service for Case No. C-03-CV-25-002976. The Plaintiffs' provided *703 Request for Mediation* was delivered by USPS certified mail, which I signed for at the Essex Post Office, 444 Maryland Avenue, Essex, Maryland 21221, on or around August 16, 2025.

## Declaration of Affirmation

I solemnly declare and affirm under penalty of perjury, based on my personal knowledge, that the contents of the foregoing affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

8/25/2025

/s/ Ryan Dillon-Capps
**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

## Respectfully Submitted

8/25/2025

/s/ Ryan Dillon-Capps

**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland
21221
ryan@mxt3.com
703-303-1113

## Certificate Of Service

I HEREBY CERTIFY that on 8/25/2025, a copy of *701 Affidavit for Notice to Remove* was prepared to be sent via email to GeneralUpdates@bww-law.com and served on via first-class mail, postage prepaid on:

Truist Bank & Federal National Mortgage Association
Substitute Trustees/Plaintiffs:
Andrew J. Brenner,
Carrie M. Ward,
Howard N. Bierman,
Jacob Geesing,
Richard R. Goldsmith, Jr.,
Elizabeth C. Jones,
Nicholas Derdock (Lead),
Philip Shriver,
Eric VandeLinde,
Daniel Dreiguss;
c/o BWW Law Group, LLC
6003 Executive Blvd.
Suite 101
Rockville, MD, 20852

/s/ Ryan Dillon-Capps

**Ryan Dillon-Capps**

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com
703-303-1113

No. C-03-CV-25-002976

# Circuit Court for Baltimore County

Andrew J. Brenner, et. al.

*Plaintiffs,*

v.

Ryan Dillon-Capps (nee Wagner)

*Defendant*

## 702 Notice to Remove

| | |
|---|---|
| *Pro Se* <br> Ryan Dillon-Capps <br> 1334 Maple Avenue <br> Essex Maryland 21221 <br> ryan@mxt3.com <br> 703-303-1113 | Truist Bank & Federal National Mortgage Association <br> Substitute Trustees/Plaintiffs: <br>    Andrew J. Brenner, <br>    Carrie M. Ward, <br>    Howard N. Bierman, <br>    Jacob Geesing, <br>    Richard R. Goldsmith, Jr., <br>    Elizabeth C. Jones, <br>    Nicholas Derdock (Lead), <br>    Philip Shriver, <br>    Eric VandeLinde, <br>    Daniel Dreiguss; <br> c/o BWW Law Group, LLC <br> 6003 Executive Blvd. <br> Suite 101 <br> Rockville, MD, 20852 <br> GeneralUpdates@bww-law.com <br> P:301-961-6555 |

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

# I  Introduction

Defendant, Ryan Dillon-Capps ("Defendant"), **Submits my Notice of Removal** Pursuant to **28 U.S.C. § 1446**, Defendant hereby removes this action to Federal Court. Ryan Dillon-Capps has not received personal service related to **Case No. C-03-CV-25-002976** and has no process, pleadings, orders which have been served upon him in this state court proceeding. As Ryan Dillon-Capps is the only Defendant, all defendants consent to the removal of the action.

**1. Basis for Removal:**

  a. **Indispensable Party Joinder:** The substitute trustees, representing the interests of Truist Bank and the Federal National Mortgage Association, are required parties under Fed. R. Civ. P. 19(a)(1)(A)–(B).

  b. **Disqualification of Circuit Court and OAH**: Plaintiffs cannot invoke subdivision (D) to oppose joinder because the Circuit Court for Baltimore County and the Office of Administrative Hearings (OAH) are disqualified from adjudication or mediation. Both benches and courts are named defendants in ongoing federal litigation.

> 28 U.S.C § 1446(a) "A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

> removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.
>
> 28 U.S.C. § 1446(b)Requirements; Generally.—
>
> (1)The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.
>
> (2)
>
> (A)When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action.
>
> (B)Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.
>
> (C)If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal.

2. **Fraud and Equitable Doctrines:** The claim asserted by Plaintiffs concerns the mortgage of 1334 Maple Avenue, Essex, Maryland 21221, and the pecuniary interest of the servicer against Defendant borrower.

    a. **Equitable Doctrines:** If any valid claim exists, then under Maryland common law equitable doctrines (including subrogation), liability lies against the parties whose actions are responsible.

    b. **Joinder:** As joinder to the current federal litigation, the substitute trustees will be aligned with Ryan Dillon-Capps as co-plaintiffs against the federal Defendants. In that capacity, the substitute trustees will be joined for recovery of the full balance of the

702 Notice to Remove   v.1

Page **2** of **5**

Exhibit 702 | 702-forclosure-notice-removal-v1 | 3 of 6

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

mortgage, entitled to recovery of their costs and fees, and will benefit from any multipliers for the harm they have sustained, including harm arising from any additional claims they may assert against the federal Defendants for their fraudulent misconduct.

3. **Request for Foreclosure Mediation:** The Plaintiffs have provided, and Defendant has completed and filed *703 Request for Foreclosure Mediation* with this *702 Notice of Removal*. If future events result in the necessity of Foreclosure mediation, then the right to is taken by Ryan Dillon-Capps.

4. **In Forma Pauperis:** The District of Maryland and Fourth Circuit Court of Appeals have granted and continue to recognize Ryan Dillon-Capps *In Forma Pauperis* status. *704 Form CC-080, Request for Waiver of Filing Fee for Foreclosure Mediation* has been filed concurrently.

5. **Statement of Intent to Defend:** While unnecessary under equitable doctrines, this also serves as Ryan Dillon-Capps Intend to Defend.

6. **State Court Proceedings Stayed:** Under 28 U.S.C. § 1446(d) the Circuit Court for Baltimore County and Office of Administrative Hearings "shall proceed no further". Ryan Dillon-Capps will promptly file in federal court, and it will be provided to the Defendants.

> 28 U.S.C § 1446(d) "Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal, and the State court shall proceed no further unless and until the case is remanded."

A  **Conclusion**

1. **WHEREFORE,** Defendant Ryan Dillon-Capps directs the Federal Defendants — including the Circuit Court for Baltimore County, the

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

Clerk's Office of the Circuit Court for Baltimore County, and the Office of Administrative Hearings — to:

1. Take notice of this removal pursuant to 28 U.S.C. § 1446, transferring this matter from the Circuit Court for Baltimore County to federal court, where it will be joined to ongoing federal litigation arising from the same underlying events;

2. Refrain from taking any further action in this matter unless and until it is lawfully remanded by federal court; and

3. Take notice of additional claims to be asserted against the Federal Defendants, the full scope of which will be determined following expanded discovery.

Circuit Court for Baltimore County Case No. C-03-CV-25-002976

**Respectfully Submitted**

| 8/25/2025 | /s/ Ryan Dillon-Capps<br>**Ryan Dillon-Capps** | 1334 Maple Avenue<br>Essex, Maryland 21221<br>ryan@mxt3.com<br>703-303-1113 |
|---|---|---|

**Certificate of Service**

I HEREBY CERTIFY that on 8/25/2025, a copy of 702 Notice to Remove was prepared to be sent via email to GeneralUpdates@bww-law.com and served on via first-class mail, postage prepaid on:

>Truist Bank & Federal National Mortgage Association
>Substitute Trustees/Plaintiffs:
>>Andrew J. Brenner,
>>Carrie M. Ward,
>>Howard N. Bierman,
>>Jacob Geesing,
>>Richard R. Goldsmith, Jr.,
>>Elizabeth C. Jones,
>>Nicholas Derdock (Lead),
>>Philip Shriver,
>>Eric VandeLinde,
>>Daniel Dreiguss;
>
>c/o BWW Law Group, LLC
>6003 Executive Blvd.
>Suite 101
>Rockville, MD, 20852

| /s/ Ryan Dillon-Capps<br><br>**Ryan Dillon-Capps** | 1334 Maple Avenue<br>Essex, Maryland 21221<br>ryan@mxt3.com<br>703-303-1113 |
|---|---|

BWW#MD-376506

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

ANDREW J. BRENNER, et. al.
6003 Executive Blvd, Suite 101
Rockville, MD 20852
   Substitute Trustees/Plaintiffs,

vs.

Case No. C-03-CV-25-002976

RYAN WAGNER
1334 Maple Avenue
Essex, MD 21221
   Defendant(s).

**Name and Address of the Secured Party or Representative of Secured Party:** Federal National Mortgage Association c/o BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD, 20852

**Name and Address of the Servicer:** Truist Bank c/o BWW Law Group, LLC, 6003 Executive Blvd, Suite 101, Rockville, MD, 20852

**Borrower(s) Preferred Contact Information (if by phone, enter phone number):** _____

Email is Preferred Contact Method: ryan@mxt3.com

## REQUEST FOR FORECLOSURE MEDIATION
(Application)

**Initial each statement below to confirm that you have read and understand them.** If you do not understand the information, please contact the Maryland Homeowner Assistance Hotline at 1-877-462-7555 or visit homeownerassistance.maryland.gov to find a housing counselor or free legal services near you.

 RDC  I am requesting foreclosure mediation to see if I qualify for a loan modification or other alternative to a foreclosure sale of my home.

 WAIVER  I have enclosed my $50 fee for filing this Request for Foreclosure Mediation Application. (Make checks payable to the "Clerk of the Circuit Court." **DO NOT SEND CASH**.)

> **NOTE:** If you qualify for free legal services under the Maryland Legal Services Guidelines, you may request a waiver of your foreclosure mediation fee. You must submit a completed Request for Waiver of Filing Fee for Foreclosure Mediation form (available at **http://mdcourts.gov/courtforms/circuit/cc080.pdf**) together with this request for foreclosure mediation.

**I would like to be contacted by a Department of Housing and Community Development representative or a housing counselor:**

  _____ **YES**   x  **NO**

If so, please provide your preferred contact information: _____

I/We, Ryan Dillon-Capps _____, certify that I/we live in the property for which this Application is being submitted.

Ryan Dillon-Capps  *Digitally signed by Ryan Dillon-Capps Date: 2025.08.25 17:04:24 -04'00'*

Signature of Borrower
Ryan Dillon-Capps
Print Name
August 25, 2025
Date

Signature of Borrower

Print Name

Date

24028204426-001-019-132



Exhibit 703 | 703-C03CV25002976-request-mediation | 1 of 2

BWW#MD-376506

If at least one borrower is willing and able to review and sign the Application and the other borrower(s) is unavailable or unwilling to review or sign the Application, please explain the circumstances in the space below:

_____
_____
_____
_____
_____
_____

Please provide a mailing address, telephone number, and email address if known, for any additional borrowers who have not signed the Application:

_____
_____
_____
_____

## CERTIFICATE OF SERVICE

I certify that, on August 25, 2025 (date), I sent a copy of this Request for Foreclosure Mediation to the foreclosure attorney, by regular U.S. Mail, postage pre-paid at the address on the provided envelope. *

Ryan Dillon-Capps
Digitally signed by Ryan Dillon-Capps
Date: 2025.08.25 17:04:47 -04'00'

**Signature of Borrower**

Ryan Dillon-Capps
**Print Name**

August 25, 2025
**Date**

*You must provide the original to the court and a copy to the foreclosure attorney.

Exhibit 703 | 703-C03CV25002976-request-mediation | 2 of 2

**This form does NOT contain Restricted Information.**

**CIRCUIT COURT FOR** Baltimore County (CC) _____, **MARYLAND**
City/County

Located at 401 Bosley Avenue Towson, MD 21204 _____  Case No. C-03-CV-25-002976
Court Address

ANDREW J. BRENNER, et. al. _____  vs.  Ryan Dillon-Capps (nee Wagner) _____
Plaintiff                                          Defendant
6003 Executive Blvd, Suite 101 _____         1334 Maple Avenue _____
Address                                            Address
Rockville, MD 20852 _____ _____          Essex, MD, 21221 _____ 703-303-1113 _____
City, State, Zip       Telephone                  City, State, Zip           Telephone

### REQUEST FOR WAIVER OF FILING FEE FOR FORECLOSURE MEDIATION

**You must file a Notice Regarding Restricted Information Pursuant to Rule 20-201.1 (form MDJ-008) with this submission.**

I, Ryan Dillon-Capps _____, wish to participate in foreclosure mediation, and I am
     Name
unable to pay the filing fee due to the circumstances detailed below.

1. (a) Do you have any money? ☐ Yes ☒ No If yes, how much? $ _____ Where? _____
   Savings Account Bank's Name: _____ Acct. No. _____ Balance: $ _____
   Checking Account Bank's Name: _____ Acct. No. _____ Balance: $ _____

   (b) Are you employed? ☐ Yes ☒ No If yes, where? _____
   How much do you make? $ _____ ☐ Monthly ☐ Bi-weekly ☐ Weekly
   Position _____

   (c) Are you self-employed? ☐ Yes ☒ No If yes, doing what? _____
   How much do you make? $ _____ ☐ Monthly ☐ Bi-weekly ☐ Weekly

   (d) If you are not working, when did you last work? June 13, 2024

   (e) Do you own an automobile? ☐ Yes ☒ No If yes, Make _____ Model _____ and Year _____
   Is it paid for? ☐ Yes ☐ No How much do you owe? $ _____
   To whom? _____

   (f) Does anyone owe you any money? ☐ Yes ☒ No If yes, how much? $ _____
   From whom? Name: _____ Phone: _____
   Address: _____

   (g) Do you own any real estate or a house? ☒ Yes ☐ No If yes, state the value $ 426,700.00
   Is it mortgaged? ☒ Yes ☐ No If yes, total amount owed $ 365,733.0 Monthly payment $ 2,519.17

   (h) Do you receive any rental income? ☐ Yes ☒ No If yes, how much $ _____ /month.

   (i) Do you own any personal property (excluding ordinary household furnishings and clothing)?
   ☐ Yes ☒ No If yes, what is it? _____

   (j) Do you receive money from social security, supplemental security income (SSI), worker's compensation or other disability benefits, public assistance, food stamps, settlements, judgments, trust funds, retirement, annuity, or pension payments? ☐ Yes ☒ No If yes, how much? $ _____
   What is the source? _____

   (k) Do you have any investments? ☐ Yes ☒ No If yes, what? _____ How much? $ _____
   Interest income $ _____ ☐ Monthly ☐ Annual Dividend income $ _____ ☐ Monthly ☐ Annual

**CC-080** (Rev. 08/2024)                Page 1 of 2                            **FOMWC**

Exhibit 704 | 704-C03CV25002976-waiver-mediation-fee | 1 of 2

Case No. C-03-CV-25-002976

(l) Do you owe money to others (e.g. rent, credit card debts, loan payments, etc.)? ☒ Yes ☐ No
If yes, what? everything   How much? $ 569,363.00  To whom? Name: Debt Sold/Transfer
Address: Pending - Updated Information [Inc.NewAmt]   Phone: Pending - Updated Information

(m) If you are married and living with your spouse, state their name: Caroline Dillon-Capps
Does your spouse work? ☐ Yes ☒ No If yes, their annual income $_____
Doing what and where?_____

(n) List persons to whom you actually provide support, your relationship to them and the amount you pay in support.

| Name of Persons You Support | Relationship | Amount of Support | Frequency |
|---|---|---|---|
| _____ | _____ | $_____ | ☐ Weekly ☐ Monthly |
| _____ | _____ | $_____ | ☐ Weekly ☐ Monthly |
| _____ | _____ | $_____ | ☐ Weekly ☐ Monthly |

2. Other facts (if any) concerning your inability to pay the filing fee are:
_____
_____
_____

**IMPORTANT INFORMATION**

If the court does not grant your request for a fee waiver or fee reduction in its entirety, the court shall specify in its order the dollar amount that you must pay and the amount of time, not to exceed ten (10) days, within which you must make payment to the court. If you do not make payment within the time allowed, your request for foreclosure mediation will be stricken.

For these reasons, I request waiver of payment of the filing fee.

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

I certify that on August 25, 2025 , a copy of the Request for Waiver of Filing Fee for
                      Date
Foreclosure Mediation was filed to the Circuit Court for Baltimore County Case No. C-03-CV-25-002976:

August 25, 2025                           Ryan Dillon-Capps  Digitally signed by Ryan Dillon-Capps
_____                   Date: 2025.08.25 16:55:26 -04'00'
        Date                              _____
                                              Borrower's Signature
Ryan Dillon-Capps                         1334 Maple Avenue
     Printed Name                             Street Address
ryan@mxt3.com                             Essex Maryland 21221
        E-mail                                City, State, Zip
                                          703-303-1113
                                              Telephone Number

Ryan Dillon-Capps is proceeding *in forma pauperis* in federal court, and the this case is being removed to federal court. See 702 Notice of Removal

CC-080 (Rev. 08/2024)          Page 2 of 2                              FOMWC

Exhibit 704 | 704-C03CV25002976-waiver-mediation-fee | 2 of 2

# Case # C-03-CV-25-002976 - Andrew Brenner, et al. vs. Ryan Wagner

## Envelope Information

**Envelope Id**
22649477

**Submitted Date**
8/25/2025 7:53 PM EST

**Submitted User Name**
ryan@mxt3.com

## Case Information

**Location**
Baltimore County Circuit Court

**Category**
Civil

**Case Type**
Foreclosure - Residential

**Case Initiation Date**
6/17/2025

**Case #**
C-03-CV-25-002976

## Filings

**Filing Type**
EFileAndServe

**Filing Code**
Affidavit

**Filing Description**
701-C03CV25002976-affidavit-notice-remove-v1-final.pdf

**Filing Status**
Submitted

### Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 701-C03CV25002976-affidavit-notice-remove-v1-final.pdf | Affidavit | Public | Original File |

### eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | BWW MDEC | BWW Law Group, LLC | Yes | Not Opened |
| Sent | Edward Kutz | | Yes | Not Opened |
| Sent | Rachel Pataky | | Yes | Not Opened |
| Sent | Evelyn WIlls | | Yes | Not Opened |

**Filing Type**
EFileAndServe

**Filing Code**
Notice Filed

**Filing Description**
702-C03CV25002976-forclosure-notice-removal-v1-final.pdf

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 702-C03CV25002976-forclosure-notice-removal-v1-final.pdf | Notice of Removal to Federal Court | Public | Original File |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Edward Kutz | | Yes | Not Opened |
| Sent | Rachel Pataky | | Yes | Not Opened |
| Sent | Evelyn WIlls | | Yes | Not Opened |
| Sent | BWW MDEC | BWW Law Group, LLC | Yes | Not Opened |

**Filing Type**
EFileAndServe

**Filing Code**
Foreclosure Mediation - Report Received

**Filing Description**
703-C03CV25002976-request-mediation-esig-final.pdf

**Comments to Court**
System Missing Type for Mediation w/Waiver (Not Subject to Dispute - CCBC & OAH Conflicted Out, Removal to Federal Court, & Active IFP Status in Federal Court)

**Filing Status**
Submitted

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 703-C03CV25002976-request-mediation-esig-final.pdf | Foreclosure Mediation - Motion / Request | Public | Original File |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Rachel Pataky | | Yes | Not Opened |
| Sent | Evelyn WIlls | | Yes | Not Opened |
| Sent | BWW MDEC | BWW Law Group, LLC | Yes | Not Opened |
| Sent | Edward Kutz | | Yes | Not Opened |

| Filing Type | Filing Code |
|---|---|
| EFileAndServe | Request for Prepay Waiver - Subsequent Filing |

**Filing Description**
704-C03CV25002976-waiver-mediation-fee-esig-final.pdf

**Filing Status**
Submitted

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|
| 704-C03CV25002976-waiver-mediation-fee-esig-final.pdf | Request for Prepay Waiver - Waiver of Mediation Fee for 703 | Confidential | Original File |

## eService Details

| Status | Name | Firm | Served | Date Opened |
|---|---|---|---|---|
| Sent | Evelyn WIlls | | Yes | Not Opened |
| Sent | Rachel Pataky | | Yes | Not Opened |
| Sent | BWW MDEC | BWW Law Group, LLC | Yes | Not Opened |
| Sent | Edward Kutz | | Yes | Not Opened |

## Parties with No eService

| Name | Address |
|---|---|
| Carrie M Ward | 6003 Executive Blvd Ste. 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Howard N Bierman | 6003 Executive Blvd Ste. 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Jacob Geesing | 6003 Executive Blvd Ste. 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Richard R. Goldsmith, Jr. | 6003 Executive Blvd Ste. 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Elizabeth C. Jones | 6003 Executive Blvd Ste. 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Nicholas Derdock | 6003 Executive Blvd Ste. 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Philip Shriver | 6003 Executive Boulevard Suite 101 Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Eric VandeLinde | 6003 Executive Boulevard Suite 101<br>Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Daniel Dreifuss | 6003 Executive Boulevard Suite 101<br>Rockville Maryland 20852 |

| Name | Address |
|---|---|
| Ryan Wagner | 1334 Maple Avenue Essex Maryland 21221 |

# Fees

### Affidavit

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

### Notice Filed

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

### Foreclosure Mediation - Report Received

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

### Request for Prepay Waiver - Subsequent Filing

| Description | Amount |
|---|---|
| Filing Fee | $0.00 |
| | **Filing Total:** $0.00 |

| | |
|---|---|
| Total Filing Fee | $0.00 |
| | **Envelope Total:** $0.00 |

| | |
|---|---|
| **Transaction Amount** | $0.00 |
| **Transaction Id** | 31329500 |
| **Order Id** | |
| **Transaction Response** | Authorized |

© 2025 Tyler Technologies
Version: 2024.6.2.11418