**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| RYAN DILLON-CAPPS, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 24-3744-BAH |
| OHANA GROWTH PARTNERS, LLC, ET AL., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On September 2, 2025, Plaintiff filed two "affidavits for notice to remove," ECFs 49 and 50, in which he appears to attempt to remove two state court cases into this action, which was originally filed in December 2024.  A state court defendant seeking to remove a state court case to this Court must remove the case by initiating a new action in this Court.  State court cases may not be removed directly into actions already pending before this Court.  Plaintiff has not properly removed the two referenced state court cases. The Court will take no further action at this time.  The above-captioned action remains stayed pending resolution of the appeal.

_____/s/_____
Brendan A. Hurson
United States District Judge

September 29, 2025