FILED: October 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1162
(1:24-cv-03744-BAH)

_____

RYAN DILLON-CAPPS

       Plaintiff - Appellant

v.

OHANA GROWTH PARTNERS, LLC; VICTOR C. BRICK, CEO/Co-Majority
Owner; GLENN NORRIS, CFO/Equity Owner; EARL IHLE, Equity Owner;
TERRY WOODS, Equity Owner; STACEY R. WITTELSBERGER, Co-
Founder/Special Advisor; Director, Bengur Bryan; Partner, Patriot Capital;
CHARLES A. BRYAN, Co-Founder/Managing Director; Partners & Special
Advisor, Patriot Capital; Co-Founder/Special Advisor, Exeter Street Capital
Partners; RICHARD HARTMAN, VP of People and Culture; JUSTIN
DRUMMOND, President; HOLLY D. BUTLER, Principal; STEPHEN D.
FRENKIL, Principal; ROBERT S. BRENNEN, Principal; RANDALL ROMES,
Principal, Clifton Larson Allen LLC; DANIEL J. LEVETT, Senior Director;
JUDGE DESIMONE, JR.; JUDGE TRUFFER; JUDGE BARRANCO; JUDGE
ALEXANDER; JUDGE BATTISTA; JUDGE MAYER; JUDGE STRINGER;
JUDGE ROBINSON, JR.; CLERK ENSOR; VICTORIA K. HOFFBERGER,
Associate; JESSICA L. DUVALL, Associate; STATE OF MARYLAND;
ALARIS EQUITY PARTNERS USA INC.; BRICK BODIES SERVICES, INC.;
DOWN UNDER GROWTH PARTNERS, LLC; MILES & STOCKBRIDGE P.
C.; PLA-FIT FRANCHISE, LLC

       Defendants - Appellees

—————————————

# J U D G M E N T

—————————————

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK