**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1162**

———————

RYAN DILLON-CAPPS,

   Plaintiff - Appellant,

  v.

OHANA GROWTH PARTNERS, LLC; VICTOR C. BRICK, CEO/Co-Majority Owner; GLENN NORRIS, CFO/Equity Owner; EARL IHLE, Equity Owner; TERRY WOODS, Equity Owner; STACEY R. WITTELSBERGER, Co-Founder/Special Advisor; Director, Bengur Bryan; Partner, Patriot Capital; CHARLES A. BRYAN, Co-Founder/Managing Director; Partners & Special Advisor, Patriot Capital; Co-Founder/Special Advisor, Exeter Street Capital Partners; RICHARD HARTMAN, VP of People and Culture; JUSTIN DRUMMOND, President; HOLLY D. BUTLER, Principal; STEPHEN D. FRENKIL, Principal; ROBERT S. BRENNEN, Principal; RANDALL ROMES, Principal, Clifton Larson Allen LLC; DANIEL J. LEVETT, Senior Director; JUDGE DESIMONE, JR.; JUDGE TRUFFER; JUDGE BARRANCO; JUDGE ALEXANDER; JUDGE BATTISTA; JUDGE MAYER; JUDGE STRINGER; JUDGE ROBINSON, JR.; CLERK ENSOR; VICTORIA K. HOFFBERGER, Associate; JESSICA L. DUVALL, Associate; STATE OF MARYLAND; ALARIS EQUITY PARTNERS USA INC.; BRICK BODIES SERVICES, INC.; DOWN UNDER GROWTH PARTNERS, LLC; MILES & STOCKBRIDGE P. C.; PLA-FIT FRANCHISE, LLC,

   Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-03744-BAH)

———————

Submitted:  September 29, 2025      Decided:  October 17, 2025

Before WILKINSON, AGEE, and RICHARDSON, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Ryan Dillon-Capps, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Dillon-Capps seeks to appeal the district court's order denying his motion for reconsideration of the district court's prior order dismissing multiple defendants from Dillon-Capps' civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Dillon-Capps seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we dismiss the appeal for lack of jurisdiction. We grant Dillon-Capps' motions to (1) exceed the length limitations for his informal brief and to file a supplemental filing (ECF No. 17); (2) file an amended informal opening brief and supplemental exhibits and to exceed length limitations for the informal brief (ECF No. 21); (3) amend his affidavit in support of court record tampering and obstruction (ECF No. 32); and (4) amend his affidavit (ECF No. 43). We deny as moot Capps' motions to disqualify Chief Judge Diaz (ECF No. 35) and to expedite decision (ECF No. 37), and deny all remaining pending motions.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

3