IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RYAN DILLON-CAPPS, | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 24-3744-BAH |
| OHANA GROWTH PARTNERS, LLC, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

The Court previously ordered that Plaintiff Ryan Dillon-Capps ("Plaintiff") file an amended complaint that complied with specified requirements by February 16, 2026. *See* ECF 54. Plaintiff has not done so. The Court forewarned Plaintiff that failure to file an amended complaint would result in dismissal of this action without prejudice and without further order from the Court.

Accordingly, it is this 18th day of February, 2026, by the United States District Court for the District of Maryland hereby ORDERED that:

(1) The amended complaint, ECF 26, is DISMISSED WITHOUT PREJUDICE;

(2) The Clerk is directed to CLOSE this case; and

(3) The Clerk is directed to TRANSMIT a copy of this order to Plaintiff.

/s/
Brendan A. Hurson
United States District Judge