# 2002 Conditional Motion of Extension of Time, Reopening the Time to File an Appeal, Motion to Reconsider, and Notice of Appeal/Cross-Appeal
## Case No. 1:24-CV-3744

---

## In the United States District Court for

### the District of Maryland

#### (Northern Division)

Rcv'd by: _____ HD

Ryan Dillon-Capps

*Federal Plaintiff,*

v.

Ohana Growth Partners, LLC et al.

*Federal Defendants*

---

## 2002 Conditional Motion of Extension of Time, Reopening the Time to File an Appeal, Motion to Reconsider, and Notice of Appeal/Cross-Appeal

| | |
|---|---|
| *Pro Se*<br>Ryan Dillon-Capps<br>1334 Maple Avenue<br>Essex Maryland 21221<br>ryan@mxt3.com | |

USDC BALTIMORE<br>'26 MAR 30 PM3:49

3/27/2026          Section Page 1 of 1 | Document Total Pages: 5          v.2

rdc-20260330-1606-0039-0820



### 2002 Conditional Motion of Extension of Time, Reopening the Time to File an Appeal, Motion to Reconsider, and Notice of Appeal/Cross-Appeal
### Declaration Statement 28 U.S.C. § 1746

I, Ryan Dillon-Capps (née Wagner), the Defendant, being over the age of eighteen (18), competent to testify, and having personal knowledge of the facts set forth herein, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

### Notice of Attachments and Procedural Formalities

Pursuant to the attached 1801 Notice of Attachments and Procedural Formalities, all cited materials constitute "required materials" that are attached, filed in federal or state court, or otherwise reasonably available, and are incorporated by reference as part of this filing.

### I  Conditional Motion for Extension of Time — Right of Appeal

[1]     The Notice of Appeal is joined with this conditional motion for an extension of time pursuant to Federal Rule of Appellate Procedure 4(a)(5).If granted, the motion resolves the jurisdictional issue; if denied, the denial itself constitutes an appealable order and therefore likewise resolves jurisdiction.

### II  Conditional Motion for Reopening the Time to File an Appeal

[2]     The Notice of Appeal is joined with this conditional motion to reopen the time to file an appeal pursuant to Federal Rule of Appellate Procedure 4(a)(6) and Federal Rule of Civil Procedure 77(d) for the reasons set forth below and in the accompanying filings. If granted, the motion resolves the jurisdictional issue; if denied, the denial itself constitutes an appealable order and therefore likewise resolves jurisdiction.

rdc-20260330-1606-0040-0820



2002 Conditional Motion of Extension of Time, Reopening the Time to File an
Appeal, Motion to Reconsider, and Notice of Appeal/Cross-Appeal

### III   Conditional Motion for Reconsideration of Motion Denied

[3]   The Notice of Appeal is joined with this conditional motion to reconsider the denied motions for an extension of time and to reopen the time to file an appeal pursuant to Federal Rule of Appellate Procedure 4(a)(5)–(6) and Federal Rule of Civil Procedure 77(d) for the reasons set forth below and in the accompanying filings. If granted, the motion resolves the jurisdictional issue; if denied, the denial itself constitutes an appealable order and therefore likewise resolves jurisdiction.

### IV   Due Process Failure to Give Notice of Orders and Judgement

[4]   This section is incorporated as set forth in the <u>2007 Memorandum of Points & Authorities for Notice of Appeal to the Supreme Court of the United States</u>

### V   Controlling Posture

[5]   A contemporaneously filed Notice of Appeal has already divested the United States District Court for the District of Maryland of jurisdiction over the matters presented therein, including issues bearing on removal and remand. Accordingly, the District Court lacks authority to take any action affecting those matters, including remand, while appellate jurisdiction is vested directly in the Supreme Court of the United States or any court thereafter exercising jurisdiction.

[6]   This section is incorporated as set forth in the <u>Notice of Appeal</u> and the accompanying <u>2007 Memorandum of Points & Authorities for Notice of Appeal to the Supreme Court of the United States</u> that provides legal and evidentiary citations and factual statements regarding:

   a.   The assigned District Judge, Brendan A. Hurson, in Case No. 1:24-cv-03744, is subject to mandatory disqualification under 28 U.S.C. § 455.

 rdc-20260330-1606-0041-0820



2002 Conditional Motion of Extension of Time, Reopening the Time to File an Appeal, Motion to Reconsider, and Notice of Appeal/Cross-Appeal

    b. Additionally, to the extent any Article III judges have:

        i. attended the Fourth Circuit Judicial Conference,

        ii. received October 17, 2025, communication concerning allegations involving Chief Judge Albert Diaz, or

        iii. otherwise engaged in communications bearing on the matters at issue,

such judges are likewise subject to mandatory disqualification under 28 U.S.C. § 455, requiring recusal from any proceedings implicating these issues.

[7]    Notwithstanding that all proceedings are void ab initio due to structural defects, this notice is filed under express non-waiver, does not concede jurisdiction or authority, preserves and asserts all objections, and is submitted to protect and preserve procedural objections.

rdc-20260330-1606-0042-0820



2002 Conditional Motion of Extension of Time, Reopening the Time to File an Appeal, Motion to Reconsider, and Notice of Appeal/Cross-Appeal

**Declaration of Affirmation**

I further declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the contents of this affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

3/16/2026

/s/ Ryan Dillon-Capps
Ryan Dillon-Capps

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com

**Respectfully Submitted**

3/27/2026

/s/ Ryan Dillon-Capps
Ryan Dillon-Capps

1334 Maple Avenue
Essex, Maryland 21221
ryan@mxt3.com

rdc-20260330-1606-0043-0820

