Case No. 1:24-CV-3744

## In the United States District Court for

### the District of Maryland

(Northern Division)

**HD**

Rcv'd by: _____

_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

Ryan Dillon-Capps

*Federal Plaintiff,*

v.

Ohana Growth Partners, LLC et al.

MAR 3 0 2026

AT BALTIMORE
CLERK. U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

*Federal Defendants*

## 1801 Notice of Attachments and Procedural Formalities

| | |
|---|---|
| *Pro Se*<br>Ryan Dillon-Capps<br>1334 Maple Avenue<br>Essex Maryland 21221<br>ryan@mxt3.com | |

rdc-20260330-1606-0026-0820



### 1801 Notice of Attachments and Procedural Formalities
### Declaration Statement 28 U.S.C. § 1746

I, Ryan Dillon-Capps (née Wagner) being over the age of eighteen (18), competent to testify, and having personal knowledge of the facts set forth herein, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

### Notice of Attachments and Procedural Formalities

[1]  Notwithstanding the foregoing, all attachments are true and correct copies of the originals and are incorporated by reference.

[2]  Attachments are organized by timestamp, may include highlights or annotations, include a cover page displaying the full id, and are presented with Bates numbering (bottom-left) and page-specific QR codes (bottom-right) on each page.

[3]  Attachment identifiers may include:

a. a timestamp (YYYYMMDD-hhmm), with "2500" indicating no assigned time; and

b. appended court-record citations identifying the court, case sequence number, and ECF entry, including:

   i. CCBC1-ECF-#-# is Circuit Court for Baltimore County Maryland: Case Number C-03-CV-24-002264;

   ii. MDD1-ECF-#-# is United States District Court for the District of Maryland: Case Number 1:24-CV-03744;

   iii. CA41-ECF-# is United States Court of Appeals for the Fourth Circuit: Case Number 25-1162;

   iv. CCBC2-ECF-#-# is Circuit Court for Baltimore County Maryland: Case Number C-03-CV-25-002976;

   v. OAH1-ECF-#-# is Office of Administrative Hearings Maryland: Case Number FM-BCNY-01-25-25436;

   vi. DCBC1-ECF-#-# is Essex District Court for Baltimore County Maryland: Case Number D-08-CV-25-035000; and

   vii. CCBC3-ECF-#-# is Circuit Court for Baltimore County Maryland: Case Number C-03-CV-26-000089.

rdc-20260330-1606-0027-0820



### 1801 Notice of Attachments and Procedural Formalities

[4]   Email attachments are converted to PDF using MailDex by Encryptomatic, LLC without altering substantive content, subject to technical limitations; email-client artifacts and duplicative or superfluous portions of email threads may be removed.

[5]   Signed declarations present:

    a. phone call and text data in tabular form derived from carrier and device datasets obtained through standard acquisition methods; and

    b. summary metadata derived from pre- and post-analysis sources.



rdc-20260330-1606-0028-0820

## 1801 Notice of Attachments and Procedural Formalities
## Declaration of Affirmation

I further declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the contents of this affidavit and all accompanying exhibits are true and correct to the best of my knowledge.

| 3/27/2026 | /s/ Ryan Dillon-Capps<br>Ryan Dillon-Capps | 1334 Maple Avenue<br>Essex, Maryland 21221<br>ryan@mxt3.com |

## Respectfully Submitted

| 3/27/2026 | /s/ Ryan Dillon-Capps<br>Ryan Dillon-Capps | 1334 Maple Avenue<br>Essex, Maryland 21221<br>ryan@mxt3.com |

rdc-20260330-1606-0029-0820

