**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA  23219-3517
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI                                                                                     TELEPHONE
    CLERK                                                                                       (804) 916-2700

March 31, 2026

Catherine M. Stavlas, Clerk
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201

          Re:   **Dillon-Capps v. Ohana**
                1:24-cv-03744-BAH

Dear Clerk:

Review of the district court docket discloses that a motion to extend the appeal
period was filed within 30 days of expiration of the appeal period and is pending
in the district court under Fed. R. App. P. 4(a)(5).

This court will docket the appeal after the district court has ruled on the motion
for extension of time.  Please notify this court upon entry of an order ruling on the
motion for extension of time.

                              Yours truly,

                              /s/ T. Fischer

cc:    Ryan Dillon-Capps