FILED:  April 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1418
(1:24-cv-03744-BAH)

_____

RYAN DILLON-CAPPS

        Plaintiff - Appellant

v.

OHANA GROWTH PARTNERS, LLC; VICTOR C. BRICK, CEO/Co-Majority Owner; GLENN NORRIS, CFO/Equity Owner; EARL IHLE, Equity Owner; TERRY WOODS, Equity Owner; STACEY R. WITTELSBERGER, Co-Founder/Special Advisor; Director, Bengur Bryan; Partner, Patriot Capital; CHARLES A. BRYAN, Co-Founder/Managing Director; Partners & Special Advisor, Patriot Capital; Co-Founder/Special Advisor, Exeter Street Capital Partners; RICHARD HARTMAN, VP of People and Culture; JUSTIN DRUMMOND, President; HOLLY D. BUTLER, Principal; STEPHEN D. FRENKIL, Principal; ROBERT S. BRENNEN, Principal; RANDALL ROMES, Principal, Clifton Larson Allen LLC; DANIEL J. LEVETT, Senior Director; VICTORIA K. HOFFBERGER, Associate; JESSICA L. DUVALL, Associate; ALARIS EQUITY PARTNERS USA INC.; BRICK BODIES SERVICES, INC.; DOWN UNDER GROWTH PARTNERS, LLC; MILES & STOCKBRIDGE P. C.; PLA-FIT FRANCHISE, LLC

        Defendants - Appellees

 and

JUDGE DESIMONE, JR.; JUDGE TRUFFER; JUDGE BARRANCO; JUDGE ALEXANDER; JUDGE BATTISTA; JUDGE MAYER; JUDGE STRINGER; JUDGE ROBINSON, JR.; TANYA C. BERNSTEIN, Director of Investigations; THOMAS M. DEGONIA, II, Bar Counsel; CLERK ENSOR; STATE OF MARYLAND

Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:24-cv-03744-BAH |
| Date notice of appeal filed in originating court: | 03/30/2026 |
| Appellant(s) | Ryan Dillon-Capps |
| Appellate Case Number | 26-1418 |
| Case Manager | M. Powers 804-916-2702 |